**FILED**
NF
NOV 08 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE SHADUR
MAGISTRATE JUDGE KIM

UNITED STATES OF AMERICA,

v.

CHERRON MARIE PHILLIPS,
aka "Cherron Phillips El," "River Tali El Bey,"
"River Tali Bey," "River Tali," and "River"

No. **12 CR 872**

Violation: Title 18, United States Code, Section 1521

INDICTMENT

**RECEIVED**
NOV 08 2012
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

The SPECIAL JANUARY 2012 GRAND JURY charges that:

### COUNTS 1-12

On or about the dates set forth below, at Chicago, within the Northern District of Illinois, Eastern Division, the defendant, CHERRON MARIE PHILLIPS, also known as "Cherron Phillips El," River Tali El Bey," "River Tali Bey," "River Tali," and "River," while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, did file, and attempt to file, in the public record of the Cook County Recorder of Deeds, a false lien and encumbrance against the real and personal property of the persons listed below, all of whom were then employees and officers of the United States Government:

| Count | Date | Person | Official Title |
|---|---|---|---|
| 1 | 03/14/2011 | V1 | Chief United States District Judge |
| 2 | 03/14/2011 | V2 | United States District Judge |
| 3 | 03/14/2011 | V3 | United States Attorney |
| 4 | 03/14/2011 | V4 | Assistant United States Attorney |
| 5 | 03/14/2011 | V5 | United States District Court Clerk |
| 6 | 03/17/2011 | V6 | Federal Task Force Officer |
| 7 | 03/17/2011 | V7 | Federal Task Force Officer |
| 8 | 03/17/2011 | V8 | Federal Task Force Officer |
| 9 | 03/17/2011 | V9 | Federal Task Force Officer |
| 10 | 04/13/2011 | V10 | Federal Agent |
| 11 | 04/19/2011 | V11 | United States Magistrate Judge |
| 12 | 04/19/2011 | V12 | United States Magistrate Judge |

The defendant filed the false liens and encumbrances against each of the listed persons on account of the performance of their official duties, knowing and having reason to know that each lien and encumbrance was false and contained a materially false, fictitious, and fraudulent statement and representation, including a false claim that the listed persons each owed the defendant's brother one hundred billion dollars.

In violation of Title 18, United States Code, Sections 1521 and 2.

A TRUE BILL:

_____
Foreperson

ERIC H. HOLDER, JR.
Attorney General of the United States

_____
STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

_____
NATHAN D. STUMP
Special Assistant United States Attorney