# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 872 - 1 | **DATE** | 11/13/2012 |
| **CASE TITLE** | USA vs. Cherron Marie Phillips | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears pursuant to bench warrant. Defendant advised of rights. Duty attorney, Steven Levy appeared but defendant stated that she did not want him representing her. Government withdraws its motion for detention and bond is set at $4500 OR with electronic monitoring. Status hearing set for 11/19/12 at 10:30 a.m. Time is excluded from today through 11/19/12 under 18:3161(h)(7)(A) and (B)(iv) of the Speedy Trial Act. (XT)

Docketing to mail notices.

01:20

| | Courtroom Deputy Initials: | SN |
|---|---|---|