Pwm

November 12, 126 (c.e. 2012)

To: United States District Court Northern District Judge
Milton I Shadur
219 South Dearborn
Chicago Illinois 60604

FILED
11-14-12
NOV 14 2012
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

From: Cherron Marie Phillips (Natural Being)
c/o Postal Box 802625
Cook County Illinois
Non domestic

**BE IT KNOWN**: Milton I Shadur Judge

This letter is to inform you that, I Cherron Marie Phillips (natural being) shall make a Special Appearance on November 19th, 126 (c.e. 2012). On that day, I shall take delivery of my C.U.S.I.P. bond, and other bonds held by government agencies for statutory case No: 12CR 872 for settlement and closure.

Cherron Marie Phillips (Natural Being)
By Cherron Marie Phillips UCC1-308
28 USC 1746(1)

PROOF OF SERVICE

I certify the above NOTICE was sent via FedEx Carrier on November 12th, 2012 to the above listed address and Officer of the Court.

Cherron Phillips
c/o PO Box 802625
Cook County Illinois
non domestic

Sender's Name: Cherron Phillips Phone: 312 376 7741
Company:
Address: c/o PO Box 802625
Address: Cook County
City: State: Illinois ZIP: Non-domestic

2 To
Recipient's Name: United States District Court Att: Milton I Shadur Judge Phone:
Company:
Address: 219 S. Dearborn
Address:
City: Chicago State/Province: Illinois ZIP/Postal Code: 60604
Country:

☐ HOLD at Location FedEx Office address REQUIRED.

United States District Court
Attn: Milton I Shadur Judge
219 S. Dearborn
Chicago Illinois 60604


606
W 318 03:41 SM-1D 2514746
MILTON I SHADUR (JUDGE)
219 S DEARBORN ST
CHICAGO,IL
G
60604-1702-99
211-8504
ETP:2
9612019468630515181873
GND
Prepaid
(9612019) 4686305 15181873
UNITED S
DATE
To Milton I Shadur (Judge)
UNITED STATES GOVERNMENT
219 S DEARBORN ST
CHICAGO, IL 60604
(US)
(312) 353-6192
FedEx
Ground
From:
Ship Date: 13NOV12
ActWgt: 0.4 LB
CAD: 9612/OFFC1322