November 12, 126 (c.e. 2012)

To: United States District Court Northern District Judge
Milton I Shadur
219 South Dearborn
Chicago Illinois 60604

From: Cherron Marie Phillips (Natural Being)
c/o Postal Box 802625
Cook County Illinois
Non domestic

FILED
11-14-12
NOV 14 2012
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

**BE IT KNOWN**: Milton I Shadur Judge

This letter is to inform you that, I Cherron Marie Phillips (natural being) shall make a Special Appearance on November 19th, 126 (c.e. 2012). On that day, I shall take delivery of my C.U.S.I.P. bond, and other bonds held by government agencies for statutory case No: 12CR 872 for settlement and closure.

Cherron Marie Phillips (Natural Being)
By _____ UCC1-308
28 USC 1746(1)

PROOF OF SERVICE
I certify the above NOTICE was sent via FedEx Carrier on November 12th, 2012 to the above listed address and Officer of the Court.

| | |
|---|---|
| Sender's Name | Cherron Phillips |
| Phone | (312) 376-7741 |
| Company | |
| Address | C/O PO Box 802625 |
| Address | Cook County 1 |
| State | Illinois |
| Zip | Non-domestic |
| | |
| To Recipient's Name | United States District Court Attn: Milton I Shadur Judge |
| Company | |
| Address | 219 S. Dearborn |
| Address | |
| City | Chicago |
| State | Illinois |
| Province | |
| Zip | 60604 |

Cherron Phillips
C/O PO Box 802625
Cook County, Illinois
non-domestic

United States District Court
Attn: Milton I Shadur Judge
219 S. Dearborn
Chicago Illinois 60604

