USA VS. Cherron Marie Phillips
12 CR 872-1
FILED: 11/15/2012
HONORABLE JUDGE SHADUR

November 11, 126 (c.e. 2012)

To: United States District Court Northern District Clerk of Court
Thomas G. Bruton
219 South Dearborn
Chicago Illinois 60604

**FILED**

NOV 1 5 2012

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

From: Cherron Marie Phillips (Natural Being)
c/o Postal Box 802625
Cook County Illinois
Non domestic

**BE IT KNOWN**: Thomas G Bruton United States Northern District Clerk of Court

This letter is to inform you that, I Cherron Marie Phillips (natural being) shall make a Special Appearance on November 19th, 126 (c.e. 2012). On that day, I shall take delivery of my C.U.S.I.P. bond, and other bonds held by government agencies for statutory case No: 12CR 872 for settlement and closure.

Cherron Marie Phillips (Natural Being)

By _[signature]_ all rights reserved

PROOF OF SERVICE

I certify the above NOTICE was sent Certified Mail via U.S.P.S and/ on November 11[h], 2012 to the above listed address and Officer of the Court.