## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 872 | **DATE** | 11/19/2012 |
| **CASE TITLE** | USA vs. Cherron Phillips | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant appears without counsel. Defendant did not respond to the Court's question as to whether or not she had received and read a copy of the Indictment. The Indictment was handed to and read to the defendant. Because the defendant would not enter a plea, this Court enters a not guilty plea on her behalf. Government is to comply with LR 16.1 by 11/26/12. Defendant has to 10:00 a.m. 11/21/12 to provided the signed bond documents to pretrial services failing which she will be taken into custody. A status hearing is set for 12/3/12 at 10:00 a.m. Time is excluded through 12/3/12 under 18:3161(h)(7)(A) and (B)(iv) of the Speedy Trial Act.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | SN |
|---|---|---|