UNITED STATES DISTRICT COURT
Illinois Northern
Milton Shadur Judge
219 S. Dearborn Street
Chicago Illinois 60604

**FILED**

11-28-2012
NOV 28 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Notice to Offset Case/Account #12CR872

Enclosed you will find your presentments. All Accept for Value, Returned for Offset Balanced Book Adjustment Settlement and Closure. I am accepting your presentments and authorizing you to offset the debt with said credit. All related endorsements front and back in accordance with Uniform Commercial Code 3-419 and House Joint Resolution 192 of June 5th, 1933 Public Law 73-10 48 Stat 112. Exempt from levy.

If you wish to dispute this Notice of Information please reply within 72hrs of this notice.

I certify on penalties of perjury without the United States that all statements made above are true and correct and complete and not intended to mislead.

By: _River-Tali Bey_ without recourse

River-Tali Bey

Executress/Authorized Agent For:
CHERRON MARIE PHILLIPS ESTATE DECEDENT /DEBTOR
c/o 433 West Harrison USMOI
Chicago, Illinois [60699]
Non-Domestic without the US

November 20th, 2012

UNITED STATES DISTRICT COURT NORTHERN DISTRICT
Milton Shadur Judge
219 South Dearborn Street
Chicago Illinois 60604

BE IT KNOWN:

For the intent of establishing a correct record I am retaining the authority to control the
CHERRON MARIE PHILLIPS ESTATE. I have elected not to accept the benefits of the United
States Inc. Let the record show the undersigned Status is that of the posterity. Please inform all
government agencies. I am upholding my end of the treaty and I request that you do the same.

My intent is to reduce the National Debt. It appears you are attempting to force me to
play in the public venue. The United States Treasury maintains an asset account for living beings.
I have offered a mutual exchange of my exemption for pre-offset balance book adjustment
settlement and closure of this accounting and hereby state the following:

1.  As the Executress of the CHERRON MARIE PHILLIPS ESTATE defendant-in
    error, I do not make any pleas in any court. As this court has not established the
    law/venue in the court or its Delegation of Authority over the CHERRON MARIE
    PHILLIPS ESTATE.

2.  As the Executress of the CHERRON MARIE PHILLIPS ESTATE, defendant-in
    error objects to JUDGE MILTON SHADUR entering a NOT GUILTY plea on
    November 19th, 2012 on behalf of the CHERRON MARIE PHILLIPS ESTATE
    defendant-in error, as he has not established the law/venue in the court or his
    Delegation of Authority over the CHERRON MARIE PHILLIPS ESTATE.

3.  As the Executress of the CHERRON MARIE PHILLIPS ESTATE, defendant in
    error, does not consent to the jurisdiction of the court, as I shall appear by special
    appearance for the sole purpose of settlement and closure and book balance
    adjustment as stated in the Notice mailed to Judge Milton Shadur and Assistant States
    Attorney Nathan Stump on November 11th, 2012.

4.  As the Executress of the CHERRON MARIE PHILLIPS ESTATE, defendant-in
    error, entered the conditions of the release contract by mistake on November 9th,
    2012 under threat and duress of the court, as the court has not established its law or
    its Delegation of Authority of the CHERRON MARIE PHILLIPS ESTATE.

Without knowledge of law, venue and your status any further acts coerced under threat and intimidation by your administration is FRAUD. I am requesting a private meeting with you to acknowledge this accounting has been closed.

please govern yourself accordingly,

By: _River-Tali Bey_

River-Tali Bey
Third Party Interest Intervener,
Executress/Authorized Agent For:
CHERRON MARIE PHILLIPS ESTATE DECEDENT /DEBTOR
c/o 433 West Harrison USMOI
Chicago, Illinois [60699]
Non-Domestic without the US

AO 199A  (Rev  11/08) Order Setting Conditions of Release                                      Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
### for the
#### Northern District of Illinois

United States of America
v.

Cheron _____          Case No.          12 CR 872 - 001

_Defendant_

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate any federal, state or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change of address or telephone number.

(4)  The defendant must appear in court as required and must surrender to serve any sentence imposed.

The defendant must appear at _(if blank, to be notified)_

_____                                          _____
                                                                                          Place

on _____
                                                                                    Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✓ )  (5)  The defendant promises to appear in court as required and surrender to serve any sentence imposed.

( ✗ )  (6)  The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
FOUR FIVE     HUNDRED  dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

_Void where prohibited by law_

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S ATTORNEY   U.S MARSHAL



Bankers Acceptance
Accept for Value Return for Settlement
and Closure of Pre-Offset Balanced Book
Adjustment
Exempt from Levy

28 USC 1746(1)
all rights Reserved

By: Dyer Tae Bey
Authorized Representative Without Recourse

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court Northern
District

Void where prohibited by law

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:

Person or organization _____

Address (only if above is an organization) _____

City and state _____  Tel. No. (only if above is an organization) _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____
                          Custodian or Proxy                          Date

( ) (8) The defendant must:

( ✗ ) (a) report to the _____

telephone number _____ no later than _____

( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum

( ) (d) execute a bail bond with solvent sureties in the amount of $ _____

( ) (e) maintain or actively seek employment.

( ) (f) maintain or commence an education program.

( ) (g) surrender any passport to: _____

( ) (h) obtain no passport.

( ) (i) abide by the following restrictions on personal association, place of abode, or travel: _____

( ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: _____

( ) (k) undergo medical or psychiatric treatment: _____

( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____

( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ✗ ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.

( ✗ ) (o) refrain from ( ) any ( ) excessive use of alcohol.

( ✗ ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

( ✗ ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services office or supervising officer instructs.

( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or

( ✗ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or

( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

( ✗ ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.

( ✗ ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

( ✗ ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;

( ✗ ) (ii) Radio Frequency (RF) monitoring;

( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;

( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);

( ) (v) Voice Recognition monitoring.

( ) (u) _____

**DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL**



Bankers Acceptance
Accept for Value Return for Settlement
and Closure of Pre-Offset Balanced Book
Adjustment
Exempt from Levy

By: _Dues-Law Bey all rights reserved 28 USC 1746(1)_
Authorized Representative Without Recourse

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court Northern
District

Void where prohibited by law

AO 199C (Rev. 09/08) Advice of Penalties

Page___ of___ Pages

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

## Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____

_____
Judicial Officer's Signature

_____
Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

*[Handwritten annotations across the page:]*

Department of negotiable
and related

Accommodation party pursuant Without prejudice
endorsed to do the same for registration of account 326762707 Non negotiable
to debtors orders

June Authorized Representative 28 USC 7440)

By _____

November 11, 2012
Exemption ID 326762707
Non-assumpsit do the same to
and hold the same to the defendant
Without the United States District
Court Number 12 872

Void where prohibited by law



Bankers Acceptance
Accept for Value Return for Settlement
and Closure of Pre-Offset Balanced Book
Adjustment
Exempt from Levy

By: _____ 38 USC 1746(1)
Authorized Representative Without Recourse all rights reserved

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court Northern
District

Void where prohibited by law

FILED

NOV 0 8 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE SHADUR

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE KIM

UNITED STATES OF AMERICA,

v.

