# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                 Case No.: 1:12–cr–00872
                   Honorable Milton I. Shadur

Cherron Marie Phillips

          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 17, 2012:

  MINUTE entry before the Honorable Milton I. Shadur:as to Cherron Marie Phillips, Status hearing held on 12/17/2012. Status hearing set for 1/4/2013 at 09:30 AM. Time continues to be excluded through 1/4/13 under 18:3161(h)(7)(A) and (B)(iv) of the Speedy Trial Act. Mailed notice (srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.