# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:12−cr−00872 |
| | Honorable Milton I. Shadur |
| Cherron Marie Phillips | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2013:

    MINUTE entry before the Honorable Milton I. Shadur: as to defendant, Cherron Marie Phillips; Status hearing held on 1/22/2013 and continued to 2/22/2013 at 9:30 a.m. Defendant's failure to obtain her own counsel despite being provided with more than an ample opportunity to do so, coupled with her refusal to apply for appointed counsel under the Criminal Justice Act, constitute the equivalent of her exercise of her constitutional right to represent herself, and this Court so orders. Defendant is ordered to file pretrial motions by 2/19/2013. Nathan Stump, counsel for the government, is granted leave to participate in next status hearing by telephone. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.