February 21, 2013

FILED
FEB 25 2013
Chief Judge James F. Holderman
United States District Court

United States District Court Northern District
James F. Holderman Chief Judge
219 S. Dearborn
Chicago Illinois 60604

12 CR 872

FORGIVE ME

Dear Sir:

I am writing this request to forgive me because I have come to learn of my tremendous mistake. I fully understand that listening to patriot people in the public on how to obtain remedy was a huge mistake. Forgive me for my failure to do the proper study on learning how to come to my brother and properly resolve matters instead of filing liens on persons.

I understand this was a serious mistake. I had no intentions on causing harm and thought I was following the law. I simply thought at that time I was doing the right thing. I make no excuse for taking bad advise.

It was a tremendous mistake and ill advised and completely out of line. Please be advised I would never do such a thing again. I understand that public servants must have a difficult job in dealing with people who don't understand law and don't understand how to come to harmony. I now again re-iterate, I fully understand my mistake and how I must have offended and or inconvenienced you. I have but two words "FORGIVE ME".

Sincerely,

Cherron Marie Phillips