# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 872 | **DATE** | 2/22/2013 |
| **CASE TITLE** | U.S.A. vs. Cherron Marie Phillips | | |

**DOCKET ENTRY TEXT**

as to defendant, Cherron Marie Phillips; Status hearing held on 2/22/2013. Defendants' oral motion to modify bond is granted. Defendant's bond is modified to include home curfew instead of home detention. Defendant's curfew is from 6pm until 8am. Defendant will continue to report to pretrial services and also she will continue on the locator monitoring. Jury trial set for 7/1/2013 at 9:30 a.m. Time is excluded from 2/22/2013 through 7/1/2013 pursuant to 18 USC §3161(h)(7)(A) and (B)(iv). (X-T).

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SRB |
|---|---|---|