IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
       v.                        )    No.  12 CR 872
                                 )
CHERRON PHILLIPS,                )
                                 )
            Defendant.           )

                         MEMORANDUM

     This Court has just received via registered mail from someone named Anthony E. George ("George") a certified copy of the indictment in this criminal case, designated in George's accompanying affidavit of service as having been "endorsed for setoff, settlement and closure."  As for the certified copy of the indictment itself, each page of the copy of the certification binder and each page of the two-page indictment that it contains bears what appears to be the signature of defendant Cherron Marie Phillips ("Phillips") as well as this legend:

     Accept for value
     Return for setoff settlement and closure

     This unasked-for delivery appears to have no purpose other than to continue the clotted nonsense[1] with which Phillips has been burdening this prosecution.  Accordingly the only action that this Court will take for the present will be to file this

---

[1] With apologies to the <u>New Yorker</u> magazine, which has in the past run short bizarre page-fillers at the end of major articles under the caption "Department of Clotted Nonsense."

memorandum and those documents (and the envelope in which they arrived) as a purely informational matter, according the documents no substantive significance.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 28, 2013