**FILED**

MAY 3 0 2013

MAY 30 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA | 

| No. 1:12-CR-872

     v. | Judge Milton L. Shadur

|

CHERRON MARIE PHILLIPS | 
*aka "Cherron Phillips El," River Tali El Bey,"* |
*"River Tali Bey," River Tali" and "River"* |

## NOTICE OF FILING

TO:    Stephen R Wigginton
        U.S. Attorney's Office
        9 Executive Drive
        Fairview Heights Il 62208

Please take Notice that on _May 29th_, 2013 a Judicial Notice Affidavit of Discharge with Exhibits was placed with the United States District Court Clerk of the Court at 219 S. Dearborn Street Chicago Illinois 60604. Attached herein with all relevant documents in support thereof.

Cherron M. Phillips
c/o PO Box 802625
Chicago Illinois 60680
312-857-5456

## CERTIFICATE OF SERVICE

I Cherron M. Phillips or authorized representative thereof under penalty of perjury affirm that the I caused this notice and all relevant documents herein attached to be mailed to the pertinent parties by FedEx delivery on _May 29_, _2013_.



**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 3 0 2013
MAY 30 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \| | No. 1:12-CR-872 |
| *Plaintiff* | \| | Judge Milton L. Shadur |
| v. | \| | |
| | \| | |
| CHERRON MARIE PHILLIPS | \| | |
| *aka "Cherron Phillips El," "River Tali El Bey,"* | \| | |
| *"River Tali Bey," River Tali" and "River"* | \| | |
| *Defendant* | \| | |

JUDICIAL NOTICE
AFFIDAVIT OF DISCHARGE

TO THE HONORABLE OF SAID COURT:

*To all to whom these presents shall come*, Greetings "Equality is Paramount and

Mandatory by Law" I Cherron Marie Family Phillips, Administrator/Executrix, being duly

affirmed depose and declare that I am the undersigned of this "Affidavit of Discharge", whereas

The CHERRON MARIE PHILLIPS ESTATE (Beneficiary) d/b/a CHERRON MARIE

PHILLIPS TRUST (Surety), making a special limited appearance, having a material and

beneficial interest in the corporate entity known as CHERRON MARIE PHILLIPS named

Defendant in the above caption case regarding this matter.

1. If this Affidavit of Discharge is not adequate in its form allow Affiant to make

   corrections as needed to assure the discharge is granted.

2. Affiant preparing this Affidavit is without counsel and willing and able to show why

   they are lawfully entitled to where relief can be granted herein

3. Affiant resides in Illinois and is an entity over whom this Honorable court has

   jurisdiction and authority to affect the remedy sought.

4. Affiant hereby demands Mandatory Judicial Notice and Review by this Honorable

   court of this writing and all evidence entered into this court of record pursuant to

F.R.C.P Rule 201 and including this writing is self–authenticating, pursuant to F.R.C.P Rule 902.

5.  Plaintiff is seeking monetary relief in regards to the above caption case and Affiant is without knowledge of the nature and the cause of this proceeding used against the corporate entity CHERRON MARIE PHILLIPS.

6.  That this complaint is a commercial crime *(see: 27 USC 72.11 meaning of terms)*, and is subject to set-off in common law or statutory rights against tort or contract *claims (see: 28 USC 3003 (c )(6))*.

7.  Affiant attaching hereto and incorporated herein, presented and surrendered to this Honorable court the REAL DEFENDANT in this matter Stock No.895488 – Certificate of Deposit/Birth,  *(see Exhibit A)*, readily marketable asset and Affidavit of Individual Surety, SF 28 *(see Exhibit B)* as substitution of asset, pledged collateral as eligible obligation/security (see: 48 CFR 28.203-4 and 31 USC 9303), in order to secure, protect, and honor any and all outstanding obligations of CHERRON MARIE PHILLIPS corporate entity, in order to indemnify, offset and discharge any and all debt for the '"full faith and credit" as a protection order of The  CHERRON MARIE PHILLIPS ESTATE, as required under the United States Constitution Article 4 §1 and Title 18 USC section 2265.

8.  Affiant is requesting that this Honorable Court issue the Order to discharge above case or show cause in "good faith" and in honor under oath and affirmation within timely fashion under applicable law why the Plaintiff can continue to pursue claims against said Defendant life and liberty without a verified or bona fide criminal process against the Defendant when compensation is presented and surrendered to the United States.

