# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                         Case No.: 1:12–cr–00872
                                                       Honorable Milton I. Shadur

Cherron Marie Phillips

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2013:

      MINUTE entry before the Honorable Milton I. Shadur: as to defendant Cherron Marie Phillips; Motion hearing held on 7/16/2013. The government's motion for a Faretta hearing is granted, and the hearing confirms defendant's knowing and voluntary decision to represent herself with standby counsel to assist her. The designation of standby counsel [37] will be made at a further hearing on 7/19/2013 at 10:00 a.m. The government's oral motion to file under seal its list for purposes of jury selection is granted. Defendant's oral motion to extend time of curfew is granted. Defendant's curfew while on house arrest is extended to 7:30 p.m. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.