

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 23 2013
7-23-2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA
    *Plaintiff*
v.

CHERRON MARIE PHILLIPS
*aka "Cherron Phillips El," River Tali El Bey,"*
*"River Tali Bey," River Tali" and "River"*
    *Defendant*

No. 1:12-CR-872
Judge Milton L. Shadur

## MOTION TO DISMISS INDICTMENT

NOW COMES, River Bey herein as "Aggrieved Party" and hereby moves this Honorable Court to dismiss the charges, 18 USC 1521, against the defendant CHERRON MARIE PHILLIPS on the grounds that the statute is unconstitutional on their face and as applied to named defendant in the above entitled matter.

As further grounds therefore, the Aggrieved Party submits the attached memorandum.

**WHEREFORE,** River Bey respectfully request this Honorable court to dismiss the indictment with prejudice, grant other and further relief as may be just and proper.

By: _____
Cherron M. Phillips
c/o PO Box 802625
Chicago Illinois [60680]
312-857-5456