**FILED**
7-23-2013
JUL 23 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AFFIDAVIT OF SERVICE

12 CR 872
U.S.A. v. Phillips

Cook county )
Illinois state ) affirmed and subscribed
United States of America )

It is hereby affirmed and certified that on the date noted below the undersigned mailed to:

United States District Court NDIL
Thomas G. Bruton Clerk of the Court
219 S. Dearborn 20th Floor
Chicago IL 60604

Nathan D. Stump AUSA
U.S. Attorney's Office
9 Executive Drive
Fairview Heights, IL 62208

Certified Mail No: 7010 3090 0002 6163 4723; 7010 3090 0002 6163 4730

Hereinafter : Recipient(s) the documents and papers regarding: *United States v Phillips No 1:12-cr- 00872* as follows:

1. Motion For Hearing on Default
2. Motion to Dismiss
3. Memorandum

Reference copy of this AFFIDAVIT OF SERVICE [2 pages (signed original on file) By Certified Mail under the Certified mail number(s) given above, Return Receipt requested by placing the same at an official depository under the exclusive face and custody of the United States Post office.

I certify under the penalty of perjury laws of the United States of America that the foregoing is true and correct.

Executed July 22, 2013

Anthony George           Affiant
c/o 1557 W. 100th Place
Chicago Illinois
Non domestic without the U.S

JURAT

Cook County )
Illinois state ) affirmed and subscribed
United States of America )

Subscribed and sworn to (affirmed) before me on this 22 day of July ,2013 by Anthony George proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

T. HOYE
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
January 19, 2015

Signature of Notary Officer
Title: Notary Public