IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
7-23-2013
JUL 23 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA
    *Plaintiff*
    v.

CHERRON MARIE PHILLIPS
aka "Cherron Phillips El," River Tali El Bey,"
"River Tali Bey," River Tali" and "River"
    *Defendant*

No. 1:12-CR-872
Judge Milton L. Shadur

## AFFIDAVIT IN SUPPORT OF MOTION

- I am of the age of maturity to make this affidavit and the facts herein
- I am mentally competent to make this Official Affidavit of Facts for the Record
- I have personal knowledge of the facts in this affidavit
- This affidavit is made to the best of my knowledge and informed belief and must be responded to by counter affidavit by any and all parties within 28 days or it will stand as facts as a matter of law.

1. That on May 29th, 2013 via notary presentment T. Hoye a Notary Public presented a Judicial Notice/ Affidavit of Discharge with (5) attachments.

2. Said attachments were submitted for the purpose as Pledged Collateral to secure Payment Bonds pledged and assigned to Case/Account No 1:12cr00872.

3. On May 30th, 2013 Plaintiff received the Judicial Notice/Affidavit of Discharge along with said attachments

4. As of July 22nd, 2013, Plaintiff has not responded or rebutted the Judicial Notice/ Affidavit of Discharge and its attachments.

5. Whenever property is arrested or attached any person claiming an interest in it shall be entitled to prompt hearing at which the Plaintiff shall be required to show why the arrest or attachment should not be vacated or other relief granted consistent with these rules. Federal Rule Civil Procedure Rule E

6. That whenever process of maritime attachment and garnishment or process in rem is issued the execution of such process shall be stayed, or the property released, on the giving of such security, to be approved by the court or clerk, or by stipulation of the parties, conditioned to answer the judgment of the court or of any appellate court.

Further affiant sayeth naught.

### JURAT

Cook County                              )
Illinois state                           ) affirmed and subscribed
United States of America                 )

Subscribed and sworn/affirmed before me on this 22 day of July, 2013 by River Bey proved to me on the basis of satisfactory evidence to the person(s) who appeared before me.

T. HOYE
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
January 19, 2015

_____
Signature of Notary Officer
Title: Notary Public