**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 12 CR 872 |
| ) | |
| v. ) | |
| ) | |
| CHERRON PHILLIPS, ) | |

**ORDER**

PURSUANT TO the Memorandum Order (Dkt. No. 206) entered on July 26, 2013 by the Honorable Milton I. Shadur, Chief Judge Ruben Castillo hereby ratifies and approves this Court's directive that a copy of the signed indictment charging defendant Phillips in this case be provided to Defendant Phillips, government counsel, and to the Honorable Milton I. Shadur. In accordance with this District Court's Local Criminal Rule 6.2, the signed indictment shall not be filed in the public record of this case.

Date: July 29, 2013        /s/ Ruben Castillo