AmB



**FILED**

JUL 30 2013
July 30 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**U.S. Department of Justice**

Executive Office for United States Attorneys

Room 8017, Bicentennial Building (202) 616-6830
600 E Street, N.W. FAX (202) 616-2867
Washington, DC 20530

July 30, 2013

Mr. Nathan D. Stump
Assistant United States Attorney
Southern District of Illinois
9 Executive Drive
Fairview Heights, Illinois 62208

12CR872

Dear Mr. Stump:

 Pursuant to 28 U.S.C. § 515 and a request from your office, effective the date of this letter your appointment as a Special Attorney is extended not to exceed July 29, 2014. You will continue to serve as a Special Attorney to the United States Attorney General in the Northern District of Illinois.

 This extension is subject to the terms and conditions of your original appointment under 28 U.S.C. § 515, dated July 30, 2012.

 You must file a copy of this letter with the Clerk of the District Court to evidence this extension. Any questions concerning this extension should be addressed to Nicole West, SAUSA Program Assistant, Policy and Special Programs Division.

Sincerely,

Jane J. Reimus

Jane F. Reimus
Assistant Director
Personnel Staff
Policy & Special Programs Division

cc: James M. Cole, Deputy Attorney General