

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br><br>CHERRON MARIE PHILLIPS<br>*Defendant* | No. 1:12-CR-872<br>Judge Milton L. Shadur |

**FILED**
AUG 19 2013
8-19-13
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

### NOTICE OF FILING

TO:  United States District Court N.D.      United States District Court
     Clerk of the Court                     Attn: Nathan D. Stump ASUA
     219 South Dearborn                     9 Executive Drive
     Chicago Illinois 60604                 Fairview Heights Illinois 62208

**PLEASE TAKE NOTICE** that I have caused to be filed on 08/15/2013 with the Clerk of the United States District Court, Northern District the attached Motion To Object to Appointed Counsel.

### NOTICE OF MOTION

On **Tuesday, August 20th, 2013 at 10:00am** or soon thereafter as may be heard, I shall appear before the Honorable Judge Milton Shadur, in the courtroom usually occupied by him, located at 219 S. Dearborn Chicago Illinois 60604 and present the attached, Motion to Object Appointed Counsel.

### PROOF OF SERVICE

I, the undersigned, a non-attorney, certify that this notice has been served by emailing a copy to the above entitled party nathan.stump@usdoj.gov and depositing the same at the United States Post Office addressed to the Clerk of the Court for the Northern District at 219 S. Dearborn Chicago Illinois 60604.

By: _____
Cherron M. Phillips
c/o PO Box 802625
Chicago Illinois [60680]
312.857.5456