IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | \| \| \| | No. 1:12-CR-872 |
| v. | \| | Judge Milton L. Shadur |
| CHERRON MARIE PHILLIPS *Defendant* | \| \|\| \| | |

## AFFIDAVIT IN SUPPORT OF MOTION

1. I, River Bey am the Aggrieved Party in the above matter.

2. A detention hearing was held on November 9th, 2012 wherein the Prosecutor Nathan Stump stipulated the terms of the release stating the herein aggrieved party to be a flight risk. There was no supporting evidence to support this allegation.

3. On November 9th, 2012 as a condition of my release I was placed on home detention pursuant to the Bail Reform Act.

4. At the time of the arrest I was self-supporting and the sole support of my children and myself.

5. At the time of the arrest I had strong community ties, and my entire lifestyle and mission strongly suggests that I was not a flight risk or a danger to the community.

6. As an independent contractor it is a business need to travel within the Chicago area and the outlying suburbs from time to time for the purpose of risk assessment and risk management.

7. That the current restriction limits that capability in addition to other obligations that is required of me at this time.

8. That the government has not presented any evidence, which poses a serious risk of flight or danger to the community or to prove otherwise.

9. To date aggrieved party has attended all hearings when scheduled by the court and fulfilled all conditions of the bond.

Wherefore, I respectfully request this court enter an order to release it order of detention, as there is no evidence before the court to persuade any further.

Further Affiant Sayeth Naught

By: _____

## ACKNOWLEDGMENT

Cook county            )
Illinois state             ) affirmed and subscribed
United States of America)

Subscribed and affirmed before me on this __15th__ day of __August__, 2013, by __River Bey_____, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____Ramadan Ali_____
Notary Public



RAMADAN ALI
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 23, 2016

# AFFIDAVIT OF SERVICE

Cook county )
Illinois state ) affirmed and subscribed
United States of America )

It is hereby affirmed and certified that on the date noted below, the undersigned mailed to:

Untied States District Court
Clerk of the Court
219 S. Dearborn
Chicago Il 60604

Stephen R. Wigginton U.S. Attorney
Nathan D. Stump AUSA
U.S. Attorney's Office
9 Executive Drive
Fairview Heights, IL 62208

Certificate of Mailing

Hereinafter "Recipient(s) the documents and sundry paper regarding  *United States v. Phillips No. 1:12-cr- 0872* as follows:

1. Notice of Motion
2. Motion to Rescind Detention Order
3. Affidavit in Support of Motion

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15th, 2013

_____
Affiant

T. Hoye
c/o 9449 S Kedzie
Evergreen Park Illinois 60805

## JURAT

Cook county )
Illinois state )affirmed and subscribed
United States of America )

Subscribed and sworn to (or affirmed) before me on this 15th day of August, 2013 by T. Hoye _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of notarial officer)

RAMADAN ALI
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 23, 2016

Title: _____Notary Public_____

Printed Name: RAMADAN ALI