IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED 8-19-2013**

**AUG 19 2013**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *Plaintiff* | No. 1:12-CR-872 |
| v. | Judge Milton Shadur |
| CHERRON MARIE PHILLIPS | |
| *Defendant* | |

## MOTION TO RESCIND DETENTION ORDER

Comes now, River Bey herein as "Aggrieved Party" on behalf of the "Defendant"
CHERRON MARIE PHILLIPS to move this court for an order to rescind detention order
pursuant to the Bail Reform Act and state as follows:

1.    This matter comes before the Court on the Aggrieved Parties motion to

rescind pretrial detention order pursuant to the Bail Reform Act.  The Bail Reform

Act provides that the Defendant shall be detained only if a judicial officer finds

that no condition or combination of conditions will reasonably assure the

appearance of the defendant as required for the safety of any other person and the

community. 18 U.S.C. sec 3142   .

2.    A detention hearing was held on November 9th, 2012 wherein the

Prosecutor Nathan Stump stipulated the terms of the release stating the herein

Aggrieved party to be a flight risk. There was no supporting evidence to support

this allegation.

3.    At the time of the hearing the aggrieved party was living with family,

actively involved on community projects and labored as an independent

contractor to maintain the needs of her family.

4.      Aggrieved party currently cares for herself and two small children and in

addition is responsible for other family members periodically.

5.      In order to obtain a detention order, the Government must demonstrate

either (1) by clear and convincing evidence that "no conditions other than

detention will reasonably assure the safety of any other person and the

community, " United States v. Simms, 128 F. App' x 314, 315 (4th Cir 2005),

citing 18 U.S.C. section 3142 (f)(2); or (2) by preponderance of the evidence that

detention is necessary to reasonably assure the appearance of the defendant at

future court proceedings. United States v. Stewart, 19 F. App' x 46, 48 (4th Cir.

2001)

6.      Aggrieved party has not demonstrated that she is a flight risk or a danger

to the community, moreover the opportunity to continually prepare for case call

management in addition to other obligations makes it difficult under the restrictive

time constraints.

WHEREFORE, Aggrieved party respectfully moves this court to release

its order of detention, as there is no evidence before the court to persuade it any

further.

Respectfully Submitted

By: _____

Cherron M. Phillips
c/o P.O Box 802625
Chicago Illinois [60680]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA |
        *Plaintiff* |    No. 1:12-CR-872
    v. |    Judge Milton L. Shadur
|
CHERRON MARIE PHILLIPS ‖
        *Defendant* |

## AFFIDAVIT IN SUPPORT OF MOTION

1.  I, River Bey am the Aggrieved Party in the above matter.

2.  A detention hearing was held on November 9th, 2012 wherein the Prosecutor Nathan Stump stipulated the terms of the release stating the herein aggrieved party to be a flight risk. There was no supporting evidence to support this allegation.

3.  On November 9th, 2012 as a condition of my release I was placed on home detention pursuant to the Bail Reform Act.

4.  At the time of the arrest I was self-supporting and the sole support of my children and myself.

5.  At the time of the arrest I had strong community ties, and my entire lifestyle and mission strongly suggests that I was not a flight risk or a danger to the community.

6.  As an independent contractor it is a business need to travel within the Chicago area and the outlying suburbs from time to time for the purpose of risk assessment and risk management.

7.  That the current restriction limits that capability in addition to other obligations that is required of me at this time.

8. That the government has not presented any evidence, which poses a serious risk of flight or danger to the community or to prove otherwise.

9. To date aggrieved party has attended all hearings when scheduled by the court and fulfilled all conditions of the bond.

   Wherefore, I respectfully request this court enter an order to release it order of detention, as there is no evidence before the court to persuade any further.

Further Affiant Sayeth Naught

By: _Pheloy_ _____

## ACKNOWLEDGMENT

Cook county            )
Illinois state         ) affirmed and subscribed
United States of America)

Subscribed and affirmed before me on this ___15th___ day of ___August___, 2013, by

___River Bey_____, Proved to me on the basis of satisfactory evidence to

be the person(s) who appeared before me.   _Ramadan Ali_____

                                            Notary Public



RAMADAN ALI
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 23, 2016

## AFFIDAVIT OF SERVICE

Cook county                )
Illinois state             ) affirmed and subscribed
United States of America   )

It is hereby affirmed and certified that on the date noted below, the undersigned mailed to:

Untied States District Court        Stephen R. Wigginton U.S. Attorney
Clerk of the Court                  Nathan D. Stump AUSA
219 S. Dearborn                     U.S. Attorney's Office
Chicago Il 60604                    9 Executive Drive
                                    Fairview Heights, IL 62208

Certificate of Mailing

Hereinafter "Recipient(s) the documents and sundry paper regarding   *United States v. Phillips No. 1:12-cr- 0872* as follows:

1.    Notice of Motion

2.    Motion to Rescind Detention Order

3.    Affidavit in Support of Motion

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15th, 2013

_____
Affiant

T. Hoye
c/o 9449 S Kedzie
Evergreen Park Illinois 60805

### JURAT

Cook county                )
Illinois state             )affirmed and subscribed
United States of America   )

Subscribed and sworn to (or affirmed) before me on this 15th day of August , 2013

by _T. Hoye_____ proved to me on the basis of satisfactory evidence to

be the person(s) who appeared before me.

_____
(Signature of notarial officer)

RAMADAN ALI
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 23, 2016

Title: _____Notary Public_____

Printed Name: RAMADAN ALI