IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 23 2013 JH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>CHERRON MARIE PHILLIPS | No. 1:12-CR-872 |

## NOTICE OF FILING

TO:  United States District Court N.D.    United States District Court
Clerk of the Court                                    Attn: Nathan D. Stump ASUA
219 South Dearborn                              9 Executive Drive
Chicago Illinois 60604                            Fairview Heights Illinois 62208

**PLEASE TAKE NOTICE** that I have caused to be filed on 08/23/2013 with the Clerk of the United States District Court, Northern District the attached Motion To Object to Appointed Counsel.

## NOTICE OF MOTION

On **Wednesday, August 28th, 2013** at **1:00pm** or soon thereafter as may be heard, I shall appear before the Presiding Judge, in the courtroom usually occupied by him, located at 219 S. Dearborn Chicago Illinois 60604 and present the attached, Motion to Object Appointed Counsel,

## PROOF OF SERVICE

I, the undersigned, a non-attorney, certify that this notice has been served by emailing a copy to the above entitled party nathan.stump@usdoj.gov and depositing the same at the United States Post Office addressed to the Clerk of the Court for the Northern District at 219 S. Dearborn Chicago Illinois 60604.

By: *[signature]*
Cherron M. Phillips
c/o PO Box 802625
Chicago Illinois [60680]
312.857.5456