# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                           Case No.: 1:12–cr–00872

                                                           Honorable Michael M. Mihm

Cherron Marie Phillips

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2013:

      MINUTE entry before the Honorable Michael M. Mihm: Status hearing held on 8/28/13 as to defendant Cherron Marie Phillips. Defendants motion to rescind or terminate home confinement as part of her bond is denied. Bond conditions remain as is. Defendants motion to represent herself in this matter is tentatively granted, with standby counsel to remain at this time. The defendant is to submit voir dire questions by 10/16/13. A pretrial conference is set for 10/16/13 at 11:00 a.m. Jury trial is set for 12/16/13 at 9:30 a.m. Time is excluded from 8/28/13 through and including 10/16/13. Judicial staff mailed notice (gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.