# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                       Case No.: 1:12–cr–00872
                                                                      Honorable Michael M. Mihm

Cherron Marie Phillips

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2013:

      MINUTE entry before the Honorable Michael M. Mihm: The excludable time in the minute entry of 8/28/13 (Dkt. No. 86) is corrected to read that time is excluded from 8/28/13 through and including 12/16/13. Judicial staff mailed notice (gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.