IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of<br>    Cherron Marie Phillips<br>    *Petitioner*<br>v.<br>    United States of America<br>    *Respondent* | No. 1:12-CR-872 |

**FILED**
10-11-13
OCT 1 1 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO:    United States District Court N.D.    United States District Court
Clerk of the Court    Attn: Nathan D. Stump ASUA
219 South Dearborn    9 Executive Drive
Chicago Illinois 60604    Fairview Heights Illinois 62208

**PLEASE TAKE NOTICE** that I have caused to be filed on 10/10/2013 with the Clerk of the United States District Court, Northern District the attached Motion To Dismiss with Affidavits/Exhibits.

## NOTICE OF MOTION

On **Wednesday, October 16th, 2013 at 1:00pm** or soon thereafter as may be heard, I shall appear before the Presiding Judge, in the courtroom usually occupied by him, located at 219 S. Dearborn Chicago Illinois 60604 and present the attached, Motion to Dismiss with Affidavits/Exhibits.

## PROOF OF SERVICE

I, the undersigned, a non-attorney, certify that this notice has been served by emailing a copy to the above entitled party nathan.stump@usdoj.gov and depositing the same at the United States Post Office addressed to the Clerk of the Court for the Northern District at 219 S. Dearborn Chicago Illinois 60604.

By: _____
CHERRON MARIE PHILLIPS TRUST/ESTATE
433 West Harrison USMOI
Chicago Illinois 60699
312.857.5456