# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                         Case No.: 1:12–cr–00872
                                              Honorable Michael M. Mihm

Cherron Marie Phillips

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 16, 2013:

      MINUTE entry before the Honorable Michael M. Mihm: Pretrial conference held on 10/16/13 as to defendant Cherron Marie Phillips. The defendants motion to dismiss is denied. The defendants oral request to remove home detention is denied. The defendant is to remain under home detention. Order time excluded from 10/16/13 through and including 12/16/13, pursuant to 18 U.S.C. 3161(h)(1)(A) and 18 U.S.C. 3161(h)(7)(A)(B). The trial date of 12/16/13 is vacated. Judicial staff mailed notice (gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.