IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 1:12-CR-0872 |
| | ) | |
| CHERRON MARIE PHILLIPS, | ) | |
| | ) | |

## ORDER

The Court, *sua sponte*, finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

Therefore, it is **ORDERED** in accordance with the provisions of 18 U.S.C. §§ 4241 and 4242, that the defendant, while out on bond, submit to a competency and insanity evaluation for purposes of determining (1) whether the defendant may be presently insane or otherwise so mentally incompetent as to be unable to understand the proceedings against her or properly assist in her own defense; and (2) whether the defendant was insane at the time of the commission of the offenses with which she is charged. Such evaluation shall be conducted by the Isaac Ray Forensic Group, LLC, located at 200 S. Michigan Avenue, Suite #710, Chicago, Illinois, 60604, in any facility that the Isaac Ray Forensic Group, LLC, deems suitable.

It is further **ORDERED**, that **on or before December 6, 2013**, a report of that examination shall be filed with this Court, with copies provided to counsel for both parties and the defendant, pursuant to 18 U.S.C. § 4247(c).

The cost of the evaluation shall be paid by the Department of Justice.

It is further **ORDERED** that this matter be continued until **December 16, 2013, at 9:00 a.m.**, at which time a hearing shall held in accordance with 18 U.S.C. § 4247(d).

/s/ Michael M. Mihm
Michael M. Mihm
United States District Judge

**DATED:** October 17, 2013