

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In the Matter of

    Cherron Marie Phillips      No. 1:12-CR-872
    *Petitioner*

v.

    United States of America
    *Respondent*

**F I L E D**

**OCT 1 5 2013** AEE

THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

### NOTICE OF FILING

TO:    United States District Court N.D.      United States District Court
         Clerk of the Court                            Attn: Nathan D. Stump ASUA
         219 South Dearborn                      9 Executive Drive
         Chicago Illinois 60604                  Fairview Heights Illinois 62208

**PLEASE TAKE NOTICE** that I have caused to be filed on 10/14/2013 with the Clerk of the United States District Court, Northern District the attached Notice of Final Settlement of Account

### NOTICE OF ACCOUNT SETTLEMENT

On **Wednesday, October 16th, 2013 at 1:00pm** or soon thereafter as may be heard, I shall appear before the Presiding Judge, in the courtroom usually occupied by him, located at 219 S. Dearborn Chicago Illinois 60604 and present the attached, Final Settlement of Account with Attached Exhibits.

### PROOF OF SERVICE

I, the undersigned, a non-attorney, certify that this notice has been served by emailing a copy to the above entitled party nathan.stump@usdoj.gov / Federal Express and depositing the same at the United States Post Office addressed to the Clerk of the Court for the Northern District at 219 S. Dearborn Chicago Illinois 60604.

By: _____
CHERRON MARIE PHILLIPS TRUST/ESTATE
433 West Harrison USMOI
Chicago Illinois 60699
312.857.5456



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Cherron Marie Phillips
    *Petitioner*

v.

No. 1:12-CR-872

UNITED STATES
    *Respondent*

**FILED**

OCT 1 5 2013 **AEE**

THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

### FINAL SETTLEMENT OF ACCOUNT

    Enclosed are documents and photographs presented in this case labeled **PHILLIPS 00001-01369**. All initial discovery have been accepted for value and returned for settlement and discharge of the accounting. Please apply all letters of credit for balance book adjustment for any claims made dollar for dollar of the full face value of the amounts listed in this case.

    I have also attached the Fiduciary instruction sent to Maria Pappas d/b/a Cook County Treasurer and the Jacob Lew d/b/a U.S. Secretary of the Treasury, as it is their duty pursuant to their public office to show these accounts at zero balance. They have been noticed of the claims presented in Case/Account#12CR872 and have also been provided with instructions to properly account for the assets in their custody for final settlement of claims against the CHERRON MARIE PHILLIPS TRUST/Estate. All remaining proceed and surplus will go to OBARA INDIGENOUS MINISTRY also herein attached as Secured Party for the CHERRON MARIE PHILLIPS Trust/Estate.

    Please notify me promptly if you are missing any pages. Otherwise the Grantor will consider them to have been received in their entirety for setoff and settlement of this accounting.

By: _____
    Grantor/Executor
CHERRON MARIE PHILLIPS Trust/Estate
433 West Harrison USMOI
Chicago Illinois 60699

Encl.

Documents labeled PHILLIPS 00001- 01369 Acceptance for value (AUSA Nathan D. Stump)
Fiduciary Instructions to Cook County Treasurer and U.S Treasurer
UCC1
UCC3
W8
IRS 8832

Cherron Marie Phillips Grantor
c/o P.O. Box 802625
Chicago, Illinois 60680

Maria Pappas
Cook County Treasurer
118 North Clark Street, Room 112
Chicago, Illinois 60602

> NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES THIS DOCUMENT AND ATTACHMENTS ARE NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE OR CAUSE ANXIETY, ALARM. OR IMPEDE PUBLIC PROCEDURES. THEY ARE PRESENTED PURSUANT TO LEGAL AUTHORITY TO FACILITATE THE STATED INTENTION OF ACHIEVING HONORABLE SETTLEMENT.

