IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:12-CR-872 |
| | ) | |
| CHERRON MARIE PHILLIPS | ) | |

**MOTION FOR AN AMENDED ORDER GRANTING THE ISAAC RAY FORENSIC GROUP, LLC UNTIL DEC. 13, 2013 TO SUBMIT ITS REPORT**

The United States of America, by and through Eric H. Holder, Jr., Attorney General of the United States, respectfully requests that the Court issue an order amending Doc. #92 (ordering the defendant to undergo a mental competency and insanity examination), to allow the Isaac Ray Forensic Group, LLC ("IRFG") an extra week to complete and submit a report of examination. The basis for this motion can be found in the attached letter from IRFG's Director of Neuropsychology, Dr. Diana S. Goldstein. The government does <u>not</u> request an extension of the hearing date. Standby counsel, Lauren Weil Solomon, Esq., has been consulted and has no objection to this motion.

Respectfully submitted this the 29th day of October, 2013.

ERIC H. HOLDER, JR.
Attorney General of the United States

*s/ Nathan D. Stump*
NATHAN D. STUMP
Special Assistant United States Attorney
9 Executive Drive
Fairview Heights, Illinois 62208
Tel: (618) 628-3700
Fax: (618) 628-3720
Email: nathan.stump@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:12-CR-872 |
| | ) | |
| CHERRON MARIE PHILLIPS | ) | |

**CERTIFICATE OF SERVICE**

    I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 29th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record. An electronic copy of this document will also be emailed to the Defendant on this day.

*/s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
9 Executive Drive
Fairview Heights, Illinois 62208
Tel: (618) 628-3700
Fax: (618) 628-3720
Email: nathan.stump@usdoj.gov