*Richard V. Henry, Jr.* *Record-Based Forensic Evaluation*
1



65 E. Wacker Place, Suite 2240
Chicago, Illinois 60601
tel: 312.621.9002  fax: 312.621.9003

_____

Nathan D. Stump
Assistant U.S. Attorney
Office of the U.S. Attorney for the Southern District of Illinois
9 Executive Drive
Fairview Heights, IL 62208-1344

October 24, 2013

Dear Mr. Stump:

It was a pleasure speaking with you this week regarding the upcoming competency evaluation of Ms. Cherron Marie Phillips, Case No. 12 CR 872.  As you know, I have already spoken with defense counsel in this matter.

My first available date to see Ms. Phillips is unfortunately not until Monday November 25, 2013, with a second date of Tuesday November 26, 2013.  I understand that you were hoping to have a report by December 6, 2013, but I am afraid this will be a bit too short of a turn-around time (we typically require four weeks).  I don't wish to delay your hearing significantly, so I would ask if we might agree to Friday the 13th as the due date for the report?  I certainly will try to complete it prior to that date if possible, but close of business on December 13, 2013 as a final deadline would be much appreciated.  I will of course make myself available for testimony shortly thereafter if the Honorable Judge Mihm wishes to hear from me.

I look forward to hearing from you.

Very Sincerely,

*[signature]*

_____
Diana S. Goldstein, Ph.D., ABPP
Director of Neuropsychology
Licensed Clinical Psychologist, #071-006006
Isaac Ray Forensic Group, LLC