# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                              Case No.: 1:12–cr–00872
                                                       Honorable Michael M. Mihm

Cherron Marie Phillips

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2013:

      MINUTE entry before the Honorable Michael M. Mihm: For good cause shown, the motion (ECF No. 94) is GRANTED. Pursuant to 18 U.S.C.§ 4247(c), Isaac Ray shall submit its report of examination to this Court, with copies provided to counsel for both parties and the defendant, no later than December 13, 2013.This Order does not change the date of the hearing on this matter, which will remain scheduled for December 16, 2013, at 9:00 a.m. Enter Order. (See Order in separate docket entry). Judicial staff mailed notice (gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.