IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS

UNITED STATES OF AMERICA

   vs.

CHERRON MARIE PHILLIPS,

No. 1:12-CR-0872

)

## ORDR

The Court previously ordered, in accordance with the provisions of 18 U.S.C. §§ 4241 and 4242, that the defendant, while out on bond, submit to a competency and insanity evaluation, to be conducted by the Isaac Ray Forensic Group, LLC. (ECF No. 92). The Government has now filed a motion seeking to extend by one week the deadline for the report of examination to be filed with this Court. (ECF No. 94). Standby counsel has no objection to the motion.

For good cause shown, the motion (ECF No. 94) is **GRANTED**. Pursuant to 18 U.S.C.§ 4247(c), Isaac Ray shall submit its report of examination to this Court, with copies provided to counsel for both parties and the defendant, no later than **December 13, 2013**.

This Order does not change the date of the hearing on this matter, which will remain scheduled for December 16, 2013, at 9:00 a.m.

                                            /s/ Michael M. Mihm

                                            Michael Mihm
                                            United States District Judge

**DATED:**   October 30, 2013