15

**FILED**
DEC - 2 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

12 cr 872-1
USA v Phillips

Nov 2013

Please review Cherron Phillips' case. She and me are the unknown party filed the liens with my wife

in court I am going to say I am Malik Emn El

Kenneth Buckanon

12 CR 872 - USA v Phillips

I am the unknown defendant in Chevron Phillips case we are all liars gm



Theresa Carmi
Stephanie Blue

12 cr 872
USAs Phillip