15

FILED
DEC - 2 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

12 cr 872-1
USA v Phillips

Nov 2013

Please review Chevron Phillip's case file and re file the unknown parties filed the cliens with my help

in court I am going to say I am Malik Emin El
Kenneth Buchannan

12 CR 872 - USA v Phillips

I am the unknown defendant in Chevron Phillips case we are all liens gin



SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS MADE WITH 100% POST CONSUMER FIBER

Theresa (Carmi)
Stephanie Ellis

12 cr 872
USAv Phillip