## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
|     Plaintiffs | ) | Case No: 12 CR 872-1 |
| | ) | |
| v. | ) | |
| | ) | Judge: Michael M. Mihm |
| Cherron Marie Phillips | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

*Status hearing held on 12/11/13. Parties present, Defendant, Cherron Phillips, with stand-by counsel Lauren Solomon and Plaintiff, United States of America represented by Nathan Stump. Plaintiff provides Defendant did not report for competency examination scheduled on November 25/26, 2013. Defendant provides she did not receive notice of the dates. Court admonished Defendant that the failure to report for future competency examination will result in warrant for her arrest. Court establishes procedure for providing notice to Defendant on competency examine. Plaintiff to provide notice via docket filing, with additional notification given to pre-trial services. Pre-trial Services is directed to make direct contact with Defendant regarding the date of competency examination and report back to the Court and counsel that Defendant has been notified. Plaintiff also notes competency examine has been done in unrelated state case. Competency hearing scheduled for Wednesday, February 19, 2014, at 10:00 AM. Court makes interest of justice findings/Speedy Trial Act findings for period of time up to/including February 19, 2014, no objection.*

|  |  |
|---|---|
| | Michael M. Mihm |
| Date: 12/11/13 | /s/ U. S. District Court Judge |