IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:12-CR-872 |
| | ) | |
| CHERRON MARIE PHILLIPS | ) | |

## NOTICE OF DATES FOR PSYCHIATRIC EXAMINATION

The United States of America, by and through Eric H. Holder, Jr., Attorney General of the United States, files this Notice to advise both the Court and the defendant that the psychiatric examination to be conducted pursuant to 18 U.S.C. § 4247(b) and this Court's Order (Doc. #92) will occur on the following dates and times:

**Monday, January 6, 2014 (10:00 a.m. to 5:00 p.m.)**

**Tuesday, January 7, 2014 (9:00 a.m. to 5:00 p.m.)**

The location of the examination will be the Isaac Ray Forensic Group, LLC, 65 E. Wacker Place, Suite 2240, Chicago, IL, 60601.

Respectfully submitted this the 12th day of December, 2013.

ERIC H. HOLDER, JR.
Attorney General of the United States

*s/ Nathan D. Stump*
NATHAN D. STUMP
Special Assistant United States Attorney
9 Executive Drive
Fairview Heights, Illinois 62208
Tel: (618) 628-3700
Fax: (618) 628-3720
Email: nathan.stump@usdoj.gov

Case: 1:12-cr-00872 Document #: 99 Filed: 12/12/13 Page 2 of 2 PageID #:483

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:12-CR-872 |
| ) | |
| CHERRON MARIE PHILLIPS ) | |

## CERTIFICATE OF SERVICE

    I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 12th day of December, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record, including standby counsel Lauren Weil Solomon, Esq. An electronic copy of this document will also be emailed to the defendant <u>and her pretrial services officer</u> on this day.

*/s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
9 Executive Drive
Fairview Heights, Illinois 62208
Tel: (618) 628-3700
Fax: (618) 628-3720
Email: nathan.stump@usdoj.gov