IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of america | ) | |
|     Plaintiffs | ) | Case No: 12 CR 872-1 |
| V. | ) | Judge:Michael M. Mihm |
| | ) | |
| | ) | |
| Cherron Marie | ) | |
|     Phillips | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

Hearing held on 2/20/14, regarding the Government's motion to continue competency hearing. (Doc. No. 100). The Morton to continue competency hearing is granted. Dr. Goldstein's report is expected to be filed by 3/20/14. The Court also discussed Pretrial Services Violation Report (Doc. No. 102). Government indicates it will seek no action beyond recommended by Pretrial Services. Defendant admonished on compliance with pretrial release conditions. Additionally, the Court discussed its position on Plaintiff's ability to represent herself and finds that the defendant Cherron Marie Phillips cannot appropriately represent herself in this matter.

Therefore, the Court rules that attorney Laura Weil Solomon is not longer stand-by counsel and is appointed to represent the defendant in this matter. Defendant noted her objection to the Court's ruling. The Court will make a complete record on this issue during the next hearing (3/26/2014). The competency hearing is reset to Wednesday, 3/26/14, at 10:00 a.m. Final pretrial conference is set for 5/21/14 at 1:00 p.m. Jury Trial is set for 6/23/14 at 8:45 a.m.



Date:2/20/14                        /s/ Michael M. Mihm, U.S. District Court Judge