**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                  Case No.: 1:12–cr–00872
                                                           Honorable Michael M. Mihm

Cherron Marie Phillips

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 24, 2014:

       MINUTE entry before the Honorable Michael M. Mihm: Telephone conference held on 3/24/14, regarding competency hearing scheduled for 3/26/14. The Government is directed to contact doctor regarding her presence at hearing. Judicial staff mailed notice (gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.