Case: 1:12-cr-00872 Document #: 122 Filed: 05/19/14 Page 1 of 18 PageID #:559



UNITED STATE DISTRICT COURT
NORTHERN DISTRICT EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | Case #12CR872 |
| v. | |
| CHERRON MARIE PHILLIPS | Notice of Jurisdictional Hearing |
| Accused | |

## Notice and Demand Jurisdictional Hearing

1. I, River-Tali:Bey a union state Citizen of Illinois appearing here specially today under threat of loss of liberty. I place this NOTICE before the court to make my record of objection to the current orders now before the court under the 1818 constitution of Illinois and its common law jurisdiction that granted all federal powers.

2. My special appearance here today is at the courts request. I honor that request under the threat of loss of liberty.

3. That on March 26th, 2014 and at other various hearings I have challenged the jurisdiction of the court to proceed to trial in this matter.

4. I have reviewed all documents and papers held against me and I do not find any legal relationship between me and the charges or the statutes applied against me. Without no legal relationship between the claims, and me all the papers held against me are void.

5. The paper called indictment apparently setting up this whole matter does not disclose the jurisdiction under which they were issued. Without that jurisdictional statement this tribunal could not be called order.

6. From the appearance of the record in this matter the charges against me are based in a subject matter foreign to my state.

7. There is no evidence in the record that claims or discloses personal jurisdiction over me in any way whatsoever. I am not now nor have I ever been federal personnel. [See Evidence Exhibit A]

8. It is my under standing that this court is under orders that it must establish personal jurisdiction before it is authorized to proceed. To this moment no such authority or jurisdiction over me has been disclosed or entered for the record.

9. Without specifying or requiring proof of a federal interest, the undersigned demands this Court dismiss this case on the grounds of NO jurisdiction.

10. In the event this tribunal continues without full disclosure of its jurisdiction and the authorities thereto, deceptive practices with the intent to mislead and entice me into slavery would be the only logical conclusion that any common woman could come to.

11. I believe that if I cooperate with this status hearing at this point it may be used against me as a waiver, an admission of jurisdiction that does not appear anywhere.

12. I do not consent to this hearing or this meeting nor do I waive personal jurisdiction.

13. The threat and force that brought me here today would be a breach of the peace, a trespass upon the law in the event that the jurisdiction and authorities of this court or tribunal is not disclosed to me on the record right now this moment.

14. I DEMAND an IMMEDIATE jurisdictional hearing to determine the jurisdiction issue. I reserve all rights and I am standing here under the protection of the common-law of Illinois, one of the Grantors of all federal powers.

15. I DEMAND the bond immediately for this case be disclosed to me so I may know who will make me whole, who is liable, and who to present my claim to in the event of continued trespass upon my peace in the dignity of the common law.

16. I have never agreed to or have knowledge of being held as surety and have never consented to be surety for this matter this court/tribunal has before it a conflict of jurisdiction.

**THEREFORE**, I demand this matter be DISMISSED with prejudice or in the alternative jurisdiction be proven on the record and the bond of any adverse party, who will make me whole in the event I am held to perform in this matter.

## VERIFICATION

Under penalties of perjury 90 Stat. 2534 § 1746 (1), the undersigned, River-Tali:Bey state that she has read the foregoing statements and has knowledge of the facts and verifies and state the same to be true and correct.

Submitted By: *[signature]*
River Tali Bey Authorized Representative
Res: CHERRON MARIE PHILLIPS
c/o P.O. Box 802625
Chicago Illinois Non Domestic

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff | Case #12CR872 |
| v. | |
| CHERRON MARIE PHILLIPS<br>　　　Accused | |



### Affidavit in Support of Notice & Demand

I, River-Tali:Bey being of mature age and of sound mind, state as follows:

1. I have personal knowledge of the facts set forth in this affidavit and competent to and will testify to them in court of substantive duly enacted law.

