IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br><br>CHERRON MARIE PHILLIPS<br>*Accused* | No. 1:12-CR-872<br>Judge Michael Mihms |

**FILED**
MAY 19 2014
THOMAS G. BRUTON

## NOTICE OF FILING

TO:   United States District Court N.D.         United States District Court
       Clerk of the Court                                   Attn: Nathan D. Stump ASUA
       219 South Dearborn                              9 Executive Drive
       Chicago Illinois 60604                             Fairview Heights Illinois 62208

**PLEASE TAKE NOTICE** that I have caused to be filed on 05/19/2012 with the Clerk of the United States District Court, Northern District the attached Notice of Jurisdictional Hearing & Affidavit and Memorandum of Record.

## NOTICE OF JURISDICTIONAL HEARING

On **Wednesday, May 21, 2013 at 10:00am** or soon thereafter as may be heard, I shall appear before the Honorable Judge Michael Mihms, in the courtroom usually occupied by him, located at 219 S. Dearborn Chicago Illinois 60604 and present the attached Notice of Jurisdictional Hearing & Affidavit and Memorandum of Record.

## PROOF OF SERVICE

I, the undersigned, a non-attorney, certify that this notice has been served by emailing a copy to the above entitled party nathan.stump@usdoj.gov and depositing the same at the United States Clerk of the Court for the Northern District at 219 S. Dearborn Chicago Illinois 60604.

By: _____
River-Tali:Bey Authorized Representaive
Res: CHERRON MARIE PHILLIPS
c/o PO Box 802625
Chicago Illinois [60680]
312.857.5456