UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 12 CR 872 |
| vs. ) | Judge Michael J. Reagan |
| ) | |
| CHERRON PHILLIPS ) | |

MOTION IN LIMINE TO PRECLUDE FED. R. EVID. 404(B) EVIDENCE

Defendant, Cherron Phillips, by and through her attorney, moves this Honorable Court to enter an order, granting her Motion in Limine, precluding the admission of the government's Rule 404(b) Evidence. For all of the reasons, set forth in this motion and the accompanying Memorandum of Law In Support of Defendant's Motion in Limine, this Court should enter an Order, precluding the government from introducing at trial the evidence set forth in its Notice of Rule 404(b) Evidence filed on July 15, 2013.

WHEREFORE, Defendant Phillips respectfully requests that this Court enter an Order, granting her Motion In Limine in full.

                                                  Respectfully submitted,

                                                  /s/Lauren Weil Solomon
                                                  Attorney for Defendant Cherron Phillips

Lauren Weil Solomon
P.O. Box 2013
Highland Park, Illinois 60035
(847) 756-0489

CERTIFICATE OF SERVICE

I, Lauren Weil Solomon, hereby certify that on this day, June 2, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon counsel of record.

In compliance with Local Rule 5.2(f), a hard copy of this document will be mailed to chambers within one business day.

/s/Lauren Weil Solomon
Lauren Weil Solomon
Attorney for Cherron Phillips

Lauren Weil Solomon
P.O. Box 2013
Highland Park, Illinois 60035
(847) 756-0489