**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                        Case No.: 1:12–cr–00872
                                        Honorable Michael J. Reagan

Cherron Marie Phillips

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2014:

      MINUTE entry before the Honorable Michael J. Reagan as to Cherron Marie Phillips: ORDER finding Interlocutory Appeal Frivolous. Immediately prior to jury selection, Defendant Cherron Marie Phillips, without knowledge of counsel, filed an interlocutory appeal in this case. For the same reasons articulated by the Court regarding Defendant's earlier appeal (Doc. 139), the Court finds Defendant's earlier appeal, the Court finds Defendant's appeal frivolous and concludes the Court has not been divested of jurisdiction in this case. The trial, absent an order from the Court of Appeals for the Seventh Circuit, will proceed today as scheduled. The Court adopts and reiterates the rationale from its order at Doc. 139. IT IS SO ORDERED. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.