# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 17, 2014

*By the Court:*

| | |
|---|---|
| No.: 14-2264 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>CHERRON M. PHILLIPS,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:12-cr-00872-1<br>Northern District of Illinois, Eastern Division<br>District Judge Michael J. Reagan | |

The district court entered an order dated June 16, 2014, referring to an interlocutory appeal filed immediately prior to jury selection. This court has not received a second appeal in this case. The only appeal received by the court is the present appeal, and the court already has denied the defendant's motion to stay the trial pending appeal.

form name: **c7_Order_BTC**(form ID: **178**)