# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

**DATE:** June 17, 2014   **DAY:**  2   **CASE NO.**  12-cr-872 (NDIL)

**PRESIDING:**  HON. MICHAEL J. REAGAN

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **REPORTER:** Mary Lind Blom (am) |
| | ) | Patrick Mullen (pm) |
| | ) | |
| **Plaintiff,** | ) | **COURTROOM DEPUTY:** Carole Wing |
| | ) | |
| | ) | **CONVENED:** Counsel: 9:00 am   Jury: 9:15 am |
| **vs.** | ) | **ADJOURNED:** 0 4:45 pm |
| | ) | |
| | ) | **CRIMINAL:**   X |
| **CHERRON MARIE PHILLIPS,** | ) | |
| | ) | |
| **Defendant.** | ) | **RECESS:**   10:45 am – 11:12 am |
| | ) | 12:00 pm – 01:05 pm |
| | ) | 02:32 pm-03:05 pm |

**Counsel for Plaintiff(s):** Nathan D. Stump

**Counsel for Defendant(s):** Lauren Weil Solomon

Cause called for jury trial; parties and counsel present; number of jurors serving: 14

Defendant Phillips makes statement on the record out of the presence of the jury (time 9:10 am)

**PLAINTIFF(s) WITNESSES:**

| | | |
|---|---|---|
| (1) | Joan H. Lefkow | time 09:15 –0 9:35 am |
| (2) | Patrick Fitzgerald | time 09:35 – 09:50 am |
| (3) | Arlander Keys | time 09:50 – 10:12 am |
| (4) | Geraldine Soat Brown | time 10:12 —10:45 am |
| (5) | Karl Barnes | time 11:12—11:41 am |
| (6) | Justin Williams | time 11:41—12:00 pm |
| (7) | Noel Sanchez | time 01:05—01:25 pm |
| (8) | Eric Cato | time 01:25—01:35 pm |
| (9) | Andre Thompson | time 01:35—02:15 pm |
| (10) | Robert Simmons | time 02:15   02:32 pm |
| (11) | Joshua Rongitsch | time 03:05—04:35 pm |
| (12) | Michael Rees | time 04:35—04:45 pm |

Court's Jury Instruction No. 1 was re-read by Judge.   Jury instructed not to watch the news.
Trial will resume tomorrow, June 18, 2014, at 9:00 am.   Jury Instruction Conference shall
commence at 8:30 am on June 18, 2014.