June 17th, 2014

River Tali Bey
c/o P.O. Box 802625
Chicago Illinois

To:     Lauren Weil Solomon
         P.O. Box 2013
         Highland IL 60035

Ref:     12-cr-872

        Re:     Termination of Legal Relation

      You are hereby released from any legal standing to represent me. I have no contract with you as you are employed and paid for by the court. You have joined the judge and prosecutor in the conspiracy for slavery by holding me without my consent against my will. You have refused to demand proof of in personam jurisdiction. Therefore I have not and will not consent to these proceedings and I decline to engage in discussion with you.

                                               By: _____
                                                    All Rights Reserved

FILED
JUN 17 2014
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

U.S.C.A. — 7th Circuit
RECEIVED
JUN 17 2014
GINO J. AGNELLO
CLERK