### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
|     Plaintiff | ) | Case No: 12 CR 872-1 |
| | ) | |
|     v. | ) | |
| | ) | Judge  Michael J. Reagan |
| Cherron Marie Phillips | ) | |
|     Defendant | ) | |
| | ) | |

### <u>ORDER</u>

Government's oral motion to detain defendant is granted.  Order bond revoked.  Order defendant
Cherron Marie Phillips detained.

Date: June 18, 2014          /s/  Judge Michael J. Reagan