# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### MINUTES OF JURY TRIAL

**DATE: June 18, 2014   DAY:       3 final           CASE NO.      12-cr-872 (NDIL)**

**PRESIDING:   HON. MICHAEL J. REAGAN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **REPORTER: Mary Lind Blom (am)** |
| ) | |
| **Plaintiff,** ) | **COURTROOM DEPUTY: Carol Wing** |
| ) | |
| ) | **CONVENED:   Counsel: 8:30 am    Jury: 9:03 am** |
| **vs.** ) | **ADJOURNED: 0 : pm** |
| ) | |
| ) | **CRIMINAL:      X** |
| **CHERRON MARIE PHILLIPS,** ) | **CIVIL:** |
| ) | |
| **Defendant.** ) | **RECESS:   9:50 am – 10:10 am** |
| ) | |
| ) | |

**Counsel for Plaintiff(s): Nathan D. Stump**

**Counsel for Defendant(s): Lauren Weil Solomon**

**Second Jury Instruction Conference conducted.   Defendant Phillips was invited, but declined to attend.**

**Defendant's anticipated evidence and witnesses re records was discussed.   Evidentiary objects to be raised during trial.**

**Defendant Phillips makes statement out of the presence of the jury.**

**Cause called for jury trial; parties and counsel present; number of jurors serving: 14**

**PLAINTIFF(s) WITNESSES:**
**(1)     Monte Swank                        time 09: 05 –09:50 am**

**GOVERNMENT RESTS:   09:50 am**

**[X]Defendant's Oral Motion under Rule 29 for judgment of acquittal at the close of the Government's case is Denied.**

**DEFENDANT WITNESSES: none**

**DEFENDANT RESTS: 10:07 am**

**[X]Court advised Defendant the right to testify.**

**EVIDENCE CLOSED:  X              WITNESSES EXCUSED   X**

**[X] <u>Defendant's Oral Motion for judgment of acquittal at the close of all the evidence under Rule 29 is denied.</u>**

**JURY INSTRUCTIONS READ TO JURY:** <u>10:10 am– 10:20 am</u>

**<u>FINAL ARGUMENT:</u>**

<u>**Nathan Stump**</u>   **on behalf of government**      **10:25 am—10:45 am**
<u>**Lauren Solomon**</u> **on behalf of defendant**      **10:45 am—11:00 am**
<u>**Nathan Stump**</u>   **on behalf of government**      **11:00 am—11:05 am**

**Alternate(s) Excused: X     Marshal Sworn: X        Jury Retires: 11:05 am**


**JURY CORRESPONDENCE WITH JUDGE:**

**Note #1:   12:40 pm- addressed with counsel on the record at 1:25 pm.   Defendant Phillips could not be located.   Jury returned to deliberations at 1:30 pm.**


**JURY RETURNS: 2:00 pm FOREPERSON: Juror # 18**

**VERDICT GIVEN TO COURT: X     VERDICT READ: X    JURY POLLED: X**

**VERDICT: Defendant is found Guilty as to Counts 1-5, 7-8, 10-12 of the Indictment; Defendant found Not Guilty as to Counts 6, 9.**

**JURY EXCUSED: X DEFENDANT CALLED BEFORE COURT: X**

**[X] DISPOSITION HEARING SET FOR: Tuesday, October 14, 2014 at 10:30 am**
**A separate Notice will be issued once a courtroom assignment is made.**

**[X] Defendant's bond is revoked and she is ordered detained pending sentencing.**

**EXHIBITS: All exhibits are withdrawn and shall remain in the custody of the Government. Exhibit List and signed Exhibit Release Form will be filed separately.**

**The jury is dismissed from this case and their service overall is concluded.**

**Trial is concluded.**