# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### MINUTES OF JURY TRIAL

**DATE:** June 18, 2014   **DAY:** 3 final   **CASE NO.** 12-cr-872 (NDIL)

**PRESIDING:** HON. MICHAEL J. REAGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REPORTER:** Mary Lind Blom (am) |
| Plaintiff, | ) | **COURTROOM DEPUTY:** Carol Wing |
| | ) | **CONVENED:** Counsel: 8:30 am   Jury: 9:03 am |
| vs. | ) | **ADJOURNED:** 0 : pm |
| | ) | **CRIMINAL:** X |
| CHERRON MARIE PHILLIPS, | ) | **CIVIL:** |
| Defendant. | ) | **RECESS:** 9:50 am – 10:10 am |

**Counsel for Plaintiff(s):** Nathan D. Stump

**Counsel for Defendant(s):** Lauren Weil Solomon

Second Jury Instruction Conference conducted.   Defendant Phillips was invited, but declined to attend.

Defendant's anticipated evidence and witnesses re records was discussed.   Evidentiary objects to be raised during trial.

Defendant Phillips makes statement out of the presence of the jury.

Cause called for jury trial; parties and counsel present; number of jurors serving: **14**

**PLAINTIFF(s) WITNESSES:**
(1)   Monte Swank                       time 09: 05 –09:50 am

**GOVERNMENT RESTS:** 09:50 am

**[X]Defendant's Oral Motion under Rule 29 for judgment of acquittal at the close of the Government's case is Denied.**

**DEFENDANT WITNESSES:** none

**DEFENDANT RESTS:** 10:07 am

**[X]Court advised Defendant the right to testify.**

**EVIDENCE CLOSED:** X          **WITNESSES EXCUSED** X

Page **1** of **2**

**[X] Defendant's Oral Motion for judgment of acquittal at the close of all the evidence under Rule 29 is denied.**

**JURY INSTRUCTIONS READ TO JURY:** <u>10:10 am– 10:20 am</u>

**FINAL ARGUMENT:**

<u>Nathan Stump</u>   on behalf of government          10:25 am—10:45 am
<u>Lauren Solomon</u> on behalf of defendant           10:45 am—11:00 am
<u>Nathan Stump</u>   on behalf of government          11:00 am—11:05 am

**Alternate(s) Excused: X      Marshal Sworn: X       Jury Retires: 11:05 am**

**JURY CORRESPONDENCE WITH JUDGE:**

**Note #1:   12:40 pm- addressed with counsel on the record at 1:25 pm.    Defendant Phillips could not be located.   Jury returned to deliberations at 1:30 pm.**

**JURY RETURNS: 2:00 pm FOREPERSON: Juror # 18**

**VERDICT GIVEN TO COURT: X     VERDICT READ: X    JURY POLLED: X**

**VERDICT: Defendant is found Guilty as to Counts 1-5, 7-8, 10-12 of the Indictment; Defendant found Not Guilty as to Counts 6, 9.**

**JURY EXCUSED: X DEFENDANT CALLED BEFORE COURT: X**

**[X] DISPOSITION HEARING SET FOR: Tuesday, October 14, 2014 at 10:30 am**
**A separate Notice will be issued once a courtroom assignment is made.**

**[X] Defendant's bond is revoked and she is ordered detained pending sentencing.**

**EXHIBITS: All exhibits are withdrawn and shall remain in the custody of the Government. Exhibit List and signed Exhibit Release Form will be filed separately.**

**The jury is dismissed from this case and their service overall is concluded.**

**Trial is concluded.**