IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**



JUN 18 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff(s), | ) |
| Vs. | ) CASE NO. 12-cr-872 |
| CHERRON MARIE PHILLIPS, | ) |
| Defendant(s). | ) |

### RECEIPT FOR PERMANENT RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of the exhibit(s) listed below for the following reasons: __**Trial concluded.**__

Government(s) Exhibit(s): __**All admitted exhibits are withdrawn**__

Dated: __6-18-2014__

_____
Nathan D. Stump
Attorney for Government

9 Executive Drive, Suite 300
Address
Fairview Heights,    IL    62208
City               State   Zip
618-628-3700
Telephone