IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**JUN 18 2014**

THOMAS G BRUTON
**CLERK, U S. DISTRICT COURT**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | CR. NO. 1:12-CR-872 |
| | ) | |
| CHERRON MARIE PHILLIPS | ) | |

## EXHIBIT LIST

| Presiding Judge: | Attorney for the United States: | Attorney for Defendant: |
| --- | --- | --- |
| HON. MICHAEL J. REAGAN | Nathan D. Stump | Lauren Weil Solomon |
| Jury Trial Date: | Court Reporter: | Courtroom Deputy: |
| June 16, 2014 | | |

| Pl. No. | Def. No. | Date Offered | Marked | Adm | DESCRIPTION OF EXHIBITS |
| --- | --- | --- | --- | --- | --- |
| 1 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V4) (#1107318081) [original] |
| 2 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V2) (#1107318082) [original] |
| 3 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V1) (#1107318083) [original] |
| 4 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V5) (#1107318084) [original] |
| 5 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V3) (#1107318085) [original] |
| 6 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V6) (#1107610034) [original] |
| 7 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V7) (#1107610035) [original] |
| 8 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V8) (#1107610036) [original] |
| 9 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V9) (#1107610037) [original] |
| 10 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V10) (#1110347043) [original] |
| 11 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V11) (#1110931007) [original] |
| 12 | | 6/17 | ✓ | ✓ | Notice of Claim of Maritime Lien (V12) (#1110931008) [original] |
| 13.1 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 1 |
| 13.2 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 2 |
| 13.3 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 3 |
| 13.4 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 4 |
| 13.5 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 5 |

| Pl. No. | Def. No. | Date Offered | Marked | Adm | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 13.6 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 6 |
| 13.7 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 7 |
| 13.8 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 8 |
| 13.9 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 9 |
| 13.10 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 10 |
| 13.11 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 11 |
| 13.12 | | 6/16 | ✓ | ✓ | Certified Copy of Exhibit 12 |
| 14 | | 6/16 | ✓ | ✓ | Receipt for Recording of Exhibits 1-5 ("River") |
| 15 | | 6/16 | ✓ | ✓ | Receipt for Recording of Exhibits 6-9 ("Tsamar El") |
| 16 | | 6/16 | ✓ | ✓ | Receipt for Recording of Exhibit 10 ("Cherron") |
| 17 | | 6/16 | ✓ | ✓ | Receipt for Recording of Exhibits 11-12 ("Wayne") |
| 18 | | 6/16 | ✓ | ✓ | Revocation of Maritime Lien (Exhibits 1-8) (#1303257729) |
| 19 | | 6/16 | ✓ | ✓ | Revocation of Maritime Lien (Exhibits 9-12) (#1303257730) |
| 20.1 | | 6/16 | ✓ | ✓ | Photograph of the CCRD, 118 N. Clark Street (outside far) |
| 20.2 | | 6/16 | ✓ | ✓ | Photograph of the CCRD, 118 N. Clark Street (outside close) |
| 20.3 | | 6/16 | ✓ | ✓ | Photograph of the CCRD, 118 N. Clark Street (interior doors) |
| 20.4 | | 6/16 | ✓ | ✓ | Photograph of the CCRD, 118 N. Clark Street (document review counter) |
| 20.5 | | 6/16 | ✓ | ✓ | Photograph of the CCRD, 118 N. Clark Street (cashier counter) |
| 21 | | 6/16 | ✓ | ✓ | Certified Copy of Docket in Case # 06-cr-778 |
| 22 | | 6/17 | ✓ | ✓ | 2/29/2012 Letter from Riley to Grant re: DEA TFO Deputization Status |
| 23 | | 6/17 | ✓ | ✓ | 2/21/2013 Apology Letter from Cherron Phillips to Judge Lefkow |
| 24 | | 6/16 | ✓ | ✓ | 2/21/2013 Apology Letter from Cherron Phillips to Judge Holderman |
| 25 | | 6/17 | ✓ | ✓ | 2/21/2013 Apology Letter from Cherron Phillips to Michael Dobbins |
| 26 | | 6/17 | ✓ | ✓ | 2/21/2013 Apology Letter from Cherron Phillips to Judge Brown |
| 27 | | 6/17 | ✓ | ✓ | 2/21/2013 Apology Letter from Cherron Phillips to Judge Keys |
| 28 | | 6/16 | ✓ | ✓ | 2/1/2010 Administrative Notice and Demand to Judge Holderman |
| 29 | | 6/16 | ✓ | ✓ | 2/4/2011 Executive Committee Order re: Cherron Marie Phillips |
| 30 | | 6/16 | ✓ | ✓ | 3/7/2011 Mailing to Judge Holderman |
| 31 | | — | — | — | Photo Lineup (Wayne Phillips) |

| Pl. No. | Def. No. | Date Offered | Marked | Adm | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 32 | | ← | — | — | Photo Lineup (Betty Phillips) |
| 33.1 | | 6/17 | ✓ | ✓ | Photograph of 10432 S. Prospect Ave., Chicago, IL (outside) |
| 33.2 | | 6/17 | ✓ | ✓ | Photograph of Safe Inside 10432 S. Prospect Ave., Chicago, IL (far) |
| 33.3 | | 6/17 | ✓ | ✓ | Photograph of Safe Inside 10432 S. Prospect Ave., Chicago, IL (close) |
| 34 | | 6/17 | ✓ | ✓ | Birth Certificate for Cherron Marie Phillips |
| 35 | | 6/17 | ✓ | ✓ | World Passport |
| 36 | | 6/17 | ✓ | ✓ | Judgment Order for Name Change |
| 37 | | 6/17 | ✓ | ✓ | Application for Moorish Great Seal |
| 38 | | 6/17 | ✓ | ✓ | 2/5/2010 USPS Certified Mailing Receipt for Exhibit 28 |
| 39 | | 6/17 | ✓ | ✓ | Handwritten Note re: Maritime Liens |
| 40 | | 6/17 | ✓ | ✓ | Article, "Maritime Liens and Mortgages" |
| 41 | | 6/17 | ✓ | ✓ | Fingerprint Card for 11/9/2012 Arrest of Cherron Phillips |
| (42) | | 6/17 | Demon. | | Summary Chart of Maritime Liens Charged in the Indictment |
| (43) | | 6/18 | Demon. | | Blow-up Fingerprint Comparison |
| 44 | | 6/16 | ✓ | ✓ | 2/18/2011 Summons to Appear |
| 45 | | 6/17 | ✓ | ✓ | Copy of Maritime Liens sent to FBI Lab |