UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 12 CR 872 |
| vs. | ) | Judge Michael J. Reagan |
| | ) | |
| CHERRON PHILLIPS | ) | |

**MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT
TO FED. R. CRIM. PROCEDURE RULE 29**

Defendant, Cherron Phillips, by and through her attorney, Lauren Weil Solomon moves this Honorable Court to enter a judgment of acquittal pursuant to Fed. R. Crim. P. Rule 29 based on insufficiency of the evidence. In support of this motion, Defendant submits the following:

1. The court erred in granting the government's Motion in Limine to preclude Dr. Diana Goldstein's expert testimony at trial.

2. The testimony would have gone to establish Ms. Phillips' mental state.

3. The testimony would have provided a defense to the charges at trial.

4. If the testimony had been admitted, the government would not have had sufficient evidence for the jury to convict at trial.

Accordingly, in light of this motion and the arguments presented in the

accompanying Motion for New Trial, Defendant Phillips respectfully requests that this Court enter an order, granting her motion for judgment of acquittal.

        Respectfully submitted,

        /s/Lauren Weil Solomon
        Lauren Weil Solomon
        Attorney for Cherron Phillips

Lauren Weil Solomon
P.O. Box 2013
Highland Park, IL 60035
(847) 756-0489

CERTIFICATE OF SERVICE

I, Lauren Weil Solomon, hereby certify that on this day, July 2, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon counsel of record.

In compliance with Local Rule 5.2(f), a hard copy of this document will be mailed to chambers within one business day.

/s/Lauren Weil Solomon
Lauren Weil Solomon
Attorney for Cherron Phillips

Lauren Weil Solomon
P.O. Box 2013
Highland Park, Illinois 60035
(847) 756-0489