# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

July 23, 2014

*Before*

**Diane P. Wood,** *Chief Judge*
**William J. Bauer,** *Circuit Judge*
**Ilana Diamond Rovner,** *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 14-2264                    v.<br><br>CHERRON M. PHILLIPS,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:12-cr-00872<br>]<br>] Michael J. Reagan, Judge. |

### O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Ordinarily, a defendant in a criminal case may not take an appeal until a judgment of conviction and sentence has been entered. *Flanagan v. United States*, 465 U.S. 259, 263 (1984); *United States v. Kaufmann*, 951 F.2d 793 (7th Cir. 1992).

In the present case, defendant Cherron Phillips had neither been convicted of federal crimes nor sentenced at the time she filed her notice of appeal on June 5, 2014. As such, this appeal is premature.