**12 CR 872**

FILED

OCT 14 2014

THOMAS G BRUTON
CLERK, U S. DISTRICT COURT



River Tali:Bey Authorized Representative
Res: CHERRON MARIE PHILLIPS
c/o P.O. Box 802625
Chicago Illinois [60680]

CERTIFIED MAIL

7012 3460 0002 8300 8062

Michael J. Reagan
d/b/a United States District Court Judge Central District Illinois
750 Missouri Avenue
East St. Louis IL 62201
Attn: Clerk of the Court

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

___River-Tali:Bey___  )
*Plaintiff*  )
  )
v.  )  Civil Action No.
  )
___Michael J. Reagan___  )
*Defendant*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Micheal J. Reagan
d/b/a Judge
UNITED STATES DISTRICT COURT SDIL
750 Missouri Avenue
East St.Louis IL 62201

Attn: Clerk of Court

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: River-Tali:Bey *Authorized Representative*
Res:CHERRON MARIE PHILLIPS
c/o P.O. Box 802625
Chicago Illinois 60680

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: ___May 23rd, 2014___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I T. Hoye hereby certify that I served the attached Summons in the Civil Action upon the following party via Certified United States Mail with proper postage on May 23, 2014

My fees are $ 10.00 for travel and $ 10.00 for services, for a total of $ 20.00 .

I declare under penalty of perjury that this information is true.

Date: May 23, 2014

*T. Hoye* (signature)
*Server's signature*

T. Hoye Notary Public
*Printed name and title*

9449 S Kedzie
Evergreen Park Illinois
*Server's address*

Additional information regarding attempted service, etc:

PLAINTIFF/Applicant
River Tali:Bey Authorized Agent
Res CHERRON MARIE PHILLIPS
c/o P.O. Box 802625
Chicago Illinois 60680
312-857-5456

United States District Court
For the District of Columbia

| | |
|---|---|
| CHERRON MARIE PHILLIPS By:<br>River-Tali:Bey Authorized Agent<br>                *Plaintiff*<br><br>     Against<br>James B. Comey<br>Eric Holder<br>Michael J. Reagan<br>Milton I Shadur<br>Stephen Wiggington<br>Nathan D. Stump<br>Joshua Rongitsch<br>A. Zavala<br>Robert Simmons<br>Jessie King<br>                *Defendants*<br><br>(address and contact information for<br>  Defendants provided herein) | Case No.<br><br>**Complaint:** LCrR 57.17<br>violation of United States Code |

**Complaint**

Plaintiff CHERRON MARIE PHILLIPS, herein after PHILLIPS approach the court with duly affirmed Complaint as executed before the clerk who administered oath for verification of all statements under penalty of perjury. Plaintiff apply the courts judicial power for review of executive acts complained of herein and herewith which are known to be violations of 62 Stat. 847 codified as United States Code in particular Title 18 § 4001(a); "No citizen shall be imprisoned or *otherwise detained* by the United States except pursuant to an Act of Congress."

1

Plaintiff complain and show by documentary evidence that the Defendants conspire to circumvent this apparent act of Congress, do so intentionally, for private gain and benefit at the expense of Plaintiff and the United States. Plaintiff applies to the Court under Federal Rules of Civil Procedure under LCvR 1.1 and LCrR 1.1 cognizable at law and in equity pursuant to Rule 81 Civil Procedure. Whereby relief demanded included monetary damage, processing criminal complaints, freezing of assets, protective orders and others.

Plaintiff is detained under federal custody as what is known as conditional release order without authority and in violation of civil rights promised by the United States, and is under threat of incarceration and involuntary servitude, which is the cause of this complaint.

## Jurisdiction

1. This Court has jurisdiction pursuant to Federal question arising under Amendments to the Constitution of the United States specifically sections I, IV, V, VI, VIII and XIII as well as other various Acts of the United States, Congress and various statutes.

2. This Courts jurisdiction is invoked pursuant to:

    (a) Article III of the United States Constitution Judicial Power as assigned by Congress: Cases in law and Equity found by reference to District of Columbia, D.C 11§ 101, Public law 91-358, Title I and III Act of July 29, 1970 84 Stat 475;

    (b) Jurisdiction of this Court is invoked by Plaintiff accepting the published offer for use of the Courts powers returning the offer under compliant for execution on the United States promised performance.

