IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America , <br><br> Plaintiff(s), <br><br> v. <br><br> Cherron Marie Phillips, <br><br> Defendant(s). | Case No. 12 CR 872 <br> Judge Michael J. Reagan |

## ORDER

It is hereby declared that each of the liens that are listed in the Order dated, October 14, 2014 (1) is false, fradulent, null and void; (2) is released, withdrawn, removed, and expunged from the record; and (3) shall be afforded no legal force or effect whatsoever.

Further, it is ordered that the United States shall promptly record a certified copy of this Order and a certified copy of the final judgment in this case with the Recorder of Deeds for Cook County, Illinois.


Date:  10/14/2014                                   /s/ Michael J. Reagan
                                                    U.S. District Judge Michael J. Reagan