IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:12-CR-0872 |
| | ) | |
| CHERRON MARIE PHILLIPS, | ) | |
| aka "Cherron Phillips El," "River Tali El Bey," | ) | |
| "River Tali Bey," "River Tali," and "River," | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

From March 14, 2011, to April 19, 2011, the defendant in this criminal case caused a series of twelve false and fraudulent documents, titled "**Notice of Claim of Maritime Lien**," to be recorded in the public record at the offices of the Cook County (Illinois) Recorder of Deeds. The liens were directed at various federal officials involved in the investigation and prosecution of the defendant's brother, Devon Phillips. Each lien referenced United States District Court Case # 06CR778 and falsely claimed that the named official owed Devon Phillips $100 billion.

The defendant was subsequently indicted by a federal grand jury, which charged her with twelve counts of Retaliating Against a Federal Official by False Claim, in violation of Title 18, United States Code, Section 1521. In June 2014, the defendant was tried and convicted on ten of the twelve counts. In October 2014, this Court sentenced the defendant to a term of imprisonment.

Although the jury acquitted the defendant on two of the counts, the Court concludes that all twelve liens at issue were proven to be false and fraudulent. Accordingly, **IT IS HEREBY DECLARED** that each of the following twelve liens described below (1) is false, fraudulent, null and void; (2) is released, withdrawn, removed, and expunged from the record; and (3) shall be afforded no legal force or effect whatsoever:

| **Document** | **Date Recorded** | **PIN#/Attachment** |
|---|---|---|
| 1107318081 | 03/14/2011 | none |
| 1107318082 | 03/14/2011 | none |
| 1107318083 | 03/14/2011 | 18093100230000 |
| | | 18093130120000 |
| | | 17162230010000 |
| | | 03053050030000 |
| 1107318084 | 03/14/2011 | none |
| 1107318085 | 03/14/2011 | 1132304026 |
| | | 05283000040000 |
| | | 14182030350000 |
| | | 14192050401002 |
| | | 17221060570000 |
| | | 14072230010000 |
| | | 14193130470000 |
| | | 09163040060000 |
| | | 0535319008 |
| | | 0535319008#2 |
| | | 05353190081025 |
| | | 10113020090000 |
| | | 14312100190000 |
| | | 14182030020000 |
| | | 14291180260000 |
| | | 14072230010000 |
| | | 1419205040 |
| | | 25181110060000 |
| | | 14314280520000 |
| | | 24104070430000 |
| | | 24104070430000 |
| | | 24153240520000 |

| | | |
|---|---|---|
| 1107610034 | 03/17/2011 | none |
| 1107610035 | 03/17/2011 | none |
| 1107610036 | 03/17/2011 | none |
| 1107610037 | 03/17/2011 | none |
| 1110347043 | 04/13/2011 | none |
| 1110931007 | 04/19/2011 | none |
| 1110931008 | 04/19/2011 | none |

**IT IS FURTHER ORDERED** that the United States shall promptly record a certified copy of this Order and a certified copy of the final judgment in this case with the Recorder of Deeds for Cook County, Illinois.

_Michael Reagan_
Michael J. Reagan
United States District Judge

DATED: 10-14-14