

**FILED**
**12/4/2014**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

U.S. Department of Justice
Federal Bureau of Prisons
Metropolitan Correctional Center

Office of the Warden

Chicago, Illinois 60605

November 28, 2014

The Honorable Michael J. Reagan
U. S. District Court Judge
Southern District of Illinois
750 Missouri Avenue, Courtroom 2
East St. Louis, Illinois 62201

RE:  Cherrone Marie Phillips
     Register Number: 45209-424 Docket
     Number: 1:12-cr-00872-1

Dear Chief Judge Reagan:

Pursuant to 28 CFR § 551.116 and Bureau of Prisons' (BOP) implementing policy, I am required to notify the Court of repeated or serious disruptive behavior by a pretrial inmate. Accordingly, I am writing to inform you on October 13, 2014, the BOP's Discipline Hearing Officer found inmate Phillips committed the prohibited act of Refusing To Take A Drug Test (Code 110) and Refusing To Obey An Order (Code 307). Specifically, on October 6, 2014, inmate Phillips was given a direct order by staff to be drug tested, and she refused to comply.

Should you require additional information, please feel free to contact W. Collins, Unit Manager, at (312) 322-0567.

Sincerely,

M. A. Baker
S. M. Kuta *for*
Warden

cc:  Nathan D. Stump, Assistant United States Attorney
     Jeanne G. Walsh, Chief United States Probation Officer
     Joel Kirch, Acting United States Marshal

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
$ 00.48⁰
DEC 04 2014
PITNEY BOWES
UNITED STATES POSTAGE
02 1M
0004206598
MAILED FROM ZIP CODE 60605

S. SUBURBAN
IL 604
04 DEC '14
PM 1 L

Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL. 60605
SN/25

The Honorable Michael J. Reagan
U.S. District Court Judge
750 Missouri Avenue, Courtroom 2
East St. Louis, Illinois 62201

62201295402