# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 30, 2015

*Before*

RICHARD D. CUDAHY, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

| No. 14-3387 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br>v.<br><br>CHERRON M. PHILLIPS,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cr-00872-1<br>Northern District of Illinois, Eastern Division<br>District Judge Michael J. Reagan ||

The following are before the court:

1. **MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**, filed on June 11, 2015, by the pro se appellant.

2. **MOTION TO DISMISS APPEAL**, filed on June 23, 2015, by counsel for the appellant.

**IT IS ORDERED** that this case is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

form name: **c7_FinalOrderWMandate**(form ID: **137**)

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit