Cherron Marie Phillips
FCI Waseca P.O. Box 1731
Reg.# 45209-424
Waseca MN 56093

UNITED STATES DISTRICT COURT NORTHERN DISTRICT ILLINOIS

| | |
|---|---|
| Cherron Marie Phillips<br>    Petitioner | Case No.: 12-cr-872<br>Appeal No. 18-2163 |
| v. | |
| UNITED STATES OF AMERICA<br>    Respondent | Fed.R.App.P 10<br>Record on Appeal |

## Certificate Transcript

Petitioner Cherron Marie Phillips, hereinafter, Phillips submits her duly affirmed certificate request for Record of Transcripts as executed before the clerk who administers oaths for verification of all statements under penalty of perjury.

Phillips now moves the court for an order of certified copies of the following docket entries prepared by the district clerk: Docket entry #52, #53, #54, #55, #56 #56, #57, #58, #59, #60, #61, #62, #63; #120, #121, #122, #123, #124, #125, #126; #187, #191, #194; #204, #213, #221, #222, #223, #226; #114, where the cost of the transcript is to be paid by the United States under the Criminal Justice Act.

FILED
JUL 18 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Respectfully Submitted
By: Cherron Marie Phillips
All Rights Reserved

1

## Verification

I Cherron Marie Phillips declare under penalty of perjury under the laws of the of the United States of America that I have first hand knowledge hereto and to the best of my knowledge and belief all matters are true and correct, Executed on July 9th, 2018

By: /s/ Cherron Marie Phillips
Cherron Marie Phillips
All Rights reserved

SARAH ANNE WHITESITT
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

## Acknowledgement

On this date in Waseca Minnesota, Cherron Marie Phillips who is known to me and identified to me, appeared and executed the foregoing of her own free will duly affirmed under penalty of perjury. Done this July 9th, 2018

FCI WASECA STAFF

## Certificate of Service

This is to certify that I have served a true and correct copy of the foregoing Certificate Request for Record on Appeal in case #12-cr-872 to the following addresses by placing the same in a sealed envelope bearing sufficient postage for delivery via United States Postal Service by legal mail provided at FCI Waseca on July 9th, 2018

United States District Court
Attn: Clerk of Court
219 S. Dearborn 20th Fl.
Chicago IL 60604

Angel M. Krull   AUSA
219 S. Dearborn 5th Fl.
Chicago IL 60604

By: /s/ Cherron Marie Phillips
All Rights Reserved

2

Chevron Marie Phillips
Federal Correctional Institution
P.O Box 1731  a-Unit  Reg#45209424
Waseca MN 56093

45209-424
Clerk Of Court
219 S Dearborn ST
Chicago, IL 60604
United States

Legal Mail