IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 12 CR 872 |
| | ) | |
| CHERRON MARIE PHILLIPS | ) | |
| | ) | |

## (UNOPPOSED) MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant Cherron Marie Phillips moves this Honorable Court to enter an order granting her early termination of Supervised Release. In support of her motion she sets forth the following:

1. Ms. Phillips was found guilty by a jury of Retaliating Against a Federal Official by False Claim in violation of 18 U.S.C. sec. 1521 & 2.

2. The case was tried in U.S. District Court for the Northern District, Eastern Division, before Retired Chief Judge of the U.S. District Court for the Southern District of Illinois, Michael J. Reagan.

3. On October 14, 2014, Judge Reagan sentenced Ms. Phillips to 84 months imprisonment to be followed by 3 years of Supervised Release. She also was assessed a fine of $1,000.00.

4. Ms. Phillips was released from prison to a halfway house on December 4, 2019. Since that time, she has been under the supervision of Mrs. Laminta Poe of the U.S. Probation Office for the Northern District of Illinois.

5. Ms. Phillips has paid all fines and costs due and owing as a condition of her Supervised Release.

6. Ms. Phillips has had no violations of her term of Supervised Release since it began in December 2019.

7. Ms. Phillips Probation Officer, Mrs. Poe, has no objection to the early termination of Ms. Phillips' Supervised Release.

8. Ms. Phillips seeks early termination so that she can reinstate her Real Estate Broker and Insurance Broker's Licenses.  She has sat for and passed the State exams.  However, she has been informed by the state licensing boards that she cannot be reinstated while under court supervision.  Once her term of supervision is terminated, she will be eligible for such reinstatement.

9. Ms. Phillips is eager to return to her professional work so that she can be a productive member of society and care for herself and her young son who lives with her.

10. The government, through AUSA Paige Nutini, has no objection to the early termination of Ms. Phillips' Supervised Release.

For all of these reasons, Defendant Cherron Phillips respectfully requests that this Honorable Court enter an order, granting her Motion for Early Termination of Supervised Release.

    Respectfully submitted,

    /s/ Anthony W. Hill
    Anthony W. Hill,
    Attorney for Cherron Phillips

Law Offices of Anthony W. Hill
53 W. Jackson Blvd, Suite 660
Chicago, IL 60604
312-882-8004
ahill@crimlawchicago.com

CERTIFICATE AND PROOF OF SERVICE

I, Anthony W. Hill, attorney of record, certify that, pursuant to the General Order on Electronic Case Filing, I served this MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE on May 18, 2021, as to Filing Users and in compliance with N.D. Ill. L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User of which there are none.

    Respectfully submitted,
    /s/ Anthony W. Hill
    Attorney for Cherron Phillips