CHERRON MARIE PHILLIPS,
aka "Cherron Phillips El," "River Tali El Bey,"
"River Tali Bey," "River Tali," and "River"

12 CR 872

No.

Violations: Title 18, United States Code,
Section 1521

INDICTMENT

RECEIVED

NOV 0 8 2012

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

The SPECIAL JANUARY 2012 GRAND JURY charges that:

COUNTS 1-12

On or about the dates set forth below, in Chicago, within the Northern District of Illinois,
Eastern Division, the defendant, CHERRON MARIE PHILLIPS, also known as "Cherron Phillips
El," "River Tali El Bey," "River Tali Bey," "River Tali," and "River," while aiding and abetting and
while being aided and abetted by other persons both known and unknown to the Grand Jury,
did file, and attempt to file, in the public record of the Cook County Recorder of Deeds, a false
lien and encumbrance against the real and personal property of the persons listed below, all of
whom were then employees and officers of the United States Government:

| Count | Date | Person | Official Title |
|---|---|---|---|
| 1 | 03/14/2011 | V1 | Chief United States District Judge |
| 2 | 03/14/2011 | V2 | United States District Judge |
| 3 | 03/14/2011 | V3 | United States Attorney |
| 4 | 03/14/2011 | V4 | Assistant United States Attorney |
| 5 | 03/14/2011 | V5 | United States District Court Clerk |
| 6 | 03/17/2011 | V6 | Federal Task Force Officer |
| 7 | 03/17/2011 | V7 | Federal Task Force Officer |
| 8 | 03/17/2011 | V8 | Federal Task Force Officer |
| 9 | 03/17/2011 | V9 | Federal Task Force Officer |
| 10 | 04/13/2011 | V10 | Federal Agent |
| 11 | 04/19/2011 | V11 | United States Magistrate Judge |
| 12 | 04/19/2011 | V12 | United States Magistrate Judge |



Bankers Acceptance
Accept for Value Return for
Settlement and Closure of Pre-Offset
Balanced Book Adjustment
Exempt from Levy

By: _Authorized Representative Without Recourse_ all rights reserved

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court
Northern District
Case #12CR872

Void where prohibited by law

The defendant filed the false liens and encumbrances against each of the listed persons on account of the performance of their official duties, knowing and having reason to know that each lien and encumbrance was false and contained a materially false, fictitious, and fraudulent statement and representation, including a false claim that the listed persons each owed the defendant's brother one hundred billion dollars.

In violation of Title 18, United States Code, Sections 1521 and 2.

A TRUE BILL:

_____
Foreperson

ERIC H. HOLDER, JR.
Attorney General of the United States

_____
STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

_____
NATHAN D. STUMP
Special Assistant United States Attorney



Bankers Acceptance
Accept for Value Return for
Settlement and Closure of Pre-Offset
Balanced Book Adjustment
Exempt from Levy

By: *[signature]* By all rights reserved
Authorized Representative Without Recourse

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court
Northern District
Case # 12CR872

Void where prohibited by law

PROB Form 63
(11/00)

# HOME CONFINEMENT PROGRAM
## DAILY ACTIVITY FORM

EFFECTIVE DATE: November 14, 2012

PARTICIPANT: Cherron Phillips

MONITORING UNIT #:

| Days (e.g., Mon-Fri or Week 1) | Leave Time | Enter Time | Activity (e.g., employment, counseling, religious activities) |
|---|---|---|---|
| M-F | 8:20 | | kids to school |
| M-F | 17:00 | | pick children from school |
| | | | |
| | | | |
| | | | |
| | | | |

*Pay to the order of the United States Department of Treasury, Timothy Geithner chargeback non-negotiable Acceptor for value and Consideration all related endorsements front and back) and returned for value pursuant to Public Law 73-10 48 Stat 112 June 5th 1933, Charge account 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 for registration fees and command the memory of account 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 and charge the same for debtors orders to your orders.*

*By: [signature] Authorized Representative Without Recourse*

*November 11, 2012*
*Exemption ID #320762707*
*Deposit to: United States Treasury and credit the same to United States District Court Northern District*
*Case # 12CR872*

## Void where prohibited by law

Participant's Signature: [signature] *under threat and without recourse*

Date: November 14, 2012



Bankers Acceptance
Accept for Value Return for
Settlement and Closure of Pre-Offset
Balanced Book Adjustment
Exempt from Levy

By: _____ all rights reserved
Authorized Representative Without Recourse

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court
Northern District

Case# 12 CR 872

Void where prohibited by law

## HOME CONFINEMENT AGREEMENT

1. I, Cherron Phillips, have been placed in the Location Monitoring Program. I agree to comply with all program rules set forth in this Agreement and the instructions of my Pretrial Services Officer. Failure to comply with this Agreement, and the instructions of my officer will be considered a violation of my supervision and may result in an adverse action.

2. I will remain at my approved residence at all times, except for activities approved in advance by my pretrial services officer. Regularly occurring activities will be provided for in a written weekly schedule which will remain in effect until modified by my officer. I must obtain my officer's advance permission for any absences away from home that are not included in my written schedule. **PLEASE NOTE: ALL SCHEDULE CHANGES MUST BE SUBMITTED NO LATER THAN 4:00 P.M. ON MONDAY BEFORE THE EVENT/ACTIVITY. IF MONDAY IS A HOLIDAY THEN I WILL SUBMIT MY SCHEDULE CHANGE REQUEST ON THE NEXT BUSINESS DAY (ex. Tuesday).**

3. I agree to maintain telephone and electrical service in my residence at my own expense. I agree that I will not make any changes in the telephone equipment or services at my residence without prior approval of my officer. I agree to provide copies of my monthly telephone and electric bills when requested by my officer.

4. I understand that my officer will use telephone calls and personal visits to monitor my compliance. When I am at home, I agree to promptly answer my telephone or door. If I fail to answer my telephone or door when I am supposed to be at home, my officer will conclude that I am absent and in violation of my home confinement restrictions.

5. I understand that my officer must be able to locate me at all times when I am away from home. If I do not have a job with a fixed location, my officer must be able to locate me by calling my employer. I also understand that jobs that do not meet these requirements are not permitted while I am in the location monitoring program. I understand that all job changes require advance approval from my officer.

6. I will not deviate from my approved schedule except in an emergency. I will first try to get the permission of my officer. If this is not possible, I will call my officer as soon as I am able to do so. If I call during non-business hours, I will leave a message on my officer's answering machine, including my name, a brief description of the emergency, and my location or destination. I agree to provide proof of the emergency as requested by my officer.