Further Affiant sayeth naught

**FILED**

MAY 3 0 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| Cook county | ) |
| Illinois state | ) affirmed and subscribed |
| United States of America | ) |

It is hereby affirmed and certified that on the date noted below, the undersigned mailed to:

Office of the Clerk of Court
Administrative Service Financial Division
219 S. Dearborn Room 2064
Chicago Il 60604

Stephen R.Wigginton U.S. Attorney
Nathan D. Stump AUSA
U.S. Attorney's Office
9 Executive Drive
Fairview Heights, IL 62208

FedEx: 8017 9634 3818

Hereinafter "Recipient(s) the documents and sundry paper regarding *United States v. Phillips No. 1:12-cr- 0872* as follows:

1. Notice of Filing

2. Affidavit of Discharge

3. Certificate of Stock No. 895488, as Pledged Collateral

4. Affidavit of Surety SF 28 For Assets Pledged to the United States in support of Payment Bonds

5. Payment Bond SF 25A for Counts V-1-V6 $1,500,000.00USD

6. Payment Bond SF 25A for Counts V7-V12 $2,000,000.00USD

7. Reference copy of this AFFIDAVIT OF SERVICE  [2 page(s)] (signed original on file.)

By FedEX number(s) given above, by placing same in a prepaid envelope properly addressed to recipients at the said address and depositing same at an official depository under the exclusive face and custody of FedEX.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29th, 2013

_____
Affiant

T. Hoye
c/o 9449 South Kedzie
Evergreen Park Illinois 60803

**JURAT**

Cook county                              )
Illinois state                           )affirmed and subscribed
United States of America                 )

Subscribed and sworn to (or affirmed) before me on this _29th_ day of _May , 2013_
by _____Ti Hoye_____ proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

OFFICIAL SEAL
TERRY TEAGUE
Notary Public - State of Illinois
My Commission Expires Oct 22, 2016

_____
(Signature of notarial officer)

Title: _____Notary Public_____
Printed Name: _Terry Teague_
Commission Expires: _10/22/16_

In Witness Whereof, said Administrator/Executrix has hereunto set his/her hand and Seal done this __22__ day of __May__ 2013.

_____
Cherron Marie Family Phillips
Administrator/Executrix, for the
CHERRON MARIE PHILLIPS ESTATE

**WITNESS**
I declare that Cherron M. Phillips, Administrator/Executrix is personally known to me (or prove to me/us on the basis or convincing evidence) to me the Officer that he/she signed or acknowledged this Affidavit of Discharge in my presence, or he/she appears to be of sound mind and under no duress or undue influence.

By: _Akili Mwalimu, All liberties reserved_

Printed Name: _Akili Mwalimu_           Date: _5/22/13_

By: _Talib El Bey_
All Rights Reserved

Printed Name: _Talib El Bey_           Date: _5/22/13_

## ACKNOWLEDGMENT BY NOTARY PUBLIC

STATE OF: ILLINOIS )
                    ) SS
COUNTY OF: COOK )

*For Verification Purposes Only*

On this date the men/women named above, in their stated capacity, personally appeared before me and acknowledged that this Affidavit of Discharge attached to this acknowledgement was signed as a free and voluntary act and deed the uses and purpose therein mentioned.

Date: _May 22, 2013_ By: _____ Notary Public

Seal:

OFFICIAL SEAL
TERRY TEAGUE
Notary Public - State of Illinois
My Commission Expires Oct 22, 2016

My Commission Expires: _____

## AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

| | |
|---|---|
| | OMB Number: 9000-0001 |
| | Expiration Date: 11/30/2014 |

Public reporting burden for this collection of information is estimated to average 0.4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (VPR), Office of Acquisition Policy, GSA, Washington, DC 20405.

| STATE OF | | |
|---|---|---|
| **ILLINOIS** | ss. | Pursuant to 48 CFR 28.203-4 - Substitution of assets, Bond Pledged to secure personal property and release of security interest or lien on private property (personal property). |
| COUNTY OF | | |
| **COOK** | | |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* |
|---|---|
| Cherron M Phillips (as Pledging Officer) | C/o PO Box 802526, Chicago, Illinois 60680 |

| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)* |
|---|---|
| Administrator/ Trustee, Under Trust | The Cherron Marie Phillips Trust/ Estate |