## FIDUCIARY INSTRUCTIONS
## NUNC PRO TUNC

Dear Maria Pappas:

    As the Authorized Representative of the CHERRON MARIE PHILLIPS Trust/ Estate I am contacting your office pursuant to the Illinois Code. Pursuant to the code, the Treasurer of Cook County is authorized to utilize the revenue it receives in accordance with orders of the county board, or when payment is specifically authorized by law to be made. The county treasurer shall at any time when required by the county board render an account and make settlement with the county.

    As county treasurer your office is responsible for the amount of all payments from the treasury, stating particularly to whom, on what account and at what time paid out; also the amount of money, county orders, jury certificates, auditors warrants and other funds in his hand. Herein attached and listed below are the **alleged** claims brought against the trust by the listed agencies. Per the duties of the Treasurer I am giving instructions on the following matters:

    Please apply all proceeds from Letters of Credit to all presentments, formal charges, true bills and indictments for any injury or claims made dollar for dollar of the full face value of the amount of the claim on the accounts listed below:

| Account/ Case # | Date Initiated: | Reference#/Bond | Agency/Court |
| --- | --- | --- | --- |
| 12196087 | March 9, 2012 | HV189659/D8210019 | Chicago Police Dept |
| 120153 | March 19, 2012 | | Evergreen Park P.D. |
| 121600063 | April 13, 2012 | D8708684 | C.C.Circuit Court Br 35 |
| 1217168 | August 30, 2012 | 1217186 | Circuit Court Br 6-200 |
| 12MC6010695 | October 9, 2012 | CB18595425 RD 13-509955 | Circuit Court Br 6-200 |
| 13CR0199 | January 3, 2013 | D1016216 | Circuit Court Br 6-200 |
| 12600888301 | | | |
| 11C0776 | February 4, 2011 | | U.S. Dist. Court |
| 11GJ859 | | | U.S. Dist. Court |
| 12M125 | March 9, 2012 | | FBI U.S Dist. NDIL |
| 12CR872 | November 9, 2012 | 44400PD2 | FBI U.S. Dist. NDIL |

Additional Reference:
NCIC# IL01600X4    Transaction Control # LS10071018595425    State# IL 42389270

1

In consideration you are expected to issue a settlement statement or other confirmation of settlement and discharge of each Account/Case reflecting the posted credit. You will also debit any customary fees and mailing cost. Please allow thirty (30) days for final reconciliation however customary banking practices via your Treasury account can shorten the duration.

I have attached a copy of the Trust Instrument and Form 56 appointing you as Fiduciary to the matters and as per the code your office shall at any time when required by the county board make settlement with the county. (P.A. 86-962)

**NOTICE:**

**IT IS IMPERATIVE THAT YOUR RECORDS ARE NOT ALTERED OR DESTROYED INCLUDING OFF-BALANCE SHEET ACCOUNTING.**

**Entitlement Order to Setoff**

A. These entire assets are transferred, assigned and entrusted to **Maria Pappas, Cook County Treasurer,** for the benefit of creditors for settlement and or discharge any and all amounts claimed against the accounts. Please send/remit the remaining proceeds and surplus to Obara Indigenous Enterprises for the account and estate of CHERRON MARIE PHILLIPS.
B. Issue an instruction to the respective agencies/courts that the actions are to be dismissed.
C. Please process optional forms 28(3), 90(2), 91(2) and Standard Form 25A(2) as indicated herein.
D. Report these accounts as paid in full in a satisfactory manner to all necessary agencies/state or federal. Beneficiaries are entitled to such information as is reasonably necessary to enable them to enforce their rights under the trust or to prevent or redress breach of trust. *Corsi v. Corsi,* 302 Ill. App 3d 519, 236 Ill Dec 82, 706 N.E. 2nd 956 (1st Dist. 1998)

**REQUEST FOR IRS FORM W-9**:
Please complete Form W-9 annexed hereto, and return the completed Form W-9 to the undersigned Notary no later than three (3) days from this postmark to facilitate such reporting.
**The Fiduciary's appointment is effective immediately and will continue through the term of the Note and/or Bond.**

**SQUASH ALL WARRANTS, RELEASE ALL HOLDS AND EXPUNGE ALL PRIOR OFFENCES ON RECORDS, AS WELL AS, CREDIT ANY INVOICES:**

**A COPY OF THE UCC-1 WITH OBARA INDIGENOUS MINISTRY AS SECURED PARTY HEREIN ATTACHED,**

Please release all bonds and sureties, notify all sureties of the release, and squash all process, orders and warrants adverse in light of payment and closure of the case.