2. That I River-Tali:Bey am a union state Citizen of Illinois and your Affiant;

3. I place this NOTICE this notice before the court to make my record of the courts jurisdiction now before the court under the 1818 constitution of Illinois and its common law jurisdiction.

4. My special appearance here today is at the courts request. I honor that request under the threat of loss of liberty.

5. That on March 26th, 2014 and at other various hearings I have challenged the jurisdiction of the court to proceed to trial in this matter.

6. I have reviewed all documents and papers held against me and I do not find any legal relationship between me and the charges or the statutes applied against me. Without no legal relationship between the claims, and me all the papers held against me are void.

7. The paper called indictment apparently setting up this whole matter does not disclose the jurisdiction under which they were issued. Without that jurisdictional statement this tribunal could not be called order.

8. From the appearance of the record in this matter the charges against me are based in a subject matter foreign to my state.

9. There is no evidence in the record that claims or discloses personal jurisdiction over me in any way whatsoever. I am not now nor have I ever been federal personnel. [See Evidence Exhibit A]

10. It is my under standing that this court is under orders that it must establish personal jurisdiction before it is authorized to proceed. To this moment no such authority or jurisdiction over me has been disclosed or entered for the record.

11. Without specifying or requiring proof of a federal interest, the undersigned demands this Court dismiss this case on the grounds of NO jurisdiction.

12. In the event this tribunal continues without full disclosure of its jurisdiction and the authorities thereto, deceptive practices with the intent to mislead and entice me into slavery would be the only logical conclusion that any common woman could come to.

13. I believe that if I cooperate with this status hearing at this point it may be used against me as a waiver, an admission of jurisdiction that does not appear anywhere.

14. I do not consent to this hearing or this meeting nor do I waive personal jurisdiction.

15. The threat and force that brought me here today would be a breach of the peace, a trespass upon the law in the event that the jurisdiction and authorities of this court or tribunal is not disclosed to me on the record right now this moment.

16. I DEMAND an IMMEDIATE jurisdictional hearing to determine the jurisdiction issue. I reserve all rights and I am standing here under the protection of the common-law of Illinois, one of the Grantors of all federal powers.

17. I have never agreed to or have knowledge of being held as surety and have never consented to be surety for this matter this court/tribunal has before it a conflict of jurisdiction.

Further Affiant Sayeth Naught

By: _____

## ACKNOWLEDGMENT

Illinois state      )
Cook County      )

Signed and attested to before me this 18th day of May, 2014

_____
Notary Public
Seal

T. HOYE
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
January 19, 2015

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | Case #12CR872 |
| v. | |
| CHERRON MARIE PHILLIPS<br>Accused | Affidavit<br>Memorandum of Record |

FILED MAY 19 2014 THOMAS G. BRUTON DISTRICT COURT

<u>Affidavit and Memorandum of Record</u>

I River Tali:Bey being of mature age and of sound mind, state the following:

1. I have personal knowledge of the facts set forth in this affidavit and I am competent and will testify to them in court of substantive duly enacted law.

2. I River Tali:Bey submit this Affidavit and Memorandum of Record to DEMURRER to the judgment orders issued by Judge Mihms to deny Motion to Dismiss Cause of Action for Failure to Bring Charges Pursuant to an Act of Congress due to my research and findings for the record. Your Illinois Supreme Court decision and the following Statutes at Large have determined Statutes without an enacting clause to be facially invalid and void.

3. On March 26th, 2014 and at other various hearings I ~~have~~ challenged the jurisdiction of the court to proceed to trial in this matter.

4. On April 4, 2014 Judge Michael Mihms entered an "ORDER" to deny the accused Motion to Dismiss Cause of Action for Failure to Bring Charges Pursuant to an Act of Congress. In the order he states that the Legislative History reveals that on July 10, 2007 the House considered and passed 2007 HR 660. See PL 110-177, 2008 HR 660. On December 17, 2007 the Senate considered and passed the bill with some amendment. The House of Representatives then approved the reconciled version of the bill.