    (c) Personal jurisdiction over these Defendants are based upon relationships, conduct over those domiciled in or maintaining a persistent course of conduct being funded for services rendered in the District and/or Services outside the District. This court is the only Federal District Court cited in the current published federal codes as holding judicial power, cited in the

2

United States Constitution. Public law 91-358, Title 1 § 132(a), July 29, 1970, 84 Stat. 549, D.C. Code 13 § 423, with evidence in control of D.C. Code 14 § 101.

(d) That, any agents, acting without the explicit written words empowering the United States, deny the United States its ability, its absolute duty, to fulfill its obligations, that is to keep its promises as stated by its written words, beginning with its Charter, the United States Constitution.

(e) That, all agents of the United States, being flesh and blood, natural men, pledge their oath, the bond, a security, to act exclusively within the written, known, and published authorities of the United States when they appear to operate under its color;

(f) That, there is no defense or limitation for acts outside the expressed statements in writing issued by the United States for execution by its agents, bonded offer, for open, notorious, general, reliance and execution.

(g) All written statements issued by the United States, by and through its agents/obligors to perform thereunder are now accepted for execution by Plaintiff as part of this complaint contract.

(h) Obligor is herein defined as United States District Court, District of Columbia, its agents, assigns, employees and the Defendants named herein.

Equity

3. Obligee River Tali: Bey has come to learn she has been a Contributing Beneficiary to the United States federal corporation by its constructed entity, Res entitled: CHERRON MARIE PHILLIPS, an artificial person, utilities, which carry with it certain identifiers and agreements with the commercial for-profit federal corporations.

The United States promised obligations and duties for certified equity which are guaranteed to be performed by all United States agents affecting or attaching me, your Applicant

3

River Tali: Bey through instrumentalities. These instrumentalities being the legal entities called and identified as CHERRON MARIE PHILLIPS, operating as trustee with fiduciary obligation and responsibilities to the beneficiaries of the respective trust.

This construction was created for specific purpose, which benefit its constructors. It also provides protection from lawless acts of its constructor's agents and instrumentalities upon CHERRON MARIE PHILLIPS as well as her labor, private equity which have been taken for value/ as value, a fungible commodity in support and use by the United States federal corporation in its operations by its agents, through instrumentalities without full informed consent under non-disclosed terms.

### Parties

4. Plaintiff

Plaintiff CHERRON MARIE PHILIPS is an artificial entity an organization believed to be some sort of trust resulting from act of the United States and it related co-venture parties with a domicile in the District operating under identifier 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/112-70534517, a utility, which Authorized Agent, Creditor and Beneficiary, this Applicant (under Habeas Corpus), River-Tali:Bey a flesh and blood natural woman and union state Citizen of Illinois, is wrongly being held as surety to and for a cesti que trust CHERRON MARIE PHILLIPS, resulting from certain acts and omissions.

5. Defendants

FEDERAL BUREAU OF INVESTIGATIONS, hereinafter FBI is the artificial person believed to be doing business as a private nongovernmental corporation. The FBI is believed to be operating a business in the state of Illinois without a business license. The registered agent is unknown and Plaintiff believes the agent does not possess a license or such license or registration is available for inspection by Plaintiff. Therefore service of process of the complaint shall be effectuated through James B. Comey Director of the FBI, identified as Defendant 2.

4

Defendant 1.  Eric Holder
d/b/a United States Attorney General
UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue N.W.
Washington D.C. 20530

Defendant 2.  James B Comey
d/b/a Director FEDERAL BUREAU OF INVESTIGATIONS
935 Pennsylvania Avenue
Washington DC 20530

Defendant 3.  Stephen Wigginton
d/b/a United States District Attorney
9 Executive Drive
Fairview Heights Illinois 62208
Attn: Clerk of the Court

Defendant 4.  Nathan D. Stump
d/b/a Assistant United States Attorney
9 Executive Drive
Fairview Heights Illinois 62208
Attn: Clerk of the Court

Defendant 5.  Joshua Rongitsch
d/b/a Special Agent
2111 West Roosevelt Road
Chicago Illinois 60608

Defendant 6.  A. Zavala
d/b/a Special Agent
2111 West Roosevelt Road
Chicago Illinois 60608

Defendant 7.  Jessie King
d/b/a Special Agent
2111 West Roosevelt Road
Chicago Illinois 60608

Defendant 8.  Milton I Shadur
d/b/a United States District Court Judge Northern District Illinois
219 S. Dearborn
Chicago IL 60604
Attn: Clerk of Court

Defendant 9.  Michael J. Reagan
d/b/a United States District Court Judge Central District Illinois
750 Missouri Avenue

5

East St. Louis IL 62201
Attn: Clerk of the Court

Defendants jointly and severally, have acted under color of authority, using the legal power to process to coerce by threat or use of law. Defendants are sued in their private capacity while acting under color of United States Authority. The United States is being offered to validate the acts of its employees herein via Defendants ability to gain representation by the United States. Presumption of criminal conduct will be in public forum when the United States fails to represent its agents, and Plaintiff will at that point request prosecutorial assistance from the United States.