(Initial) _____

## LOCATION MONITORING (equipment)

7. While in the location monitoring program, I agree to wear a non-removable ankle bracelet that will be attached by my officer.

8. I agree to allow a monitoring device (receiver/dialer) to be connected to the telephone and the telephone outlet at my residence. I UNDERSTAND THAT THE DEVICE MUST BE (3) FEET OFF THE FLOOR IN ORDER FOR THE DEVICE TO FUNCTION PROPERLY.



Bankers Acceptance
Accept for Value Return for
Settlement and Closure of Pre-Offset
Balanced Book Adjustment
Exempt from Levy

By: Drees Tah Bey all rights reserved
Authorized Representative Without Recourse

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court
Northern District

Case # 12CR 872

Void where prohibited by law

9. I acknowledge receipt of receiver/dialer number <u>7755698</u> and transmitter number <u>9457505</u>. I understand that I will be held responsible for damage, other than normal wear, to the equipment. I also understand that if I do not return the equipment, or do not return it in good condition, I may be charged for replacement or the repair of the equipment and I agree to pay these costs.

10. <u>ON THE TELEPHONE LINE TO WHICH THE MONITORING EQUIPMENT IS CONNECTED, I AGREE TO NOT HAVE CALL BLOCK (PRIVACY MANAGER), CORDLESS TELEPHONES, OR OTHER DEVICES OR SERVICES THAT MAY INTERFERE WITH THE FUNCTIONING OF THE LOCATION MONITORING EQUIPMENT.</u>

11. I agree that I will not attempt to use my telephone when the receiver/dialer's "Phone" light is on.

12. I agree not to move, disconnect or tamper with the monitoring device (receiver/dialer).

13. I agree not to remove or tamper with the ankle bracelet (transmitter) except in a life threatening emergency or with the prior permission of my officer.

14. I agree to allow authorized personnel to inspect and maintain the ankle transmitter and receiver/dialer.

15. I agree to notify my officer immediately if I lose electrical power at my residence, if I have to remove the ankle bracelet because of an emergency, or if I experience any problems with the monitoring equipment. During non-business hours, I agree to call my officer and leave a message on his/her answering machine including my name, call back number, and the nature of my problem. If there is a power problem, I agree that I will call and leave another message when the power is restored. I also agree to notify my officer of any problems with my telephone service as soon as I am able to do so.

16. I understand and agree that all telephone calls from the monitoring contractor to my residence will be taped and recorded by the monitoring contractor.

17. I understand that I may be ordered to pay all or part of the daily cost of my location monitoring. If so ordered, I agree, as directed by my officer to pay monitoring costs of _____ per day. I will be billed and will submit payments directly to the monitoring contractor.

(Initial)

**Void where prohibited by law**

18. **I acknowledge that I have received a copy of these rules and that they have been explained to me. I understand that I must comply with these rules. I further understand that any violation of these rules will also constitute a violation of supervision, will be reported to the Court, and may cause immediate adverse action.**

PARTICIPANT: _____ Date: _____

OFFICER: _____ Date: _____



Bankers Acceptance
Accept for Value Return for
Settlement and Closure of Pre-Offset
Balanced Book Adjustment
Exempt from Levy

By: Dwer Tali Bey all rights reserved
Authorized Representative Without Recourse

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court
Northern District

Case # 12cr872

Void where prohibited by law

PS 7
(Rev 07/93)

## PRETRIAL RELEASE REPORTING INSTRUCTIONS

| DEFENDANT | DISTRICT COURT | DOCKET NO. |
|---|---|---|
| Cherron Phillips | NORTHERN DISTRICT OF ILLINOIS | 12 CR 00872 001 |

| CASE SUPERVISOR | TELEPHONE NUMBER |
|---|---|
| Brian Kolbus | 312-435-5870 |

**REPORT AS FOLLOWS:**

In Person:

AS DIRECTED

By Telephone:

FOR THE PURPOSE OF SCHEDULE CHANGES YOU MUST CALL ON THE FIRST BUSINESS DAY OF THE WEEK, WHICH SHOULD BE ON MONDAYS UNLESS IT IS A HOLIDAY, BETWEEN THE HOURS OF 9:00 AM. AND 12:00 PM. DO NOT LEAVE MULTIPLE MESSAGES, THIS IS THE ONLY DAY FOR CHANGES (312) 435-5870

IN THE EVENT YOU HAVE AN EMERGENCY THAT REQUIRES YOU TO LEAVE YOUR RESIDENCE, YOU NEED TO CALL THIS OFFICER AT THE 312-435-5870, WHEN THE VOICE MAIL STARTS YOU CAN PRESS 0 (ZERO) TO BE CONNECTED AN EMERGENCY VOICE MESSAGE SYSTEM. MAKE SURE TO LEAVE A DETAILED MESSAGE REGARDING THE NATURE OF THE EMERGENCY. I REPEAT, THIS IS FOR EMERGENCIES ONLY, OR IF YOU ARE SCHEDULED TO DO A DRUG TEST.

Additional Instructions:

FOLLOW ALL CONDITIONS OF YOUR BOND

Home and employment visits will be conducted throughout your period of supervision.

Notify your Pretrial Services Officer immediately of any change in address, telephone, or employment.

You shall not commit a federal, state, or local crime during the period of release. You shall inform the Pretrial Services Officer immediately if you have any police contact and/or are charged with an offense.

## DEFENDANT'S STATEMENT

I understand the above stated instructions and understand that failure to comply will be reported to the Court and may result in the revocation of my bond and my detention pending the outcome of my case.

| SIGNATURE OF DEFENDANT | DATE |
|---|---|
| | November 14, 2012 |

| SIGNATURE OF UNITED STATES PRETRIAL SERVICES OFFICER | DATE |
|---|---|
| | November 14, 2012 |

Pay to the order of the United States Department of Treasury, Timothy Geithner charged man's non-negotiable Accept for Value and Consideration all endorsements (front and back) and returned for value Pursuant to Public Law 73-10 48 Stat 112 Charge account 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 and command the memory of account the same to debtors offers to debtors orders.

By: ___ Authorized Representative
Authorized Representative

November 14, 2012 UCC 1-207 1-308
Exemption Identification 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
Deposit to: United States Treasury the same
to United States District Court
Case # 12CR872

With all rights reserved Without Recourse

Void where prohibited by law

under threat duress without recourse



Bankers Acceptance
Accept for Value Return for
Settlement and Closure of Pre-Offset
Balanced Book Adjustment
Exempt from Levy

By: _____ all rights reserved
Authorized Representative Without Recourse

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court
Northern District
Case # 12CR 872

Void where prohibited by law

# UNITED STATES PRETRIAL SERVICES OFFICE

## PASSPORT STATEMENT

Court Docket Number:     12 CR 00872 001

Judicial Officer:     Shadur

Defendant Name:     Timothy Charron Phillips

Defendant Signature: _____

Date:     11/9/2012 _____

By their signature on this form, the defendant named above asserts that he/she does not currently have a passport. Submission of this form will therefore serve to satisfy the condition of bond that orders the defendant to surrender their passport.