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(Number, Street, City, State, ZIP Code)* | 6. TELEPHONE NUMBER |
|---|---|
| Clerk's Office/ Administrative Services Financial Department 219 South Dearborn Street, Room 2064, Chicago, IL 60604 | HOME - N/A<br>BUSINESS - N/A |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

N/A

Exhibit B

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof).*
See attached: Certificate of Stock No: 895488, Account No: 112-70 634517/ CUSIP No: 44981M466 (for market value)
see attached: Affidavit of Ownership
See attached: UCC Financing Statement Amendment (Form UCC 3) Under Notice of Assignment

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.
Refer to Case/ Contract No: 12CR872

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.
See attached: Payment Bond (SF 25A) for Counts V1-V6
See attached: Payment Bond (SF 25A) for Counts V7-V12
Refer to UCC Financing Statement File No: 018259982 (on file at Secretary of State/ State of Illinois)

### DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where Appropriate)* |
|---|---|
| | Payment Bonds (SF 25A)<br>Case/ Contract No: 12CR872 |

### 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE *(Or other jurisdiction)* | |
|---|---|---|---|---|
| MONTH | DAY | YEAR | | |

| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)* | d. SIGNATURE | e. MY COMMISSION EXPIRES |
|---|---|---|
| Terry Teague Notary Public | | 10/22/16 |

Official Seal

| AUTHORIZED FOR LOCAL REPRODUCTION | |
|---|---|
| Previous edition is not usable | STANDARD FORM 28<br>Prescribed by GSA-FAR (48 |

## INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See 48 CFR 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety. Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. However, stockholders of corporate principals are acceptable provided (a) their qualifications are independent of their stockholdings or financial interest therein, and (b) that the fact is expressed in the affidavit of justification. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.



**STANDARD FORM 28** (REV. 6/2003) **BACK**

# UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
**United States Attorney's Office/Phone: 312-353-5300**

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

**United States Attorney's Office**
**Northern District of Illinois, Eastern Division**
**In RE: Case No: 1:12CR872**
**219 S Dearborn Street 5th Floor**
**Chicago Il 60604**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. ☐ |
|---|---|
| **018259982 Dated: 05-22-2013 (Illinois Secretary of State UCC Division)** | |

| 2. | ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|
| 3. | ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |
| 4. | ☑ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9. |

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | **Office of the Clerk of Court/Administrative Services Financial Department** | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **219 South Dearborn Street Room 2064** | **Chicago** | **IL** | **60604** | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION **Clerk of Court** | 7f. JURISDICTION OF ORGANIZATION **United States of America** | 7g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only _one_ box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

**NOTICE OF ASSIGNMENT**

See attached: (a) Payment Bond (SF25A) Penal Amount $1,500,000.00USD. for Counts V1-V6
(b) Payment Bond (SF25A) Penal Amount $2,000,000.00USD for Counts V7-V12
(c) Affidavit of Surety (SF28) For Assets Pledged to the United States in support of Payment Bonds
(d) Certificate of Stock No:895488, as Pledged collateral to secure Payment Bond

Bonds Pledged and assigned to Case/Account No: 1:12CR872, as substitution of assets to secure personal property (private property), in event of default for the release of security interest and/or lien on real property.
This [Act] take effect NOV 8 2012 continuing until release of security interest or termination of case is filed.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| OR | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | **THE CHERRON MARIE PHILLIPS TRUST/ESTATE** | | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

Signature

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

13011088-5

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Illinois, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document,the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

Exhibit
A

In testimony whereof, I, Hillary Rodham Clinton, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-first day of December, 2012.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By_____
Assistant Authentication Officer,
Department of State



**State of Illinois**
**Executive Department**

UNITED STATES OF AMERICA)
                        ) SS
      STATE OF ILLINOIS )

CERTIFICATE OF INCUMBENCY

I,  JESSE WHITE,  Secretary of State of the State of Illinois, certify that

DAMON T. ARNOLD

who signed the foregoing, was at the time of signing same STATE REGISTRAR in
the State of Illinois duly commissioned and qualified to that office and that
full faith and credit are due the official attestations.