**EMERGENCY RELIEF OF DISTRESS:**

Please initiate all necessary process to immediately release and relieve all distress adverse to the juristic CHERRON MARIE PHILLIPS, CHERRON M. PHILLIPS, MARIE CHERRON and Secured Party interests and freedom.

Opportunity to execute your public responsibilities lawfully. YOUR remuneration and/or fees for services are spelled out in the Illinois County Codes, therefore warrants you to be compensated for your services.

Thank you in advance for your kind cooperation.

__10/12/2013__  
Date

By: _[signature]_  
Authorized Representative

Jacob J. Lew, U.S. Trustee  
C/o U.S. Department of the Treasury  
1500 Pennsylvania Avenue. N.W.  
Washington, D.C. 20220

Director of the Office of Alien Property  
Civil Division  
U.S. Department of Justice  
950 Pennsylvania Avenue. N. W.  
Washington, D. C. 20530-0001

Eric H. Holder Jr. or successor  
Deputy Attorney General  
U. S. Department of Justice  
950 Pennsylvania Avenue, N. W.  
Washington, D. C. 20530-000 I

Chief Counselor Nominee  
Office of Foreign Assets Control  
U S Department of the Treasury  
Treasury Annex  
1500 Pennsylvania Avenue, N.W.  
Washington D. C. 20220

Donal B. Verilli Jr. or successor  
Solicitor General  
U. S. Department of Justice  
950 Pennsylvania Ave., NW Washington  
D.C. 20530-0001

3

| Form **W-8**<br>(Rev. November 1992)<br>Department of the Treasury<br>Internal Revenue Service | **Certificate of Foreign Status** | |
|---|---|---|

| Please print or type | Name of owner (If joint account, also give joint owner's name.) (See Specific Instructions.)<br>**OBARA INDIGENOUS MINISTRY** | U.S. taxpayer identification number (if any)<br>**45-3413203** |
|---|---|---|
| | Permanent address (See Specific Instructions.) (Include apt. or suite no.)<br>**(See attached: Declaration of Trust/ Agreement established for OBARA INDIGENOUS MINISTRY** | |
| | City, province or state, postal code, and country<br>**(See attached: IRS Form 8832 Entity Classification Election)** | |
| | Current mailing address, if different from permanent address (Include apt. or suite no., or P.O. box if mail is not delivered to street address.)<br>**% Minister River Bey, as Trustee / C/o P.O. Box 802625** | |
| | City, town or post office, state, and ZIP code (If foreign address, enter city, province or state, postal code, and country.)<br>**Chicago Illinois 60680** | |

| List account information here (Optional, see Specific Instructions.) ▶ | Account number | Account type<br>**Account of Trust** | Account number | Account type |
|---|---|---|---|---|

**Notice of Change in Status.**—To notify the payer, mortgage interest recipient, broker, or barter exchange that you no longer qualify for exemption, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If you check this box, reporting will begin on the account(s) listed.

**Please Sign Here**

**Certification.**—(Check applicable box(es)). Under penalties of perjury, I certify that:

☑ For **INTEREST PAYMENTS**, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☑ For **DIVIDENDS**, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☑ For **BROKER TRANSACTIONS** or **BARTER EXCHANGES**, I am an exempt foreign person as defined in the instructions below.