5. Based on my research I believe this court is in error on its judgment. Plaintiffs in this matter all claim to be employed by the United States as civil or appointed officials and have an

Oath to such. The Plaintiff claim policies as authorization for their act and actions, which are in, direct conflict and contradiction with other policies and statements of law by their employer.

6. Further, I have reviewed all documents and papers held against me and I do not find any legal relationship between me and the charges or the statutes applied against me. Without no legal relationship between the claims, and me all the papers held against me are void.

7. The charges in your Indictment does not evidence the requisite citation in the Federal Register, which are not only incomplete but invalid and of no force or effect on River Tali:Bey nor Defendant Res:CHERRON MARIE PHILLIPS.

8. ARGUENDO; The House of Representatives approved the reconciled version of Public Law 110-177, there still is no evidence conclusively showing that Title 18 USC §1521 and others is in compliance with the Federal Register Act at 49 Stat 500. Ch. 417, Act of July 26, 1935. My research says this Act requires publication as open, general, notice by Federal Register and Codification in the Code of Federal Regulation. Executive Branch Regulations must be implemented for any code claiming to prescribe penalties, general applicability and legal effect. Without an implementing regulation the Title is invalid. [See True and Certified Exhibit A]. Your Supreme Court ruled that neither the Code nor the Regulations could stand alone as law. In that decision, the Court ruled that the Code was only "broad, authorizing language", and that *the penalties attach only upon the violation of the Regulations thus prescribed*. Therefore, in order for 'force of law' to exist, it takes both the Code and the implementing Regulations. *California Banker's Association v. Shultz* 39 L.Ed. 2d 820 & 830.

9. The issue is not whether Congress passed the laws charged in the Indictment, but rather, does the law charged in the Indictment exist in its current state as a valid law. Where is the legislative enacting authority for the law charged (18 USC 1521) against the Defendant Res: CHERRON MARIE PHILLIPS?

10. The accused demands the validity of the purported statute because her liberty has been compromised. Congress' clear intent is that the evidence of its law be in the following form:

> "Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled."[See True and Certified Copy Exhibit B]
>
> " [ ]...**The United States Statutes at Large shall be legal evidence of laws concurrent resolutions, treaties, international agreements other than treaties, proclamations by the President, and proposed or ratified amendments to the Constitution of the United States therein contained, <u>in all the courts of the United States</u>, the several State, and Territories and insular possession of the United States.** [See True and Certified Copy Exhibit B]

Title 18 of the United States code does not meet this requirement.

11. That these provisions, giving the form and mode by which, * * * valid and binding laws are enacted, are, in the highest since mandatory, cannot be doubted. It is not the will of the people, constitutionally expressed, in the only mode and manner by which that will can acquire the force and validity, under the constitution of law, **for this legislative act is without a title, has no enacting clause and is sufficient to deprive this expression of the legislative will of the force and effect of law; therefore it is not, legally binding and obligatory upon the respondents.** *City of Carlyle v. Nicolay*, 165 N.E. 211, 215, 216, 333 Ill. 562, 575-76 (1929) affirmed *Liberty Nat, Bank of Chicago v. Metrick*, 102 N.E. 2d 308, 310 410 Ill 429 (1951).

12. The alleged crime (18 USC 1521, supposed legislative act) is without a title, has no enacting clause and is sufficient to deprive this expression of the legislative will of the force and effect of law; therefore it is not, legally binding and obligatory upon River Tali: Bey nor Defendant Res: CHERRON MARIE PHILLIPS.

13. An invalid law charged against one in a criminal matter also negates subject matter jurisdiction by the sheer fact that it fails to create a cause of action.

14. Congress's intent is NOT on the indictment. This legal process fail to follow the valid form and style of law due to the manner in which they are published and promulgated. This is not the law as prescribed by Congress and until you can show on the record the authority of the "Indictment" and how it applies to me then you have perfected slavery.