PHILLIPS, hereby contract with this court because it is the only United States District Court identified in statements as holding full Article III judicial power as duly assigned by Congress in its Article I power with proper venue extended to it by virtue of its exclusive jurisdiction ceded to the United States by the separate States during the act of creating the United State Constitution.

This civil action is made on the complaint of illegal acts, violation of rights guaranteed by the United States. Said acts herein being perpetuated by those claiming to be employed by the United States as civil or appointed officials. All without ever proving jurisdiction, even when legitimately challenged to do so. Whereby Plaintiff seeks to have this court Judicial Power applied as promised, on her behalf, to protect her rights, liberty and property, including identity.

LCrR57.17

Complaint

6. Defendants named herein, jointly and severely executed openly, generally and notorious acts under color of authority of the Government of the United States with the intent to cause harm for their own private gain and benefit.

6

7. Defendant claim policies as authorization for their acts and actions, which are in direct conflict and contradiction with policies and statements of law by their employer, the United States. When this fact is brought to their attention, these Defendants refuse to validate, clarify, or otherwise correct their acts, actions and omissions.

8. These Defendants individually, jointly or severally, have failed to give deference, loyalty, or lawful compliance to known orders, statements, pronouncement et. al by the Supreme Court of the United States of America.

9. As a result of the deprivation of these promised benefits, Plaintiff is being denied her liberty, and the legal protections owed by these Defendants being the proximate cause of their illegal detention, emotional trauma and spiritual distress. The present suffering of your Applicant has caused her entire family to suffer the same maladies.

10. Plaintiff and her authorized agent is detained in federal custody through conditional release against her will for private debt collection, a known violation of the law, a trespass upon Plaintiff/Authorized Agent by these Defendants who operate for profit, holding slaves Plaintiff/Authorized Agent, when Defendants conspire to deny relief or remedy, knowing such relief is available to Plaintiff/Authorized Agent, operating under codes known to be void and vacant of any Federal Regulation being in violation of the law and statute.

11. Plaintiff claim the subject debt owed shown herein to be a construct resulting from a misuse, of the law through administration of an unlawful legal process rendering the debt a fraud.

12. Incorporated herein are complaints of violations of the United States Codes by those claiming to be officials acting under color of authority.

WHEREFORE: Plaintiff demand this court order Defendants evidence there authority to act to wit:

(a)

    (i)    Official copy of certificate of appointment to office with verification by apposite body;

    (ii)    Official Oath of Office, where such oath is in written form and signed by Plaintiff all;

    (iii)    Signed Loyalty statement

    (iv)    Copy of most recent ethics statement

    (v)    Copy of signed employment agreement

    (vi)    Risk management office name and address

    (vii)    Name and address of bonding company

    (viii)    Officers bond numbers, SS-5 and or W-9 number

(b) Each Defendant is ordered to notify their Employer of these pending claims on their official bonds

(c) Each Defendant is ordered to freeze any and all selling, transferring, or the like of assets pending in completion of this action, or in the alternative seek court approval prior to the sell or transfer of said assets.

(d) Each Defendant is ordered to review all their acts and actions in relation to your Plaintiff/Auth. Agent in order to provide specific authorities supporting each and every challenged act, action or omissions in order to preclude delay in the interest of justice regarding this contract.

(e) Damages be ordered in the sum of amount of One thousand seven hundred fifty dollars ($1750.00) per day against Defendant for each day your Plaintiff was detained in federal custody. The actual damage amount to be determined by a jury in the event Defendants are not able to produce lawful authority supporting their acts, actions or omissions.

(f) Defendants ordered to release Plaintiff.

8

## Complaint on Conspiracy

13. Plaintiff incorporate herein those issues addressed in paragraphs 1-12 as if restated in its entirety. Defendants individually, jointly and severally did conspire to deprive Plaintiff and her Authorized Agent of relevant material facts. They refused to provide Plaintiff with the legal authorities these Defendants relied upon establishing the basis for their acts, actions and omissions regarding those issued in 1-12. Had the Defendants been operating under the authority of the United States, their proof of jurisdiction would have been clearly disclosed and incorporated into and made part of the record.