PSO signature: _____

**Void where prohibited by law**



Bankers Acceptance
Accept for Value Return for
Settlement and Closure of Pre-Offset
Balanced Book Adjustment
Exempt from Levy

By: _____ Bey all rights reserved
Authorized Representative Without Recourse

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court
Northern District
Case # 12CR872.

Void where prohibited by law

PS 500
(05/01)

# UNITED STATES PRETRIAL SERVICES OFFICE

## FIREARMS STATEMENT

Court Docket Number:  **12 CR 00872-001**

Judicial Officer:  **Shadur**

Defendant Name:  **Cherron Phillips**

Defendant Signature: 

Date:  **11/19/2012**

[X]  By their signature on this form, the defendant named above asserts that he/she does not currently have any firearms. Submission of this form will therefore serve to satisfy the condition of bond that orders the defendant to surrender their firearm(s).

[ ]  By their signature on this form, the defendant named above asserts that the firearm(s) in his/her possession have been surrendered. The party to whom the firearm(s) have been surrendered is:

The date of surrender is: 

### Void where prohibited by law

PSO signature: 

cc:  PSA File
    Defendant



Bankers Acceptance
Accept for Value Return for
Settlement and Closure of Pre-Offset
Balanced Book Adjustment
Exempt from Levy

By Paul Daley By 28 USC 1746(1) all rights reserved
Authorized Representative Without Recourse

November 11th, 2012
Exemption ID# 320762707
Pay to the Order of:
United States Treasury
and CREDIT the same to:
United States District Court
Northern District

Case# 12CR-872

Void where prohibited by law

CHERRON MARIE PHILLIPS, ESTATE.
Executress Office.
Nation. Illinois.
General-Post Office.
433 West Harrison Street
Phillips. Province.
Chicago.
United States Minor, Outlying Islands.
Near. [60699-9999]

night - of the twenty first day, of November  two-zero one-two
= = = = = = = = = = = = = = = = =
7011 1570 0001 3688 2972
= = = = = = = = = = = = = = = = =

[Case Number: 12 CR 872]

Office of: Prosecuting Attorney of the CORPORATE UNITED STATES OF AMERICA
Attn: PATRICK J. FITZGERALD
Federal Courthouse
219 S. Dearborn St.
Chicago, IL
U.S.A. [60604]

From: Executor Office: River Tali Bey, Executor of CHERRON MARIE PHILLIPS, a decedent
that has ceased doing business with the federal enclave/insular possessions of THE USA
CORPORATION.

Regarding: Unauthorized administration of CHERRON MARIE PHILLIPS, ESTATE.

You will forthwith return and transmit the specific written delegated authority to "represent" that
authorization to administrate the CHERRON MARIE PHILLIPS, ESTATE has been warranted,
together with a certified copy of your oath for the Office of (District Attorney), accompanied by
certified copies of your BAR BOND, The Office of (Court Administrator of THE UNITED
STATES OF AMERICA) and a detailed list of all other bonds, sureties, indemnification,
insurance and other Court Registry Investment System (CRIS) CUSIP numbers and full-
accounting relating in any way to anyone's personal or professional involvement as referenced
above and the arrogated paperwork intrusion upon the CHERRON MARIE PHILLIPS, ESTATE.
According to 27 CFR 72.11, all crime is commercial; therefore, this so called crime that is being
alleged against the CHERRON MARIE PHILLIPS, ESTATE case number (12 CR 872) of this
'commercial crime' is a registered bond of the U.S. Department of the Treasury, which is
invested in by third parties through the *fidelity website:*
*https://fastquote.fidelity.com/webxpress/popup_frameset.phtml?SID_VALUE_ID=87 &*
*https://advisor.fidelity.com/advisor/portal/performance?deeplink=yes&pageUniqueName=afc.p*
*erformance&sasid=87&dplid=2).*  The CUSIP Number for this particular bond is 315809103. Its
Net Assets as of 10/31/2012 are $102,260,004.76; its portfolio assets are $624,045,536.33 as of
10/31/2012. The fund symbol & name for this bond (EFIPX) Fidelity Advisor Intermediate Bond

Fund - Class I and its fund inception is **2/2/1984**. The fund managers for this particular stock are Ford O'Neil (Tenure: Since 12/1/2004) & Robert Galusza (Tenure: Since 7/1/2009). **This is further proof that THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION COMPANY is illegally operating in a security-note-bond operation that I did not agree to be affiliated with due to my lack of being since fully disclosed of that type of performance bond contract.**

Enclosed you will find "abandoned" paperwork which appears to erroneously "allege" that the **PATRICK J. FITGERALD, PROSECUTING ATTORNEY OF CORPORATE UNITED STATES OF AMERICA** who by their un-warranted acts, fraudulently claim authority from this Executor Office to administrate for CHERRON MARIE PHILLIPS, ESTATE. **The IRS and other federal authorities will be summoned to execute justice on the fraudulent activities of racketeering, money laundering, tax fraud, tax evasion, threat, duress, and coercion that you all are participating in through the illegal banking procedures of the CRIS (Court Registry Investment System).** *The false claim of commercial crime is hereby Adjourned.*


                                                    govern yourself accordingly.


                                    By: executress / _____

    Certified Document:                  CHERRON MARIE PHILLIPS, ESTATE.
                                                Executress Office.
                                                 Nation. Illinois.
                                               General-Post Office.
                                            433 West Harrison Street
                                               Phillips. Province.
                                                    Chicago.
                                    United States Minor, Outlying Islands.
                                               Near. [60699-9999]


Copies to:
Office of: Assistant Attorney of the CORPORATE UNITED STATES OF AMERICA
Attn: STEPHEN R. WIGGINTON
Federal Courthouse
219 S. Dearborn St.
Chicago, IL
U.S.A. [60604]


Office of Clerk
Attn: THOMAS G. BRUTON
Federal Courthouse
219 S. Dearborn St.
Chicago, IL
U.S.A. [60604]


Office of Magistrate Judge

Attn: MILTON SHADUR
Federal Courthouse
219 S. Dearborn St.
Chicago, IL
U.S.A. [60604]


Sworn and subscribed before me this 21st day of November 2012 in _____
Cook County, Illinois.

seal

_Sharon Patrice Jam_
Notary Public

My Commission Expires 6-5-2016

OFFICIAL SEAL
SHARON PATRICE JAMIESON
Notary Public – State of Illinois
My Commission Expires June 05, 2016