IN TESTIMONY WHEREOF, I hereto set my
hand and cause to be affixed the
Great Seal of the State of Illinois.
Done at the City of Chicago,
DECEMBER 10, 2012.

*Jesse White*
_____
Secretary of State





## CERTIFICATION OF VITAL RECORD

# STATE OF ILLINOIS

### DEPARTMENT OF PUBLIC HEALTH - DIVISION OF VITAL RECORDS

| | |
|---|---|
| REGISTRATION DISTRICT NO. **16.10** | STATE OF ILLINOIS |
| REGISTERED NUMBER | **CERTIFICATE OF LIVE BIRTH** |

CHILD'S BIRTH NUMBER **112- 70-634517**

| CHILD—NAME | FIRST | MIDDLE | LAST | DATE OF BIRTH (MONTH, DAY, YEAR) | HOUR |
|---|---|---|---|---|---|
| 1. | CHERRON | MARIE | PHILLIPS | 2a. July 7, 1970 | 2b. 2:02 P.M. |

| SEX | THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC. (SPECIFY) | IF NOT SINGLE BIRTH—BORN FIRST, SECOND, THIRD, ETC. (SPECIFY) | PLACE OF BIRTH | COUNTY |
|---|---|---|---|---|
| 3. Female | 4a. Single | 4b. | 5a. | COOK |

| CITY, TOWN, TWP. OR ROAD DISTRICT NO. | INSIDE CITY (YES/NO) | HOSPITAL—NAME | (IF NOT IN HOSPITAL, GIVE STREET AND NUMBER) |
|---|---|---|---|
| 5b. CHICAGO | 5c. Yes | 5d. | |

| MOTHER—MAIDEN NAME | FIRST | MIDDLE | LAST | AGE (AT TIME OF THIS BIRTH) | BIRTHPLACE (STATE OR FOREIGN COUNTRY) |
|---|---|---|---|---|---|
| 6a. | Betty | Jean | Flowers | 6b. 17 | 6c. Mississippi |

| RESIDENCE STATE | COUNTY | CITY, TOWN, TWP, OR ROAD DISTRICT NO | INSIDE CITY (YES/NO) | STREET AND NUMBER |
|---|---|---|---|---|
| 7a. Illinois | 7b. Cook | 7c. Chicago | 7d. | 7e. |

| MOTHER'S COMPLETE MAILING ADDRESS | STREET AND NUMBER OR R. F. D. | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|
| 7f. | | | | |

| FATHER—NAME | FIRST | MIDDLE | LAST | AGE (AT TIME OF THIS BIRTH) | BIRTHPLACE (STATE OR FOREIGN COUNTRY) |
|---|---|---|---|---|---|
| 8a. | Wayne | | Phillips | 8b. 20 | 8c. Illinois |

| INFORMANT'S SIGNATURE | RELATION TO CHILD |
|---|---|
| 9a. ▶ Betty Jean Phillips | 9b. Mother |

| I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE. | DATE SIGNED (MONTH, DAY, YEAR) | ATTENDANT—M.D., D.O., MIDWIFE, OTHER (SPECIFY) |
|---|---|---|
| | 10b. July 8, 1970 | 10c. M. D. |

| SIGNATURE | ILLINOIS LICENSE NUMBER |
|---|---|
| 10a. Shah K. Shantilal | 10d. T-3765 |

| CERTIFIER'S COMPLETE MAILING ADDRESS | STREET AND NUMBER OR R. F. D. | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|
| 10e. | | Chicago | Illinois | |

| LOCAL REGISTRAR'S SIGNATURE | DATE REC'D BY LOCAL REGISTRAR (MONTH, DAY, YEAR) |
|---|---|
| 11a. ▶ Murray C. Brown, M. D. | 11b. July 13, 1970 |

**895488**

This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

DATE ISSUED

FEB 24 2010

*Damon T. Arnold, M.D., M.P.H.*

DAMON T. ARNOLD, M.D., M.P.H.
STATE REGISTRAR



American Bank Note Company · ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Pay to the order of United States of America
without recourse
By: *[signature]*
CUSIP: 44981M466

Doc#: 1313539048 Fee: $60.00
Affidavit Fee:
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 05/15/2013 01:07 PM Pg: 1 of 1