▶ _____ | _____
Signature | Date

## General Instructions

*(Section references are to the Internal Revenue Code unless otherwise noted.)*

### Purpose

Use Form W-8 or a substitute form containing a substantially similar statement to tell the payer, mortgage interest recipient, middleman, broker, or barter exchange that you are a nonresident alien individual, foreign entity, or exempt foreign person not subject to certain U.S. information return reporting or backup withholding rules.

**Caution:** *Form W-8 does not exempt the payee from the 30% (or lower treaty) nonresident withholding rates.*

### Nonresident Alien Individual

For income tax purposes, "nonresident alien individual" means an individual who is neither a U.S. citizen nor resident. Generally, an alien is considered to be a U.S. resident if:

• The individual was a lawful permanent resident of the United States at any time during the calendar year, that is, the alien held an immigrant visa (a "green card"), or
• The individual was physically present in the United States on:
 (1) at least 31 days during the calendar year, and
 (2) 183 days or more during the current year and the 2 preceding calendar years (counting all the days of physical presence in the current year, one-third the number of days of presence in the first preceding year, and only one-sixth of the number of days in the second preceding year).

See **Pub. 519**, U.S. Tax Guide for Aliens, for more information on resident and nonresident alien status.

**Note:** *If you are a nonresident alien individual married to a U.S. citizen or resident and have made an election under section 6013(g) or (h), you are treated as a U.S. resident and may not use Form W-8.*

### Exempt Foreign Person

For purposes of this form, you are an "exempt foreign person" for a calendar year in which:

1. You are a nonresident alien individual or a foreign corporation, partnership, estate, or trust,
2. You are an individual who has not been, and plans not to be, present in the United States for a total of 183 days or more during the calendar year, and
3. You are neither engaged, nor plan to be engaged during the year, in a U.S. trade or business that has effectively connected gains from transactions with a broker or barter exchange.

If you do not meet the requirements of **2** or **3** above, you may instead certify on **Form 1001**, Ownership, Exemption, or Reduced Rate Certificate, that your country has a tax treaty with the United States that exempts your transactions from U.S. tax.

### Filing Instructions

**When To File.**—File Form W-8 or substitute form before a payment is made. Otherwise, the payer may have to withhold and send part of the payment to the Internal Revenue Service (see **Backup Withholding** below). This certificate generally remains in effect for three calendar years. However, the payer may require you to file a new certificate each time a payment is made to you.

**Where To File.**—File this form with the payer of the qualifying income who is the withholding agent (see **Withholding Agent** on page 2). Keep a copy for your own records.

### Backup Withholding

A U.S. taxpayer identification number or Form W-8 or substitute form must be given to the payers of certain income. If a taxpayer identification number or Form W-8 or substitute form is not provided or the wrong taxpayer identification number is provided, these payers may have to withhold 20% of each payment or transaction. This is called backup withholding.

**Note:** *On January 1, 1993, the backup withholding rate increases from 20% to 31%.*

Reportable payments subject to backup withholding rules are:
• Interest payments under section 6049(a).
• Dividend payments under sections 6042(a) and 6044.
• Other payments (i.e., royalties and payments from brokers and barter exchanges) under sections 6041, 6041A(a), 6045, 6050A, and 6050N.

If backup withholding occurs, an exempt foreign person who is a nonresident alien individual may get a refund by filing **Form 1040NR**, U.S. Nonresident Alien Income Tax Return, with the Internal Revenue

*(Continued on back.)*

Cat. No. 10230M             Form **W-8** (Rev. 11-92)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

OBARA INDIGENOUS MINISTRY

% Minister RiverTali Bey, as Trustee

C/o PO Box 802625

Chicago Illinois 60680

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **CHERRON MARIE PHILLIPS [TRUST], as GRANTOR**

OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS: C/o 433 W. HARRISON | CITY: Chicago | STATE: IL | POSTAL CODE: 60699 | COUNTRY:

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION: State of Illinois | 1g. ORGANIZATIONAL ID #, if any: 112 70 634517 | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) do not abbreviate or combine names