**THEREFORE**; I demand this court Dismiss this action for lack of jurisdiction; Or in the alternative, Order Plaintiff to produce the following:

(i) the legislative enacting authority for the law

(ii) the enrolled acts of congress along with corresponding Federal Regulation providing the delegation of authority;

(iii) Official copy of certificate of appointment to office with verification by apposite body;

(ii) Official Oath of Office, where such oath is in written form and signed by Plaintiff all;

(iii) Signed Loyalty statement

(iv) copy of most recent ethics statement

(v) copy of signed employment agreement

(vi) risk management office name and address

(vii) name and address of bonding company

(viii) officers bond numbers, SS-5 and or W-9 number

### VERIFICATION

Under penalties of perjury 90 Stat. 2534 § 1746 (1), the undersigned, River-Tali:Bey state that she has read the foregoing statements and has knowledge of the facts and verifies and state the same to be true and correct.

Submitted By: _____
River Tali:Bey Authorized Representative
Res: CHERRON MARIE PHILLIPS
c/o P.O. Box 802625
Chicago Illinois Non Domestic

### ACKNOWLEDGMENT

Illinois state )
Cook County )

Signed and attested to before me this __18th__ day of May, 2014

_____
Notary Public
Seal

T. HOYE
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
January 19, 2015

500    74TH CONGRESS.  SESS. I.  CHS. 416, 417.  JULY 25, 26, 1935.

| | |
|---|---|
| *Proviso.*<br>Obligations of old Board. | the Board at the grades and salaries specified in their respective examinations: *Provided*, That this section shall not be construed to impair any obligation incurred by the old Board. |
| Rules and regulations. | SEC. 7. The Board with the approval of the Committee is authorized to prescribe rules and regulations to carry out the provisions of this Act. |
| Separability clause. | SEC. 8. If any provision of this Act, or the application thereof to any person or circumstance, is held invalid, the remainder of the Act, and the application of such provisions to other persons or circumstances, shall not be affected thereby. |
| Duration of Act. | SEC. 9. This Act shall cease to be in effect and the agencies established hereunder shall cease to exist at the expiration of five years after the date of enactment of this Act. |
| | Approved, July 25, 1935. |

[CHAPTER 417.]

AN ACT

| | |
|---|---|
| July 26, 1935.<br>[H. R. 6323.]<br>[Public, No. 220.] | To provide for the custody of Federal proclamations, orders, regulations, notices, and other documents, and for the prompt and uniform printing and distribution thereof. |
| Federal Register Act.<br>Proclamations, Executive orders, etc., custody and publication.<br>Division to be established in the National Archives Establishment. | *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Archivist of the United States, acting through a division established by him in the National Archives Establishment, hereinafter referred to as the "Division", is charged with the custody and, together with the Public Printer, with the prompt and uniform printing and distribution of the documents required or authorized to be published under section 5. |
| Director; appointment; salary. | There shall be at the head of the Division a director, appointed by the President, who shall act under the general direction of the Archivist of the United States in carrying out the provisions of this Act and the regulations prescribed hereunder, who shall receive a salary, to be fixed by the President, not to exceed $5,000 a year. |
| Original documents and copies; filing.<br>*Post,* p. 1110. | SEC. 2. The original and two duplicate originals or certified copies of any document required or authorized to be published under section 5 shall be filed with the Division, which shall be open for that purpose during all hours of the working days when the Archives Building shall be open for official business. |
| Notation thereon. | The Director of the Division shall cause to be noted on the original and duplicate originals or certified copies of each document the day and hour of filing thereof: |
| *Proviso.*<br>When issued outside of District of Columbia. | *Provided,* That when the original is issued, prescribed, or promulgated outside of the District of Columbia and certified copies are filed before the filing of the original, the notation shall be of the day and hour of filing of the certified copies. |
| Availability of copy for public inspection. | Upon such filing, at least one copy shall be immediately available for public inspection in the office of the Director of the Division. |
| Of original document. | The original shall be retained in the archives of the National Archives Establishment and shall be available for inspection under regulations to be prescribed by the Archivist. |
| Copy for printing; transmission. | The Division shall transmit immediately to the Government Printing Office for printing, as provided in this Act, one duplicate original or certified copy of each document required or authorized to be published under section 5. Every Federal agency shall cause to be transmitted for filing as herein required the original and the duplicate originals or certified copies of all such documents issued, prescribed, or promulgated by the agency. |
| Federal Register; printing and distribution. | SEC. 3. All documents required or authorized to be published under section 5 shall be printed and distributed forthwith by the Government Printing Office in a serial publication designated the "Federal |