14. Evidence showing that the United States Code used to prosecute Title 18 offenses were not assigned by Congress assembled to the UNITED STATES DISTRICT COURT under Article I or Article III powers as required by the Constitution of the United States. These courts are cited as having powers over certain matters with no authority from the law making body, Congress to attach anyone other than Federal Officers or those charged with RICO crimes. None of these conditions apply nor could ever apply, to Plaintiff/Authorized Agent since Plaintiff/Authorized Agent are not Federal Officers nor was she charged with RICO crimes.

15. The charges against your Plaintiff do not evidence the requisite citation in the Federal Register and are incomplete and invalid and of no force or effect against the Authorized agent River Tali:Bey or Res: CHERRON MARIE PHILLIPS; the cesti que trust. Without and implementing regulation or published citation in the Federal Register, the United State Code failed to evidence compliance with the requirements of the Federal Register Act. Therefore, since there is no associated delegation of authority flowing from Congress or the Constitution of the United States, Title 18 and others are illegitimate, of no force or effect, a nullity at law.

16. The Plaintiff/Authorized agent demands the validity of the purported statute because her liberty has been compromised. Congress' clear intent is that the evidence of its law be in the following form:

> "Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled." 61 Stat 634 § 101

> " [ ]...The United States Statutes at Large shall be legal evidence of laws concurrent resolutions, treaties, international agreements other than treaties, proclamations by the President, and proposed or ratified amendments to the Constitution of the United States therein contained, <u>in all the courts of the United States</u>, the several State, and Territories and insular possession of the United States. 61 Stat 636 §112

17. Charged conduct, Title 18 USC 1521 does not meet this requirement. The "forms" of legislation include the title and enacting clause, which are both essential aspects of law. It is necessary that every law should *show on its face* the authority by which it is adopted and promulgated and that it should clearly appear that it is intended by the legislative power that enacts it that it should take effect as law.

18. Defendants pursue this case without authority in that there is no evidence on the record showing that the United States Attorney's have authority to act outside of their limited authority in proceedings in which the United States is concerned cited at 80 Stat 618 § 547 codified as [28 USC 547]. The acts complained of herein were taken and executed under complaint by the UNITED STATES OF AMERICA, a different legal entity than the United States.

19. There is no evidence on the record showing the UNITED STATES DEPARTMENT OF JUSTICE may act outside the confines of the seat of Government cited at 80 Stat 611 §501 and 61 Stat 643§ 72 codified as [28 USC 501; 4 USC 72]. The record is clear that the UNITED STATES DEPARTMET OF JUSTICE fails to possess the authority to act outside the district.

20. This being further evidence of the Defendants conspiring under the color of office to perpetrate fraud against Plaintiff and the United States.

10

WHEREFORE: Plaintiff demand judgment on orders against these defendants, jointly and severally, be issued by the Court, or in the alternative provide Government records in the custody of the Archivist of the United States to be presented to this court for inspection to wit:

(i) the legislative enacting authority for the charge 18 USC 1521

(ii) the enrolled acts of congress along with corresponding Federal Regulation providing the delegation of authority along with:

    (a) Journal of the House, First Session, 1947;

    (b) Journal of the Senate of the United States, 80th Congress, First Session, 1947;

    (c) Journal of the House, 80th Congress, Second Session, June 18, 1948;

    (d) Journal of the Senate, 80th Congress, Second Session, January 6, 1948;

    (e) 93rd Congressional Record, 80th Congress, First Session, 1947;

    (f) 94th Congressional Record, 80th Congress, Second Session, 1948;

    (g) House Report No. 304, 80th Congress, First Session April 24, 1947;

    (h) House Document No. 769, 79th Congress, Second Session, Constitution, Jefferson's Manual and Rules of the House of Representatives of the United States, 80th Congress, Government Printing Office 1947;

    (i) Senate Report No. 1620, 80th Congress, Second Session, Hinds Precedents of the House of Representatives of the United States, Volume IV and V, Government Printing Office 1907;

    (j) Senate Report No. 1620, 80th Congress, Second Session, June 14, 1948;

    (k) House Concurrent Resolution 218 and 219, 80th Congress, Second Session June 20, 1948, 62 Stat. 1435-1436;

    (l) Certified Copy of H.R. 3190 passed by the House of Representatives on May 12th, 1947 and certified as truly enrolled on June 18th, 1948;

(m) Certified Copy of H.R. 3190 as signed into Public Law 80-772 and received at Department of State on June 25th, 1948.