☒ CORRECTED (if checked)

| CREDITOR'S name, street address, city, state, ZIP code, and telephone no. | 1 Date canceled | OMB No. 1545-1424 | |
|---|---|---|---|
| CHERRON MARIE PHILLIPS 430 EAST 162nd Street 406 SOUTH HOLLAND ILLINOIS 60473 | 11/11/2012 | **2011** Form **1099-C** | **Cancellation of Debt** |
| | 2 Amount of debt canceled $ 250,000.00 | | |
| | 3 Interest if included in box 2 $ | | |

| CREDITOR'S federal identification number 320762707 | DEBTOR'S identification number 36-419 5310 | 4 Debt description | **Copy B** |
|---|---|---|---|

DEBTOR'S name UNITED STATES DISTRICT COURT NORTHERN DISTRICT

Street address (including apt. no.) 219 S DEARBORN

City, state, and ZIP code CHICAGO ILLINOIS 60604

5 If checked, the debtor was personally liable for repayment of the debt . . . . . ▶ ☐

Account number (see instructions) 12 CR 872

6 Bankruptcy (if checked) B ☐

7 Fair market value of property $

**For Debtor**
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-C**

(keep for your records)                    Department of the Treasury - Internal Revenue Service

---

☒ CORRECTED (if checked)

| CREDITOR'S name, street address, city, state, ZIP code, and telephone no. | 1 Date canceled | OMB No. 1545-1424 | |
|---|---|---|---|
| CHERRON MARIE PHILLIPS 430 EAST 162nd Street #406 SOUTH, HOLLAND ILLINOIS 60473 | 11/11/2012 | **2011** Form **1099-C** | **Cancellation of Debt** |
| | 2 Amount of debt canceled $ 4500.00 | | |
| | 3 Interest if included in box 2 $ | | |

| CREDITOR'S federal identification number 320762707 | DEBTOR'S identification number 36-4195310 | 4 Debt description | **Copy B** |
|---|---|---|---|

DEBTOR'S name UNITED STATES DISTRICT COURT NORTHERN DISTRICT

Street address (including apt. no.) 219 S DEARBORN

City, state, and ZIP code CHICAGO ILLINOIS 60604

5 If checked, the debtor was personally liable for repayment of the debt . . . . . ▶ ☐

Account number (see instructions) 12 CR 872

6 Bankruptcy (if checked) B ☐

7 Fair market value of property $

**For Debtor**
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-C**

(keep for your records)                    Department of the Treasury - Internal Revenue Service

---

☒ CORRECTED (if checked)

| CREDITOR'S name, street address, city, state, ZIP code, and telephone no. | 1 Date canceled | OMB No. 1545-1424 | |
|---|---|---|---|
| CHERRON MARIE PHILLIPS 430 EAST 162nd Street #406 SOUTH HOLLAND, ILLINOIS 60473 | 11/11/2012 | **2011** Form **1099-C** | **Cancellation of Debt** |
| | 2 Amount of debt canceled $ 67,397.00 | | |
| | 3 Interest if included in box 2 $ | | |

| CREDITOR'S federal identification number 320762707 | DEBTOR'S identification number 36-419 5310 | 4 Debt description Credit transfer to offset principal balance in case #12CR 872 1040V Attached | **Copy B** |
|---|---|---|---|

DEBTOR'S name UNITED STATES DISTRICT COURT NORTHERN DISTRICT

Street address (including apt. no.) 219 S DEARBORN

City, state, and ZIP code CHICAGO, ILLINOIS 60604

5 If checked, the debtor was personally liable for repayment of the debt . . . . . ▶ ☑

Account number (see instructions) 12 CR 872

6 Bankruptcy (if checked) ☐

7 Fair market value of property $

**For Debtor**
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-C**

(keep for your records)                    Department of the Treasury - Internal Revenue Service



☐ CORRECTED (if checked)

**LENDER'S name, street address, city, state, ZIP code, and telephone no.**

CHERRON MARIE PHILLIPS
430 EAST 162nd Street #406
SOUTH HOLLAND ILLINOIS 60473

OMB No. 1545-0877

**2011**

Form 1099-A

**Acquisition or Abandonment of Secured Property**

| LENDER'S federal identification number | BORROWER'S identification number |
|---|---|
| 320762707 | 36-4195310 |

**1 Date of lender's acquisition or knowledge of abandonment**
11 11 2012

**2 Balance of principal outstanding**
$250,000.00

**Copy B For Borrower**

**BORROWER'S name**
UNITED STATES DISTRICT COURT NORTHERN DISTRICT

**3**

**4 Fair market value of property**
$

**Street address (including apt. no.)**
219 S DEARBORN

**City, state, and ZIP code**
CHICAGO, ILLINOIS 60604

**5 If checked, the borrower was personally liable for repayment of the debt** ▶ ☑

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

**Account number (see instructions)**
12CR872

**6 Description of property** Credit transfer to offset principal balance in case # 12CR872 1040 V Attached

Form **1099-A**

(keep for your records)

Department of the Treasury - Internal Revenue Service

---

☑ CORRECTED (if checked)

**LENDER'S name, street address, city, state, ZIP code, and telephone no.**

CHERRON MARIE PHILLIPS
430 EAST 162nd Street #406
SOUTH HOLLAND ILLINOIS 60473

OMB No. 1545-0877

**2011**

Form 1099-A

**Acquisition or Abandonment of Secured Property**

| LENDER'S federal identification number | BORROWER'S identification number |
|---|---|
| 320762707 | 36-4195310 |

**1 Date of lender's acquisition or knowledge of abandonment**
11 11 2012

**2 Balance of principal outstanding**
$4500.00

**Copy B For Borrower**

**BORROWER'S name**
UNITED STATES DISTRICT COURT NORTHERN DISTRICT

**3**

**4 Fair market value of property**
$

**Street address (including apt. no.)**
219 S. DEARBORN

**City, state, and ZIP code**
CHICAGO, ILLINOIS 60604

**5 If checked, the borrower was personally liable for repayment of the debt** ▶ ☑

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

**Account number (see instructions)**
12CR872

**6 Description of property** Credit Transfer to offset principal balance in case # 12CR872 1040 V Attached

Form **1099-A**

(keep for your records)

Department of the Treasury - Internal Revenue Service

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2011** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2011, or other tax year beginning _____ , 2011, ending DEC. 31 , 20 12 | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| CHERRON | PHILLIPS | 320762707 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

430 EAST 162ND STREET #406

► Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

SOUTH HOLLAND  ILLINOIS 60473

Foreign country name | Foreign province/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☑ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☐ Yourself. If someone can claim you as a dependent, **do not** check box 6a.
b ☐ Spouse

Boxes checked on 6a and 6b: 0
No. of children on 6c who:
• lived with you: 0
• did not live with you due to divorce or separation (see instructions): 0

c **Dependents:**

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ► ☐

Dependents on 6c not entered above: 0

d Total number of exemptions claimed . . . . . . . . . . . .