Recording Requested By:
Cherron M Phillips

When recorded send Acknowledgment to:
Illinois Department of Public Health
Division of Vital Records
Attn: State Registrar
925 East Ridgely Avenue.
Springfield, IL 62702-2737

_____ THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY _____

AFFIDAVIT OF OWNERSHIP
OF
TRUST CERTIFICATE & TITLE

[Title]: CHERRON MARIE PHILLIPS/ REG'D NO. 112-70 634517

In the united States of America    )
                                   )    SS.:
Land of North America              )

*WITH TRUST*, I Cherron M Phillips *(hereinafter referred to as Registered Owner)*, a living woman of Aboriginal Native American heritage and status, having life, liberty, rights, and personal property, all protected under Treaties and the Constitution establish for the united States of America.

*WHEREAS*, I Cherron M Phillips Affiant herein to this Affidavit, being duly sworn, declare and state that I am of full age and legally competent to have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to the best of my knowledge.

*WHEREAS*, I Cherron M Phillips also depose and state that I am the Registered Owner of record and holder, having ownership and beneficial interest in the Trust Certificate & Title *(Birth Certificate)* Registered No: *112-70 634517* whose name *(title)* also appears on the face of the instrument as *"CHERRON MARIE PHILLIPS" [Trust/ Estate]* by reference of an Official Certificate of Live Birth *(Certificate of Title)*, recorded and filed dated *JUL 13 1970*, in the Office of the Clerk, County of Cook, land of Illinois, as the same appears to be held with *TRUST* for safekeeping by the State Registrar of Titles, State of Illinois.

*WHEREAS*, Said Certificate is a Valid Trust Instrument recorded as a Deed, that further describes an active Trust/ Estate in which said Trust Certificate is a Registered Security as a Certificate of Stock, and an asset and property of Registered Owner *(Refer to UCC Article 8)*.

*NOW, THEREFORE*, This *"Affidavit of Ownership of Trust Certificate & Title"* is an actual and constructive notice and any persons may rely upon this Affidavit as evidence of ownership of said property and is relieved of any obligation to verify claim of rights. The Registrar of Titles shall treat Registered Owner *(Affiant)* as having attained the age of the majority and the one legally entitled and duly authorized to act, appoint, assign, conveyed, and/ or execute said Trust Certificate & Title, and that no other parties are allowed without consent from Registered Owner.

*IN WITNESS WHEREOF*; said Affiant *(Registered Owner)* has hereunto set his/ her hand and seal

Done this ____ day of January, 2012

By_____
Cherron M Phillips, Registered Owner

## ACKNOWLEDGMENT BY NOTARY PUBLIC

On this date the undersigned named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that [he/ she/ they] executed the same in [his/ her/ their] stated or authorized capacity(ies); and that by [his/ her/ their] signature(s) on this instrument the person(s), or entity upon behalf of which the person(s) signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

DATE: _____ By: _____, Notary Public

"OFFICIAL SEAL"
TERRY TEAGUE
NOTARY PUBLIC, STATE OF ILLINOIS
COOK COUNTY
MY COMMISSION EXPIRES 09-25-2012

My Commission Expires: _____

I CERTIFY THAT THIS
IS A TRUE AND CORRECT COPY

OF DOCUMENT # 1313539048

MAY 29 13

RECORDER OF DEEDS COOK COUNTY

| **PAYMENT BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>NOV 08 2012 | OMB Number: **9000-0045**<br>Expiration Date: **5/31/2013** |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br>United States District Court for the Northern District of Illinois Eastern Division<br>In RE: Case Number: 12CR872<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | TYPE OF ORGANIZATION *("X" one)*<br>☐ INDIVIDUAL    ☐ PARTNERSHIP<br>☐ JOINT VENTURE    ☐ CORPORATION<br><br>STATE OF INCORPORATION<br>**ILLINOIS** | |
|---|---|---|

| SURETY(IES) *(Name(s) and business address(es)*<br>The Cherron Marie Phillips Trust/ Estate<br><br>C/o PO Box 802526<br><br>Chicago, Illinois 60680 | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S)<br>002 | THOUSAND(S)<br>000 | HUNDRED(S)<br>000 | CENTS<br>00 |
| | CONTRACT DATE<br>NOV 08 2012 | CONTRACT NO.<br>12CR872 (Counts V7 - V12) | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. for payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| **PRINCIPAL** | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. United States District Court for the Northern District of Illinois Eastern Division (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. United States District Court for the Northern District of Illinois Eastern Division | 2. | 3. | |

| **INDIVIDUAL SURETY(IES)** | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. | (Seal) |
| NAME(S) *(Typed)* | 1. The Cherron Marie Phillips Trust/ Estate | 2. | |

| **CORPORATE SURETY(IES)** | | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 25A** (REV. 10/1998)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