2a. ORGANIZATION'S NAME:

OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: **OBARA INDIGENOUS MINISTRY**

OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS: C/o P.O. BOX 802625 | CITY: CHICAGO | STATE: IL | POSTAL CODE: 60680 | COUNTRY:

4. This FINANCING STATEMENT covers the following collateral: **[CONSTRUCTIVE NOTICE]**

**[WITH TRUST]** This entry into the registry of commerce of all Grantor(s) assets (whether now owned or hereafter acquired, whether tangible or intangible), to include but not limited to all:

(a) Accounts

(b) Inventory

(c) Equipment

(d) General Intangible and Other Property

(e) Additional Rights and Entitlements

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

See: Memorandum of Trust for The Obara Indigenous Ministry

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME |
|---|
| **CHERRON MARIE PHILLIPS [TRUST] as GRANTOR** |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

10. MISCELLANEOUS:

**[CONSTRUCTIVE NOTICE]**

See: Memorandum of Trust for Obara Indigenous Ministry

See: Declaration of Trust/Agreement for the Obara Indigenous Ministry

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |
|---|
| |

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
|---|
| |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **Bey [as Trustee]** | **River** | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **c/o P.O. Box 802625** | **Chicago** | **IL** | **[60680]** | **usa** |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

**[WITH TRUST]**

See; **"EXHIBIT A"**

attached hereto & incorporated herein

16. Additional collateral description:

**[Authenticated]:**

**[Title]: CHERRON MARIE PHILLIPS**

**[WITH TRUST] NOTICE OF OWNERSHIP;** All Assets listed is the private property of the OBARA INDIGENOUS MINISTRY and all derivatives therefrom. Any person(s) gaining said property without consent or valuable consideration given in return is subject to penalties is sum amount of $1,000,000.00USD.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**OBARA INDIGENOUS MINISTRY**
**% Minster River Bey, as Trustee**
**c/o P.O. Box 802625**
**Chicago Illinios 60680**

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction
☐ Filed in connection with a Public-Finance Transaction

| Form **8832** (Rev. January 2012) Department of the Treasury Internal Revenue Service | **Entity Classification Election** | OMB No. 1545-1516 |
|---|---|---|

**Type or Print**

Name of eligible entity making election
OBARA INDIGENOUS MINISTRY

Employer identification number
45-3413203

Number, street, and room or suite no. If a P.O. box, see instructions.
%Minister River Bey, as Trustee / c/o P.O. Box 802625

City or town, state, and ZIP code. If a foreign address, enter city, province or state, postal code and country. Follow the country's practice for entering the postal code.
Chicago Illinois 60680

▶ Check if: ☐ Address change  ☐ Late classification relief sought under Revenue Procedure 2009-41
☐ Relief for a late change of entity classification election sought under Revenue Procedure 2010-32

**Part I  Election Information**

**1  Type of election** (see instructions):

a ☐ Initial classification by a newly-formed entity. Skip lines 2a and 2b and go to line 3.
b ☐ Change in current classification. Go to line 2a.

**2a**  Has the eligible entity previously filed an entity election that had an effective date within the last 60 months?

☐ **Yes.** Go to line 2b.
☐ **No.** Skip line 2b and go to line 3.

**2b**  Was the eligible entity's prior election an initial classification election by a newly formed entity that was effective on the date of formation?

☐ **Yes.** Go to line 3.
☐ **No.** Stop here. You generally are not currently eligible to make the election (see instructions).

**3**  Does the eligible entity have more than one owner?

☐ **Yes.** You can elect to be classified as a partnership or an association taxable as a corporation. Skip line 4 and go to line 5.
☐ **No.** You can elect to be classified as an association taxable as a corporation or to be disregarded as a separate entity. Go to line 4.