EXHIBIT A

Case: 1:12-cr-00872 Document #: 122 Filed: 05/19/14 Page 12 of 18 PageID #:570

firmed communications from outside of the District of Columbia; (b) the documents which shall be authorized pursuant to section 5 (b) to be published in the Federal Register; (c) the manner and form in which the Federal Register shall be printed, reprinted, compiled, indexed, bound, and distributed; (d) the number of copies of the Federal Register, which shall be printed, reprinted, and compiled, the number which shall be distributed without charge to Members of Congress, officers and employees of the United States, or any Federal agency for their official use, and the number which shall be avaiable for distribution to the public; and (e) the prices to be charged for individual copies of, and subscriptions to, the Federal Register and reprints and bound volumes thereof.

*Validity of documents.*

SEC. 7. No document required under section 5 (a) to be published in the Federal Register shall be valid as against any person who has not had actual knowledge thereof until the duplicate originals or *Filing and availability requirement.* certified copies of the document shall have been filed with the Division and a copy made available for public inspection as provided in section 2; and, unless otherwise specifically provided by statute, such filing of any document, required or authorized to be published under section 5, shall, except in cases where notice by publication is insufficient in law, be sufficient to give notice of the contents of such *Effect of publication.* document to any person subject thereto or affected thereby. The publication in the Federal Register of any document shall create a rebuttable presumption (a) that it was duly issued, prescribed, or promulgated; (b) that it was duly filed with the Division and made available for public inspection at the day and hour stated in the printed notation; (c) that the copy contained in the Federal Register is a true copy of the original; and, (d) that all requirements of this Act and the regulations prescribed hereunder relative to such *Contents of Federal Register; to be judicially noticed; citation.* document have been complied with. The contents of the Federal Register shall be judicially noticed and, without prejudice to any other mode of citation, may be cited by volume and page number.

*Notice of hearing under an Act of Congress.*

SEC. 8. Whenever notice of hearing or of opportunity to be heard is required or authorized to be given by or under an Act of the Congress, or may otherwise properly be given, the notice shall be deemed to have been duly given to all persons residing within the continental United States (not including Alaska), except in cases where notice by publication is insufficient in law, if said notice shall be published in the Federal Register at such time that the period between the publication and the date fixed in such notice for the hearing or for the termination of the opportunity to be heard shall be (a) not less than the time specifically prescribed for the publication of the notice by the appropriate Act of the Congress; or (b) not less than fifteen days when no time for publication is specifically prescribed by the Act, without prejudice, however, to the effectiveness of any notice of less than fifteen days where such shorter period is reasonable.