Upon a thorough review of the complaints contained herein, this Honorable court is respectfully asked to issue this Complaint and the Order(s) enumerated above in addition to any other Orders it may deem appropriate as a matter of law where Plaintiff now formally call for performance due.

21. Those relying on the false identification knowingly, without lawful authority, certified an identification document, the INDICTMENT, transfer the same, knowing that such was a product of fraud, violation of examination of witness against me in conspiracy, continue to this day to defraud the United States by allowing securities issued against Me, River-Tali:Bey and the Res CHERRON MARIE PHILLIPS, to be traded on public exchanges. Defendants and other unnamed at the time, conspired to construct false identity, a nul tiel entity, to attach me, the woman, as property under fraudulent claims.

22. Defendants, at all times relevant hereto, paid to perform under all the laws of the United States, provide all the benefits and legal protections to all those they affect in the performance of their claimed official duties under color of law, which they have failed to do with intent to harm for private gain.

23. Case number 12CR872, in the U.S. District Court Northern District of Illinois is a counterfeit security from the beginning. The debt being collected by detention under federal custody under order is incompetent legally and commercially to hold anyone to service.

24. Detention and sentence to conditional release under the Bail Reform Act was obtained by illegal and unconstitutional application in violation of the Fifth and Six Amendment. This new charge not contained in the indictment, which must be answered, holding and making findings for a sentence to conditional release was illegal. The statement of reasons by the Defendants alleging

12

the Plaintiff /Authorized Agent to be a "Flight risk" or a "Danger to the community" does not identify the original charges or findings by the respective jurors whereby showing the charge and sentence to conditional release fraudulent.

25. The UNITED STATES OF AMERICA is not the United States, nor the UNITED STATES as authorized to apply the United States Code. Not being a government, or government agency, the UNITED STATES OF AMERICA is a private party making some sort of private claim under color of official right, a fraudulent claim absent proof of contract or obligation being known to all parties, which is not of record.

26. The code used to charge these case, United States Code limits parties prosecuting and their exclusive representatives under 28 USC 547, Chap 35, DEPARTMENT OF JUSTICE, "Except as otherwise provided by law, each United States Attorney, who within his district shall 1.) Prosecute for all offenses against the United States; 2.) Prosecute or defend for the Government, all civil actions, acts or proceedings, in which the United States is concerned; and, Section 501.

27. The Department of Justice is an executive department of the United States as the seat of Government, and Title 4 USC 72 requires an Act of Congress authorizing all executive agents attached at the seat of Government to have Congressional authority to act outside the district, which is not of record.

28. Whereby Defendants Eric Holder, James B Comey, Stephen Wigginton, Nathan D. Stump, Joshua Rongitsch, A Zavala, Jessie King, Milton I Shadur, Michael J. Reagan individually pledged their personal bond to public service, the promise to provide the

powers and limits thereon stated by the United States, its written obligations to those upon who it affects.

## Mandatory Judicial Notice

Plaintiff ask this court to take Mandatory Judicial Notice of the authenticated and publish Congressional law under United States authorities noted herein below to FEDERAL RULES OF EVIDENCE 201(d), (e), (f), 901;

    (a) SUPREME COURT RECORDS AND BRIEFS www.loc.gov

    (b) NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
        700 PENNSYLVANIA AVE NW
        WASHINGTON DC 20408
        (i) 61 STAT 634 §101;
        (ii) 61 STAT 636 §112;
        (iii) 80 STAT 611§ 501;
        (iv) 80 STAT 618§ 547
        (v) 85 STAT 347 § 4001(a)
    (c) NARA The Code of Federal Regulations

WHEREFORE: Plaintiff demand the relief, remedies and damages states above as a matter of right inclusive as to all matters under right to rely on the United States published promises required to be enforced, executed by this court under its offered and now accepted powers completing Contributing Beneficiaries under equity herein noted for account, and accounting and

Plaintiff demand attached Order for Release be executed within (3) days as a matter of right under Habeas Corpus obligations by the United States being due.

## VERIFICATION

I River-Tali:Bey declare under penalty of perjury under the laws of the United States of America that she has first hand knowledge hereto and to the best of her knowledge and belief all matters are true and correct. Executed on May 23, 2014.

                                    Respectfully Submitted

                                    By: _____
                                        River Tali Bey Authorized Agent

Res: CHERRON M. PHILLIPS
c/o P.O. Box 802625
Chicago Illinois 60680

## ACKNOWLEDGMENT

Illinois state )
Cook County )

Signed and attested to before me this 23rd day of May, 2014

_____
Notary Public
Seal

T. HOYE
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
January 19, 2015

15