Add numbers on lines above ► 0

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount  1099-C (Cancellation of Debt) Dated 11/11/12 | 21 | 254500 | 00 |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 254500 | 00 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ► | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | 254500 | 00 |

Form 1040 (2011)

Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 254500 00 |

**Standard Deduction for—**

| 39a | Check if: | ☐ You were born before January 2, 1947, | ☐ Blind. | **Total boxes** | |
|---|---|---|---|---|---|
| | | ☐ Spouse was born before January 2, 1947, | ☐ Blind. | checked ▶ 39a | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | | | |
| 40 | **Itemized deductions (from Schedule A) or your standard deduction (see left margin)** | | | 40 | |
| 41 | Subtract line 40 from line 38 | | | 41 | 254500 00 |
| 42 | **Exemptions.** Multiply $3,700 by the number on line 6d. | | | 42 | |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | 43 | 254500 00 |
| 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ 962 election | | | 44 | 67397 00 |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | | 45 | |
| 46 | Add lines 44 and 45 ▶ | | | 46 | 67397 00 |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | | |
| 49 | Education credits from Form 8863, line 23 | 49 | | | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | | |
| 51 | Child tax credit (see instructions) | 51 | | | |
| 52 | Residential energy credits. Attach Form 5695 | 52 | | | |
| 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 53 | | | |
| 54 | Add lines 47 through 53. These are your **total credits** | | | 54 | |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | | | 55 | 67397 00 |

**People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.**

**All others:**

Single or Married filing separately, $5,800

Married filing jointly or Qualifying widow(er), $11,600

Head of household, $8,500

| | | | | | |
|---|---|---|---|---|---|
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59a | Household employment taxes from Schedule H | | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | | 61 | 67397 00 |

| | | | | | |
|---|---|---|---|---|---|
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 67397 00 | |
| | 63 | 2011 estimated tax payments and amount applied from 2010 return | 63 | | |
| | 64a | **Earned income credit (EIC)** | 64a | | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☐ 8839 **c** ☐ 8801 **d** ☐ 8885 | 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | | 72 | 67397 00 |

**If you have a qualifying child, attach Schedule EIC.**

| | | | | | |
|---|---|---|---|---|---|
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | | 73 | 67397 00 |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 74a | |
| | b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | | |
| | 75 | Amount of line 73 you want **applied to your 2012 estimated tax** ▶ | 75 | | |

**Direct deposit? ▶**
**See instructions.**

| | | | | | |
|---|---|---|---|---|---|
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | | 76 | 0 00 |
| | 77 | Estimated tax penalty (see instructions) | 77 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☐ **No**

| Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |
|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions.
Keep a copy for your records.

| Your signature | Date 11.11.2012 | Your occupation Executress | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

**Form 56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**   **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| CHERRON MARIE PHILLIPS | 320762707 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)

433 WEST HARRISON USMOI

City or town, state, and ZIP code (If a foreign address, see instructions.)

CHICAGO ILLINOIS 60699

Fiduciary's name

River-Tali Bey, Executress of the CHERRON MARIE PHILLIPS ESTATE

Address of fiduciary (number, street, and room or suite no.)

433 West Harrison Street USMOI

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| Chicago, Illinois 60699 | (    ) |

### Section A.  Authority

1    Authority for fiduciary relationship. Check applicable box:
a  ☐  Court appointment of testate estate (valid will exists)
b  ☐  Court appointment of intestate estate (no valid will exists)
c  ☐  Court appointment as guardian or conservator
d  ☐  Valid trust instrument and amendments
e  ☐  Bankruptcy or assignment for the benefit or creditors
f  ☑  Other. Describe ▶ Appoint of Executress River-Tali Bey of the CHERRON MARIE PHILLIPS ESTATE
2a  If box 1a or 1b is checked, enter the date of death ▶ _____ 12-17-2009 _____
2b  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ _____ 12-17-2009 _____

### Section B.  Nature of Liability and Tax Notices

3    Type of taxes (check all that apply):  ☐ Income   ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☐ Other (describe) ▶ _____

4    Federal tax form number (check all that apply):  a ☐ 706 series  b ☐ 709  c ☐ 940   d ☐ 941, 943, 944
e ☐ 1040, 1040-A, or 1040-EZ  f ☐ 1041   g ☐ 1120  h ☐ Other (list) ▶ 1041, 8832, W-8IMY, W-8Ben, 8822, etc

5    If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  .  .  ▶ ☐
and list the specific years or periods ▶ _____

6    If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .  .  .  .  ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.      Cat. No. 16375I      Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

| **Part II** | **Court and Administrative Proceedings** | |
|---|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|

| Address of court | Docket number of proceeding |
|---|---|

| City or town, state, and ZIP code | Date | Time | ☐ a.m.<br>☐ p.m. | Place of other proceedings |
|---|---|---|---|---|

| **Part III** | **Signature** |
|---|---|

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ *Rauer Sali Bey all rights reserved* executress — 12-17-2009

| Fiduciary's signature | Title, if applicable | Date |
|---|---|---|

Form **56** (Rev. 12-2011)

River-Tali Bey
c/o Post Office Box 802625
Cook County, Illinois State Republic
Non-Domestic without the US

---

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>)<br>) | **In Admiralty**<br>Account Number # 12 CR 872 |
|  | )<br>) | COMMERCIAL NOTICE |
| v. | )<br>) | APPOINTMENT OF<br>FIDUCIARY DEBTOR |
|  | )<br>) |  |
| CHERRON MARIE PHILLIPS, a decedent<br>Respondent/Defendant in error | )<br>)<br>) |  |
| —————————————————— | )<br>) |  |
| River-Tali Bey Executress, agent<br>Living Being, creditor, injured third party intervener) | ) |  |

---

### COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY DEBTOR

COMES NOW River-Tali Bey, Executress, agent, lawful living being, creditor, injured third party intervener of CHERRON MARIE PHILLIPS (a decedent), a Real Party in Interest, who is neutral in the public, who is unschooled in law, making a special visitation by absolute ministerial right **MILTON SHADUR, JUDGE FOR THE UNITED STATES OF AMERICA** and notices the DEPARTMENT OF THE TREASURY with enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

# Appointment of Fiduciary

I, River-Tali Bey, "Third Party Interest Intervener," having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as CHERRON MARIE PHILLIPS, and/or any alphabetical or numerical variation thereof, a.k.a. DEBTOR, nunc pro tunc 1970 C.E., said entity having as its trustee the Secretary of Transportation of the United States pursuant to and in accordance with Title 46 App. U.S.C. § 1247 and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, **River-Tali Bey, "Third Party Interest Intervener and Executress of the CHERRON MARIE PHILLIPS. ESTATE,"** hereby nominate and do appoint **MILTON SHADUR JUDGE FOR THE UNITED STATES OF AMERICA** as being qualified to fulfill the position of **"FIDUCIARY DEBTOR"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution, or cancellation, within the venue as ordained and established by the **People of the Territory of Illinois Republic**, through their original Organic Constitutions of **Illinois State Republic**.