### SURETY B

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| NAME & ADDRESS | | | $ | Corporate Seal |
| SIGNATURE(S) | 1. | | 2. | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

### SURETY C

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| NAME & ADDRESS | | | $ | Corporate Seal |
| SIGNATURE(S) | 1. | | 2. | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

### SURETY D

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| NAME & ADDRESS | | | $ | Corporate Seal |
| SIGNATURE(S) | 1. | | 2. | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

### SURETY E

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| NAME & ADDRESS | | | $ | Corporate Seal |
| SIGNATURE(S) | 1. | | 2. | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

### SURETY F

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| NAME & ADDRESS | | | $ | Corporate Seal |
| SIGNATURE(S) | 1. | | 2. | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

### SURETY G

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| NAME & ADDRESS | | | $ | Corporate Seal |
| SIGNATURE(S) | 1. | | 2. | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

REQUEST FOR PAYMENT
Pay to the Order of: UNITED STATES OF AMERICA
WITHOUT RECOURSE

By: _____

Certification for Financial Institution:
SIGNATURE GUARANTEED OR MEDALLION GUARANTEED

Authorized Signature

STANDARD FORM 25A (REV. 10/1998) BACK

| PAYMENT BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>NOV 08 2012 | OMB Number: **9000-0045**<br>Expiration Date: **5/31/2013** |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br>United States District Court for the Northern District of Illinois Eastern Division<br>In RE: Case Number: 12CR872<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | TYPE OF ORGANIZATION *("X" one)*<br>☐ INDIVIDUAL    ☐ PARTNERSHIP<br>☐ JOINT VENTURE    ☐ CORPORATION<br>STATE OF INCORPORATION<br>ILLINOIS |
|---|---|

| SURETY(IES) *(Name(s) and business address(es)*<br>The Cherron Marie Phillips Trust/ Estate<br><br>C/o PO Box 802526<br><br>Chicago, Illinois 60680 | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 001 | 500 | 000 | 00 |
| | CONTRACT DATE<br>NOV 08 2012 | CONTRACT NO.<br>12CR872 (Counts V1 - V6) | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. for payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. United States District Court for the Northern District of Illinois Eastern Division (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. United States District Court for the Northern District of Illinois Eastern Division | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. | (Seal) |
| NAME(S) *(Typed)* | 1. The Cherron Marie Phillips Trust/ Estate | 2. | |

| CORPORATE SURETY(IES) | | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT<br>$ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 25A** (REV. 10/1998)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

REQUEST FOR PAYMENT
Pay to the Order of: UNITED STATES OF AMERICA
WITHOUT RECOURSE

By: _____

---

**Instructions to Certifying Officer:**
1. Name of person(s) who appeared and date of appearance **MUST** be completed.
2. Medallion stamps require an original signature.
3. Person(s) must sign in your presence.

I CERTIFY that _____ River Tali Bey _____ , whose identity is known or
(Name of Person Who Appeared)

proven to me, personally appeared before me this _____ 29th _____ day of _____ May, 2013 _____ ,
(Month/Year)

at _____ Chgo, IL _____ , and signed this form.
(City/State)

SIGNATURE GUARANTEE
MEDALLION GUARANTEE
JPMORGAN CHASE
BANK, N.A.
( STAMP )

( IL359A )
Z30019406
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

_____
(Signature and Title of Certifying Officer)

JPMorgan Chase Bank
(Name of Financial Institution)

6640 S. Stony Island Ave
(Address)

Chg, IL 60617
(City, State, ZIP Code)

(773) 753-8767
(Telephone)

ACCEPTABLE CERTIFICATIONS:
Financial Institution's Official Seal or Stamp (such as
Corporate Seal, Signature Guaranteed Stamp, or
Medallion Stamp). Brokers must use a Medallion
Stamp.