**4**  If the eligible entity has only one owner, provide the following information:

a  Name of owner ▶  The Cherron Marie Phillips Estate, as Beneficial Owner
b  Identifying number of owner ▶  Registered No. 112 70 634517 (Note: Valid Trust Instrument, recording in County of Cook

**5**  If the eligible entity is owned by one or more affiliated corporations that file a consolidated return, provide the name and employer identification number of the parent corporation:

a  Name of parent corporation ▶ _____
b  Employer identification number ▶ _____

**For Paperwork Reduction Act Notice, see instructions.**   Cat. No. 22598R   Form **8832** (Rev. 1-2012)

Form 8832 (Rev. 1-2012) Page **2**

| **Part I** | **Election Information** (Continued) |

**6 Type of entity** (see instructions):

- **a** ☐ A domestic eligible entity electing to be classified as an association taxable as a corporation.
- **b** ☐ A domestic eligible entity electing to be classified as a partnership.
- **c** ☐ A domestic eligible entity with a single owner electing to be disregarded as a separate entity.
- **d** ☐ A foreign eligible entity electing to be classified as an association taxable as a corporation.
- **e** ☐ A foreign eligible entity electing to be classified as a partnership.
- **f** ☐ A foreign eligible entity with a single owner electing to be disregarded as a separate entity.

**7** If the eligible entity is created or organized in a foreign jurisdiction, provide the foreign country of organization ▶ Private Trust Organization founded under God Kingdom of Ecclesiatical covenant of Trust & Aboriginal Title

**8** Election is to be effective beginning (month, day, year) (see instructions) . . . . . . . . . . . . . . ▶ 01/01/12

**9** Name and title of contact person whom the IRS may call for more information
Minister River Bey, as Trustee

**10** Contact person's telephone number
312-857-5456

### Consent Statement and Signature(s) (see instructions)

Under penalties of perjury, I (we) declare that I (we) consent to the election of the above-named entity to be classified as indicated above, and that I (we) have examined this election and consent statement, and to the best of my (our) knowledge and belief, this election and consent statement are true, correct, and complete. If I am an officer, manager, or member signing for the entity, I further declare under penalties of perjury that I am authorized to make the election on its behalf.

| Signature(s) | Date | Title |
|---|---|---|
| | | Administer of Trust |
| | | Trustee |
| | | Successor Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Form **8832** (Rev. 1-2012)

# AFFIDAVIT OF SERVICE

Cook county )
Illinois state ) affirmed and subscribed
United States of America )

It is hereby affirmed and certified that on the date noted below, the undersigned mailed to:

United States District Court ND
219 S Dearborn Room 2064
Chicago IL 60604

U.S. District Attorney Stephen Wigginton
c/o Nathan D. Stump
9 Executive Drive
Fairview Heights IL 62208

Fed Ex ~~8015-3576-2026~~ 8030 0918 2159
Certificate of Mailing

Hereinafter "Recipient(s) the documents and sundry paper regarding  *United States v. Cherron Marie Phillips*  Case/Account # 12CR872 as follows:

1. Notice of Settlement
2. Settlement of Account
3. Documents labeled PHILLIPS 00001-01369 Accepted for Value
4. Fiduciary Instruction to Cook County Treasurer and U.S Treasurer
5. UCC1
6. UCC3
7. W8
8. (1 pkg return to sender) Refused for cause without dishonor

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14th, 2013

_____
Affiant

Emmett J. Marshall

## ACKNOWLEDGMENT

Cook county )
Illinois state )affirmed and subscribed
United States of America )

Subscribed and sworn to (or affirmed) before me on this __14th__ day of __October__, __2013__ by __Emmett J. Marshall__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of notarial officer)

**T. HOYE OFFICIAL SEAL**
Notary Public - State of Illinois
My Commission Expires
January 19, 2015

Title: ____Notary Public____
Printed Name: __T. Hoye__

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: E. J. Marshall
4852 S Ashland
Chicago Illinois 60609

To: United States Dist. Court
219 S Dearborn
Chicago Illinois 60604

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065