*Payments for Federal Register; deposit. Cost of printing, etc.*

SEC. 9. Every payment made for the Federal Register shall be covered into the Treasury as a miscellaneous receipt. The cost of printing, reprinting, wrapping, binding, and distributing the Federal Register and any other expenses incurred by the Government Printing Office in carrying out the duties placed upon it by this *Appropriation available.* Act shall be borne by the appropriations to the Government Printing Office and such appropriations are hereby made available, and *Post,* pp. 1110, 1230. *Additional sums.* are authorized to be increased by such additional sums as are necessary for such purposes, such increases to be based upon estimates submitted by the Public Printer. The purposes for which appropriations are available and are authorized to be made under section *Vol. 48, p. 1122.* 10 of the Act entitled "An Act to establish a National Archives

EXHIBIT A

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come, Greeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, under the seal of the National Archives of the United States, that the attached reproduction(s) is a true and correct copy of documents in his custody.

| | |
|---|---|
| **SIGNATURE** | |
| *Brenda Beasley Kepley* | |
| **NAME** BRENDA BEASLEY KEPLEY | **DATE** April 8, 2014 |
| **TITLE** CHIEF, ARCHIVES I PROCESSING SECTION | |
| **NAME AND ADDRESS OF DEPOSITORY** NATIONAL ARCHIVES & RECORDS ADMINISTRATION 700 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20408 | |

NA FORM 14007 (10-86)

---

§ 114. Sealing of instruments.

### ENACTING CLAUSE

§ 101. The enacting clause of all Acts of Congress shall be in the following form: "Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled."

### RESOLVING CLAUSE

§ 102. The resolving clause of all joint resolutions shall be in the following form: "Resolved by the Senate and House of Representatives of the United States of America in Congress assembled."

### ENACTING OR RESOLVING WORDS AFTER FIRST SECTION

§ 103. No enacting or resolving words shall be used in any section of an Act or resolution of Congress except in the first.

### NUMBERING OF SECTIONS; SINGLE PROPOSITION

§ 1[04]. Each section shall be numbered, and shall contain, as nearly as may be, a single proposition of enactment.

### TITLE OF APPROPRIATION ACTS

§ 105. The style and title of all Acts making appropriations for the support of Government shall be as follows: "An Act making appropriations (here insert the object) for the year ending June 30 (here insert the calendar year)."

### [PRIN]TING BILLS AND JOINT RESOLUTIONS

§ 10[6]. Every [bill] or joint resolution in each House of Congress shall, w[hen] such [bill] or resolution passes either House, be printed, and such [prin]ted [co]py shall be called the engrossed bill or resolution

EXHIBIT B

#### LIMITATION OF TERM "PRODUCTS OF AMERICAN FISHERIES"

§ 6. Wherever, in the statutes of the United States or in the rulings, regulations, or interpretations of various administrative bureaus and agencies of the United States there appears or may appear the term "products of American fisheries" said term shall not include fresh or frozen fish fillets, fresh or frozen fish steaks, or fresh or frozen slices of fish substantially free of bone (including any of the foregoing divided into sections), produced in a foreign country or its territorial waters, in whole or in part with the use of the labor of persons who are not residents of the United States.

### CHAPTER 2—ACTS AND RESOLUTIONS; FORMALITIES OF ENACTMENT; REPEALS; SEALING OF INSTRUMENTS

§ 101. Enacting clause.
§ 102. Resolving clause.
§ 103. Enacting or resolving words after first section.
§ 104. Numbering of sections; single proposition.
§ 105. Title of appropriation Acts.
§ 106. Printing bills and joint resolutions.
§ 107. Parchment or paper for printing enrolled bills or resolutions.
§ 108. Repeal of repealing act.
§ 109. Repeal of statutes as affecting existing liabilities.
§ 110. Saving clause of Revised Statutes.
§ 111. Repeals as evidence of prior effectiveness.
§ 112. Statutes at Large; contents; admissibility in evidence.
§ 113. "Little and Brown's" edition of laws and treaties; admissibility in evidence.
§ 114. Sealing of instruments.

#### ENACTING CLAUSE

§ 101. The enacting clause of all Acts of Congress shall be in the following form: "Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled."

#### RESOLVING CLAUSE

§ 102. The resolving clause of all joint resolutions shall be in the following form: "Resolved by the Senate and House of Representatives of the United States of America in Congress assembled."