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of **River-Tali Bey, "Third Party Interest Intervener and Execrutress of the CHERRON MARIE PHILLIPS ESTATE,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred DEBTOR in all-capital-letter-assemblages, the same shall be by order of **River-Tali Bey, "Third Party Interest Intervener and Executress of the CHERRON MARIE PHILLIPS ESTATE,"** or other delegated appointee of **River-Tali Bey, "Third Party Interest Intervener and Executress of the CHERRON MARIE PHILLIPS. ESTATE,"** including assignments for or on behalf of the principal DEBTOR, **CHERRON MARIE PHILLIPS** including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

**Fiduciary Debtor, MILTON SHADUR JUDGE FOR THE UNITED STATES OF AMERICA ,** is hereby authorized to use the private exemption of CHERRON MARIE PHILLIPS, or THE CHERRON MARIE PHILLIPS ESTATE Account #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 for the adjustment and set-off of all matters, with regards to any and all debt/negotiable instruments such as **commercial crime case number 12CR872, etc.,** which have previously been Accepted For Value, and Returned for Settlement and Closure. **MIILTON SHADUR JUDGE FOR THE UNITED STATES OF AMERICA,** is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely.

I, **River-Tali Bey, "Third Party Interest Intervener and Executress of the CHERRON MARIE PHILLIPS, ESTATE,"** asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States. Fiduciary Debtor has my authorization to make any and all changes necessary to bring this document into complete and lawful compliance.



Notary

Date _November 20, 2012_

LS: _River-Tali Bey_

River-Tali Bey Executress
Third Party Interest Intervener,
Executress/Authorized Agent For:
CHERRON MARIE PHILLIPS ESTATE DECEDENT /DEBTOR
c/o 433 West Harrison USMOI
Chicago, Illinois [60699]
Non-Domestic without the US

Seal

RAMADAN ALI
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 23, 2016

# Certificate of Appointment

Under authority vested in the undersigned and in conformance with
Subpart 1.6 of the Federal Acquisition Regulation

## River Tali Bey

is appointed

## Contracting Officer

for the

## United States of America

Subject to the limitations contained in the Federal Acquisition Regulation and to the following:

Unless sooner terminated, this appointment is
effective as long as the appointee is assigned to:

CHERRON MARIE PHILLIPS ESTATE
(Organization)

State of Illinois Birth Certificate 112 -70-634517
(Agency/Department)

River Tali Bey Power of Attorney
(Signature and Title)

12 - 17 - 2009
(Date)

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
(Number)

**STANDARD FORM 1402** (10-83)
Prescribed by GSA - FAR (48 - CFR) 53.201

## AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

| | |
|---|---|
| OMB Number: | **9000-0001** |
| Expires: | **11/30/2011** |

Public reporting burden for this collection of information is estimated to average 0.4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (VPR), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF
**ILLINOIS**
COUNTY OF
**COOK**

SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* |
|---|---|
| CHERRON MARIE PHILLIPS | UNITED STATES DISTRICT COURT NORTHERN DISTRICT 219 S DEARBORN |
| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)* |
| SURETY/LIFETIME | UNITED STATES DISTRICT COURT NORTHERN DISTRICT 219 S DEARBORN |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(Number, Street, City, State, ZIP Code)* c/o 55 Water Street, New York City, New York 10041-0099 | 6. TELEPHONE NUMBER HOME - BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

See Criminal Case#12 CR 872 ; IRS Forms 1096, 1099-A, & 1099-C
See Attached OPTIONAL FORM 90 (RELEASE OF LIEN ON REAL PROPERTY)
See Attached OPTIONAL FORM 91 (RELEASE OF PERSONAL PROPERTY FROM ESCROW)
See Attached STANDARD FORM 24 (BID BOND)
See Attached STANDARD FORM 25 (PERFORMANCE BOND); STANDARD FORM 25A (PAYMENT BOND)
(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof.)*

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.
Criminal Case # 12 CR872

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.
See Criminal Case # 12CR872; See Attached OPTIONAL FORM 90, OPTIONAL FORM 91, STANDARD FORM 24, STANDARD FORM 25, STANDARD FORM 25A & STANDARD FORM 1402

### DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE *By: Cherron Sale BK Executive all rights reserved* | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where Appropriate)* OPTIONAL FORM 90 & OPTIONAL FORM 91 |
|---|---|

### 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE *(Or other jurisdiction)* | |
|---|---|---|---|---|
| MONTH | DAY | YEAR | CHICAGO IL | |
| 11 | 20 | 2012 | | OFFICIAL SEAL SHARON PATRICE JAMIESON Notary Public – State of Illinois My Commission Expires June 05, 2016 |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)* SHARON Patrice Jamieson Notary | | | d. SIGNATURE *Sharon Patrice Jam* | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

**STANDARD FORM 28** (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

| **BID BOND**<br>( *See instructions on reverse* ) | DATE BOND EXECUTED (*Must not be later than bid opening date*)<br><br>11/09/2012 | OMB NO.: **9000-0045**<br>Expires: **11/30/2012** |
| --- | --- | --- |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address)<br>**CHERRON MARIE PHILLIPS**<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT<br>219 S DEARBORN<br>CHICAGO ILLINOIS 60604 | TYPE OF ORGANIZATION (*"X" one*)<br>[X] INDIVIDUAL    [ ] PARTNERSHIP<br>[ ] JOINT VENTURE    [ ] CORPORATION<br>STATE OF INCORPORATION<br>Illinois Birth Certificate #112-70-634517 |
| --- | --- |

SURETY(IES) (*Name and business address*)
**DEPOSITORY TRUST COMPANY**
55 Water Street, New York City, New York
10041-0099

| PENAL SUM OF BOND | | | | BID IDENTIFICATION | |
| --- | --- | --- | --- | --- | --- |
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | BID DATE<br>11/09/2012 | INVITATION NO.<br>12CR872 |
| | MILLION (S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR (*Construction, supplies, or Services*) | |
| | | 250 | 0.00 | 0.00 | | |

OBLIGATION

We, the Principal and Surety (ies) are firmly bound to the United States of America (hereinafter call the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit or liability is the full amount of the penal sum.

CONDITIONS:

The principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10 days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to executes such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each surety executing this instrument agrees that its obligations is not impaired by any extension(s) of the time for acceptance of the bid that the principal may grand to the Government. Notice to the surety (ies) of extensions (s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the periods originally allowed for acceptance of the bid.