#### ENACTING OR RESOLVING WORDS AFTER FIRST SECTION

§ 103. No enacting or resolving words shall be used in any section of an Act or resolution of Congress except in the first.

#### NUMBERING OF SECTIONS; SINGLE PROPOSITION

§ 104. Each section shall be numbered, and shall contain, as nearly as may be, a single proposition of enactment.

#### TITLE OF APPROPRIATION ACTS

§ 105. The style and title of all Acts making appropriations for the support of Government shall be as follows: "An Act making appropriations (here insert the object) for the year ending June 30 (here insert the calendar year)."

#### PRINTING BILLS AND JOINT RESOLUTIONS

§ 106. Every bill or joint resolution in each House of Congress shall, when such bill or resolution passes either House, be printed, and such printed copy shall be called the engrossed bill or resolution

EXHIBIT B

STATUTES AT LARGE; CONTENTS; ADMISSIBILITY IN EVIDENCE

§ 112. The Secretary of State shall cause to be compiled, edited, indexed, and published, the United States Statutes at Large, which shall contain all the laws and concurrent resolutions enacted during each regular session of Congress; all treaties to which the United States is a party that have been proclaimed since the date of the adjournment of the regular session of Congress next preceding; all international agreements other than treaties to which the United States is a party that have been signed, proclaimed, or with reference to which any other final formality has been executed, since that date; all proclamations by the President in the numbered series issued since that date; and also any amendments to the Constitution of the United States proposed or ratified pursuant to article V thereof since that date, together with the certificate of the Secretary of State issued in compliance with the provision contained in section 160 of title 5. In the event of an extra session of Congress, the Secretary of State shall cause all the laws and concurrent resolutions enacted during said extra session to be consolidated with, and published as part of, the contents of the volume for the next regular session. The United States Statutes at Large shall be legal evidence of laws, concurrent resolutions, treaties, international agreements other than treaties, proclamations by the President, and proposed or ratified amendments to the Constitution of the United States therein contained, in all the courts of the United States, the several States, and the Territories and insular possessions of the United States.

"LITTLE AND BROWN'S" EDITION OF LAWS AND TREATIES; ADMISSIBILITY IN EVIDENCE

§ 113. The edition of the laws and treaties of the United States, published by Little and Brown, shall be competent evidence of the several public and private Acts of Congress, and of the several treaties therein contained, in all the courts of law and equity and of maritime jurisdiction, and in all the tribunals and public officers of the United States, and of the several States, without any further proof or authentication thereof.

SEALING OF INSTRUMENTS

§ 114. In all cases where a seal is necessary by law to any commission, process, or other instrument provided for by the laws of Congress, it shall be lawful to affix the proper seal by making an impression therewith directly on the paper to which such seal is necessary; which shall be as valid as if made on wax or other adhesive substance.

CHAPTER 3—CODE OF LAWS OF UNITED STATES AND SUPPLEMENTS; DISTRICT OF COLUMBIA CODE AND SUPPLEMENTS

§ 201. Publication and distribution of Code of Laws of United States and Supplements and District of Columbia Code and Supplements.
   (a) Publishing in slip or pamphlet form or in Statutes at Large.
   (b) Curtailing number of copies published.
   (c) Dispensing with publication of more than one Supplement for each Congress.
§ 202. Preparation and publication of Codes and Supplements.
   (a) Cumulative Supplements to Code of Laws of United States for each session of Congress.
   (b) Cumulative Supplement to District of Columbia Code for each session of Congress.
   (c) New editions of Codes and Supplements.
§ 203. District of Columbia Code; preparation and publication; cumulative supplements.

EXHIBIT B

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff | Case #12CR872 |
| v. | Affidavit <br> Memorandum of Record |
| CHERRON MARIE PHILLIPS <br> Accused | |

## Affidavit and Memorandum of Record

I River-Tali:Bey being of mature age and of sound mind, state the following:

1. I have personal knowledge of the facts set forth in this affidavit and I am competent and will testify to them in court of substantive duly enacted law.