WITNESS

The principal and Surety (ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
| --- | --- | --- | --- | --- |
| SIGNATURE(S) | 1.<br>(Seal) | 2. *by River Tali* (Seal) | 3.<br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (*Typed*) | 1. CHERRON MARIE PHILLIPS | 2. by River Tali Bey<br>Executrix | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
| --- | --- | --- | --- |
| SIGNATURE(S) | 1.<br>(Seal) | 2. *by River-Tali Bey* (Seal) | (Seal) |
| NAME(S) (*Typed*) | 1. CHERRON MARIE PHILLIPS | 2. by River-Tali Bey Executrix | |

| | CORPORATE SURETY(IES) | | | |
| --- | --- | --- | --- | --- |
| **SURETY A** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (*Typed*) | 1. | 2. | | |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>Pervious edition is usable | **STANDARD FORM 24** (REV. 10-98)<br>Prescribed by GSA - FAR (48 CFR) 53.228(a) |
| --- | --- |

| **PERFORMANCE BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 11/09/2012 | OMB No.: **9000-0045** Expires: 11/30/2012 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

PRINCIPAL (Legal name and business address)

CHERRON MARIE PHILLIPS
UNITED STATES DISTRICT COURT NORTHERN DISTRICT
219 S DEARBORN
CHICAGO ILLINOIS 60604

TYPE OF ORGANIZATION ("X" one)
[X] INDIVIDUAL  [ ] PARTNERSHIP
[ ] JOINT VENTURE  [ ] CORPORATION

STATE OF INCORPORATION
Illinois Birth Certificate# 112-70-634517

SURETY(IES) (Name(s) and business address(es)

DEPOSITORY TRUST COMPANY
55 Water Street, New York City, New York
10041-0099

PENAL SUM OF BOND

| MILLION(S) | THOUSANDS | HUNDRED(S) | CENTS |
|---|---|---|---|
| | 250 | 000 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 11/09/2012 | 12 CR 872 |

OBLIGATION

We, the Principal and Surety (ies), are firmly bound to the Unites States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action against any or all of us. for all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS

The Principal has entered into the contract identified above.

THEREFORE

The above obligation is void if the Principal-

(a)(1)  Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies)  and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b)  Pays to the Government the full amount of the taxes imposed by the Government, if the said contracts is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. CHERRON MARIE PHILLIPS | 2. by: River Tali Bey Executrix | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. CHERRON MARIE PHILLIPS | 2. by: River Tali Bey POWER OF ATTORNEY |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 25 (REV. 5-96)
Prescribed by GSA-FAR (48 CFR) 53.228 (b)

| **PAYMENT BOND** (See instructions on reverse) | DATE BOND EXECUTED *(Must be same or later than date of contract)* 11/09/2012 | OMB No.:**9000-0045** Expires: 11/30/2012 |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* CHERRON MARIE PHILLIPS UNITED STATES DISTRICT COURT NORTHERN DISTRICT 219 S DEARBORN CHICAGO ILLINOIS 60604 | TYPE OF ORGANIZATION ("X" one) |
|---|---|

TYPE OF ORGANIZATION ("X" one): [X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE  [ ] CORPORATION

STATE OF INCORPORATION
Illinois Birth Certificate 112-70-634517

SURETY(IES) *(Name(s) and business address(es))*
DEPOSITORY TRUST COMPANY
55 Water Street
New York City, New York
10041-0099

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | 250 | 000 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 11/09/2012 | 12CR872 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. for payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. | 2. (Seal) | 3. (Seal) | |
|---|---|---|---|---|
| SIGNATURE(S) | | | | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. CHERRON MARIE PHILLIPS | 2. by River-Tali Bey as Executrix | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. | 2. (Seal) | (Seal) |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | | |
| NAME(S) (Typed) | 1. CHERRON MARIE PHILLIPS | 2. by River-Tali Bey Executrix | |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

### RELEASE OF LIEN ON REAL PROPERTY

Whereas __CHERRON MARIE PHILLIPS__ , of _____112-70-634517_____ , by a bond
                (Name)                               (Place of Residence)

for the performance of U.S. Government Contract Number _____xxx-xx-2707_____ ,

became a surety for the complete and successful performance of said contract, which bond includes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

THE CHERRON MARIE PHILLIPS ESTATE ACCOUNT xxx-xx-2707 which said lien was issued by the UNITED STATES OF AMERICA INC OF THE CORPORATE STATE OF DELAWARE on or about 11/09/2012. Criminal Case #12CR872; See attached IRS Forms 1096, 1099A(Aquisition or Abandonment of Secured Property) 1099C-(Cancellation of Debt) Standard Form 24 (Bid Bond), Standard Form 25 (Performance Bond), Standard Form 25A (Payment Bond) & Standard Form 28 (Affidavit of Surety)

and recorded this pledge on _____Criminal case # 12CR872_____
                                    (Name of Land Records)

in the _____Cook County_____ of _____ILLINOIS_____ ,
         (Locality)                     (State)
and

Whereas, I, _____River Tali Bey_____ , being a duly

authorized representative of the United States Government as a warranted contracting officer, have determined that the lien is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom,

and

Whereas the surety remains liable to the United States Government for continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned line.

_November 21, 2012_
[Date]

_Cook County Illinois_

**OFFICIAL SEAL**
**SHARON PATRICE JAMIESON**
Notary Public – State of Illinois
My Commission Expires June 05, 2016

[Signature] _River Tali Bey_
Seal

_Sharon Patrice Jam_ ——— _November 21, 2012_

AUTHORIZED FOR LOCAL REPRODUCTION

**OPTIONAL FORM 90** (REV. 1-90)
Prescribed by GSA-FAR (48CFR) 53.228 (n)

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  CHERRON MARIE PHILLIPS____ , of ILLINOIS Birth Certifcate#112 70 634517 , by a bond
              (Name)                  (Place of Residence)

for the performance of U.S. Government Contract Number     xxx-xx-2707_____ ,

became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

       in Account Number   Criminal Case# 12CR872_____ on deposit

      at UNITED STATES DISTRICT COURT NORTHERN DISTRICT_____
                        (Name of Financial Institution)

located at  219 SOUTH DEARBORN CHICAGO ILLINOIS 60604_____ , and
                  (Address of Financial Institution)

Whereas I, River-Tali Bev_____ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

       Criminal Case #12CR872; See attached IRS Forms 1096, 1099A(Aquisition or Abandonment of
       Secured Property) 1099C-(Cancellation of Debt) Optional Form 90 (Release of Lien on Real Property)
       Standard Form 24 (Bid Bond), Standard Form 25(Performance Bond), Standard Form 25A (Payment
       Bond) & Standard Form 28 (Affidavit of Surety)

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety.  If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

UNITED STATE DISTRICT COURT NORTHERN DISTRICT_____ .
            (Name of Financial Institution)

November 21, 2012
[Date]

Cook County
Illinois
**OFFICIAL SEAL**
**SHARON PATRICE JAMIESON**
Notary Public – State of Illinois
My Commission Expires June 05, 2016

Sharon Patrice Jam

[Signature] *Ryer Tali Bey*

Seal

November 21, 2012

**OPTIONAL FORM 91** (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

AUTHORIZED FOR LOCAL REPRODUCTION