2. I River-Tali:Bey submit this Affidavit and Memorandum of Record to DEMURRER to its judgment order of appointed counsel Lauren Solomon Weil ordered by Judge Mihms.

3. On March 26th, 2014 accused submitted her Standing Objection to Court Appointed Counsel to the court.

4. On April 4th, 2014 Judge Mihms wrote an order to deny my Standing Objection to appoint the Federal Defender Lauren Solomon Weil to represent the accused.

5. In the order of Judge Mihms, the court has acknowledged my numerous objections to "the assistance of Counsel" from the BAR yet it continues through psychological and legal coercion to force me in a position of slavery to its Federal Defenders.

6. I believe if I cooperate with this hearing at this point it may be used against me as a waiver, and admission of jurisdiction that does not appear anywhere on the record.

7. The Plaintiff's violate 18 USC 241, by conspiring to force the accused into compulsion of service by any type of speech or intentional conduct that from her point of view either leaves the her with no tolerable alternative but to serve the Plaintiff or deprives her of the power of choice.

8. I am not clear from Judge Shadur's comments on August 7th, 2013 what he considers "obstructionism" or "characterize as shenanigans". From the appearance on the record, there is no place that poses personal jurisdiction. I have made no pleas in this tribunal and continue to object to the courts jurisdiction without which there is nothing before the court or jury for trial.

9. The plaintiff's in this matter continue to conspire to deny relief or remedy knowing such relief is available to Defendant operating under codes known to be void of any Federal Regulation and in violation of 85 Stat 347 codified as 18 USC 4001(a) which states:

> "No citizen shall be imprisoned or *otherwise detained* by the United States except pursuant to an Act of Congress."

10. I believe that CHERRON MARIE PHILLIPS is an artificial entity associated with some public trust resulting from acts of the United States, with a unique identifier also known as the social security number of xxx-xx-2707.

11. I believe the federal officers have identified me as the corporate, artificial person CHERRON MARIE PHILLIPS in order that they may steal my identity for their private gain and hold me to involuntary servitude.

12. Those relying on this false identification without lawful authority obtained a document, the "INDICTMENT" while knowing such document was a product of fraud and conspiracy.

13. Judge Milton Shadur acting in capacity of Magistrate Judge supported that misidentification when he entered a plea of "Not Guilty" on behalf of the Defendant. (Minute Entry dated on November 19th, 2012). I have made no pleas in this tribunal.

14. Said acts being perpetrated by those claiming to be employed by the United States as civil or appointed officials who claim, at all times relevant hereto, territorial jurisdiction everywhere, personal jurisdiction over Defendant, Authorized Representative and subject matter jurisdiction. All without ever proving jurisdiction on the record, even upon legitimate demand to do so.

15. If I am held to account to a legal relationship that I have no knowledge or that is not disclosed to me, acted out through threat of legal coercion and fear of legal process where my loss of liberty is held over my head then slavery will be perfected upon me.

16. I now reiterate my standing objection to court appointed counsel and I do not consent to this hearing.

**THEREFORE**, I demand this matter be dismissed or in the alternative jurisdiction be proven on the record and the bond of any adverse party, who will make me whole in the event I am held to perform in this matter.

## VERIFICATION

Under penalties of perjury 90 Stat. 2534 § 1746 (1), the undersigned, River-Tali:Bey state that she has read the foregoing statements and has knowledge of the facts and verifies and state the same to be true and correct.

Submitted By: _____
River Tali Bey Authorized Representative
Res: CHERRON MARIE PHILLIPS
c/o P.O. Box 802625
Chicago Illinois Non Domestic

## ACKNOWLEDGMENT

Illinois state  )
Cook County   )

Signed and attested to before me this __18th__ day of May, 2014

_____
Notary Public
Seal